# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. <u>20-CR-152 PAB</u>

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAYSON JEFFREY PENN, et al.

     Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:     The clerk of court and all parties of record

     I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

  United States of America

DATED at Denver, Colorado this <u>3rd</u> day of <u>June, 2020.</u>

 

                         Carolyn M. Sweeney
                         Name of Attorney

                         U.S. Department of Justice
                         Firm Name

                         450 5th Street NW
                         Office Address

                         Washington, DC 20530
                         City, State, ZIP Code

                         202-257-6350
                         Telephone Number

                         Carolyn.Sweeney@usdoj.gov
                         Primary CM/ECF E-mail Address