## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN**,
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN**,

    Defendants.

## GOVERNMENT'S UNOPPOSED MOTION TO SUSPEND DEADLINES

The government respectfully moves this Court for an Order to vacate all current trial deadlines and dates, including the deadline to file motions and the Trial Preparation Conference, during the pendency of the Defendants' Joint Unopposed Motion for a Designation of Complexity and an Ends of Justice Exclusion of 180 Days from the Speedy Trial Calendar Pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(i), (ii), and (iv). (ECF #49). In support thereof, the government states:

    1.    On June 2, 2020, the Defendants were charged in a one-count indictment for conspiracy to suppress and eliminate competition by rigging bids and fixing prices and other price-related terms for broiler chicken products sold in the United States. (ECF #1).

1

2. On June 4, 2020, Defendants Penn, Austin, and Brady were arraigned on the Indictment and entered pleas of not guilty. (ECF #17, 20, 22). On June 8, 2020, Defendant Fries was arraigned on the Indictment and entered a plea of not guilty. (ECF #44).

3. On June 15, 2020, the government and counsel for Defendants came to an agreement in principle on a joint proposed protective order. The next day, the government provided initial discovery to counsel, including 2,840 documents the government currently considers highly relevant to the charges. The government tendered supplemental discovery on June 23 and July 1, 2020. The government anticipates that it will produce approximately 12.5 million documents by August 4, 2020 in compliance with the discovery conference memoranda and ordered entered by the Court.

4. The Court entered an Order Setting Trial Dates and Deadlines on June 8, 2020. (ECF #46). The current trial date is August 10, 2020. *Id.* The motions filing deadline was July 1, 2020. *Id.* A Trial Preparation Conference is set for July 17, 2020. *Id.*

5. Per the Court's Criminal Practice Standards, Motions *in limine* are due July 10, 2020. Trial briefs are due August 3, 2020.

6. On June 12, 2020, the Defendants filed a Joint Unopposed Motion for a Designation of Complexity and an Ends of Justice Exclusion of 180 Days from the Speedy Trial Calendar Pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(i), (ii), and (iv). (ECF #49). Therein, counsel for the Defendants requested that

the deadlines for filing of pretrial motions, disclosure of experts, and other temporal requirements also be continued. *Id.* ¶16. That motion is currently pending before the Court.

7.   The government files this motion to join the defendants' request to vacate the existing pretrial deadlines, to include pretrial motions and expert disclosures.

8.   The United States has consulted with defense counsel for all Defendants who do not oppose this motion.

WHEREFORE, the government respectfully requests that this Court issue an Order vacating all current deadlines, and setting a status conference or a deadline for the parties to contact chambers in order to reschedule the applicable dates.

Respectfully submitted this 6th day of July, 2020.

By:   /s/ Heather D. Call

Heather D. Call
Michael T. Koenig
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 598-2623
Email: heather.call@usdoj.gov

Attorneys for the United States

3

## CERTIFICATE OF SERVICE

I hereby certify that on this July 6, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO SUSPEND DEADLINES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By:   /s/ Heather D. Call

    Heather D. Call
    Trial Attorney
    Antitrust Division
    U.S. Department of Justice
    Washington Criminal II Office
    450 Fifth Street, N.W.
    Washington, D.C. 20530
    Tel: (202) 598-2623
    Email: heather.call@usdoj.gov

Attorney for the United States