**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAYSON JEFFREY PENN, et al.,

    Defendants.

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS**

The United States of America, by and through counsel, Christopher Maietta, Trial Attorney, United States Department of Justice, Antitrust Division, respectfully moves pursuant to District of Colorado Local Rule 47.1 to restrict documents to the Court in the above-captioned case. The undersigned attorney has prepared a brief in support of this motion and a brief for *in camera* review of the relevant documents (filed under seal).

The brief for *in camera* review relates to a third party's claim of attorney-client and work product privileges with respect to a particular recording obtained during the investigation. The undersigned respectfully requests a "Level 4" Restriction which would make the related court order revealing the contents of those documents, the brief filed in support of this motion, the brief for *in camera* inspection of those documents, and related Exhibits, viewable only by the Court.

/

/

/

/

/

Due to the sensitive nature of the motion to restrict access to documents, the supporting brief, the brief for *in camera* inspection by the Court, and the related documents, the undersigned has not conferred with counsel for any of the above-named defendants regarding the filing of this motion.

Dated this 1st day of December, 2020.

        Respectfully submitted,

<u>*/s/ Christopher Maietta*</u>
CHRISTOPHER MAIETTA
Trial Attorney
United States Department of Justice
Antitrust Division, New York Field Office
26 Federal Plaza, Suite 3630
New York, New York 10278
Telephone: 212-824-1350
Mobile: 202-702-4056
Fax:  212-335-8000
E-mail:  Christopher.Maietta@usdoj.gov
*Attorney for the United States of America*

## **CERTIFICATE OF SERVICE**

      I certify that on this 1st day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                          */s/ Christopher Maietta*
                                          CHRISTOPHER MAIETTA
                                          Trial Attorney
                                          United States Department of Justice
                                          Antitrust Division, New York Field Office
                                          26 Federal Plaza, Suite 3630
                                          New York, New York 10278
                                          Telephone: 212-824-1350
                                          Mobile: 202-702-4056
                                          E-mail:  Christopher.Maietta@usdoj.gov
                                          *Attorney for the United States of America*