IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

       Defendants.

## DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS TO DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS FOR BILL OF PARTICULARS

Defendants Jayson Penn, Mikell Fries, Scott Brady, Roger Austin, Timothy Mulrenin, William Kantola, Jimmie Little, William Lovette, Gary Roberts, and Rickie Blake, by and through undersigned counsel, and pursuant to Rules 49.1(d) and 49.1(f) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict public access to the unredacted copy of Defendants' Joint Reply in Support of Motions for Bill of Particulars, any order revealing the contents of redaction, and the brief filed in support of this

1

motion for the reasons set forth in the accompanying Brief in Support of Motion to Restrict Public Access to Defendants' Joint Reply in Support of Motions for Bill of Particulars.

Dated:  December 31, 2020

Respectfully submitted,

/s/ *Michael F. Tubach*
Michael F. Tubach (Cal. Bar No. 145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701
E-mail:  mtubach@omm.com
*Attorneys for Defendant Jayson Jeffrey Penn*

/s/ *Richard K. Kornfeld*
Richard K. Kornfeld
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, CO  80202
303-573-1900
Fax: 303-446-9400
Email: rick@rklawpc.com
*Attorneys for Defendant Mikell Reeve Fries*

/s/ *Bryan B. Lavine*
Bryan B. Lavine
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30308
404-885-3170
Fax: 404-962-6613
Email: bryan.lavine@troutman.com
*Attorneys for Defendant Scott James Brady*

/s/ *Michael S. Feldberg*
Michael S. Feldberg
Reichman Jorgensen LLP-New York
750 Third Avenue, 24th Floor
New York, New York 10017
212-381-4970
Fax: 212-381-4971
Email: mfeldberg@reichmanjorgensen.com
*Attorneys for Defendant Roger Born Austin*

/s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
Latham & Watkins LLP-DC
555 11th Street, N.W., Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax: 202-637-2201
Email: elizabeth.prewitt@lw.com
*Attorneys for Defendant Timothy R. Mulrenin*

/s/ *James A. Backstrom*
James A. Backstrom
James A. Backstrom, Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
215-864-7797
Email: jabber@backstromlaw.com
*Attorney for Defendant William Vincent Kantola*

/s/ *Mark A. Byrne*
Mark A. Byrne (Cal. Bar No. 116657)
BYRNE & NIXON LLP
888 West Sixth Street, Suite 1100
Los Angeles, CA 90017

/s/ *John Anderson Fagg, Jr.*
John Anderson Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

2

Telephone: 213-620-8003  
Facsimile: 213-620-8012  
Email: markbyrne@byrnenixon.com  
*Attorneys for Defendant Jimmie Lee Little*

704-331-3622  
Fax: 704-378-2092  
Email: johnfagg@mvalaw.com  
*Attorneys for Defendant William Wade Lovette*

/s/ *Craig A. Gillen*
_____
Craig A. Gillen  
Gillen Withers & Lake, LLC  
400 Galleria Parkway, Ste 1920  
Atlanta, GA 30339  
Telephone: (404) 842-9700  
Facsimile: 404-842-9750  
E-mail: cgillen@gwllawfirm.com  
*Attorneys for Defendant Gary Brian Roberts*

/s/ *Barry J. Pollack*
_____
Barry J. Pollack  
Robbins Russell Englert Orseck Untereiner & Sauber LLP  
2000 K Street N.W., 4th Floor  
Washington, DC 20006  
202-775-4514  
Fax: 202-775-4510  
Email: bpollack@robbinsrussell.com  
*Attorneys for Defendant Rickie Patterson Blake*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 31st day of December, 2020, I electronically filed the foregoing **DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS TO DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS FOR BILL OF PARTICULARS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

 *s/ Michael F. Tubach*
 Michael F. Tubach