**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    **SCOTT JAMES BRADY,**
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS,
10.   RICKIE PATTERSON BLAKE,

    Defendant.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Scott James Brady    .

    DATED at Richmond, Virginia this 30th day of August, 2021.

    */s/ Laura Anne Kuykendall*
    Signature of Attorney

    Laura Anne Kuykendall
    Name of Attorney

    Troutman Pepper Hamilton Sanders LLP
    Firm Name

<u>1001 Haxall Point, Suite 1500</u>
Office Address

<u>Richmond, Virginia 23219</u>
City, State, ZIP Code

<u>804-697-1468</u>
Telephone Number

<u>la.kuykendall@troutman.com</u>
Primary CM/ECF E-mail Address

**Certificate of Service**

    I hereby certify that on this 30th day of August, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

<u>*/s/ Laura Anne Kuykendall*</u>
Laura Anne Kuykendall