CASE CAPTION: __U.S. v. Jayson Penn et al._____

CASE NO.:   1:20-cr-000152-PAB

EXHIBIT LIST OF:   Government

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 1 | Special Agent LaNard Taylor | Government's Conspiracy Guide | | | | | |
| 1-001 | Special Agent LaNard Taylor | Conspiracy Guide Document 1 | | | | | |
| 1-002 | Special Agent LaNard Taylor | Conspiracy Guide Document 2 | | | | | |
| 1-003 | Special Agent LaNard Taylor | Conspiracy Guide Document 3 | | | | | |
| 1-004 | Special Agent LaNard Taylor | Conspiracy Guide Document 4 | | | | | |
| 1-005 | Special Agent LaNard Taylor | Conspiracy Guide Document 5 | | | | | |
| 1-006 | Special Agent LaNard Taylor | Conspiracy Guide Document 6 | | | | | |
| 1-007 | Special Agent LaNard Taylor | Conspiracy Guide Document 7 | | | | | |
| 1-008 | Special Agent LaNard Taylor | Conspiracy Guide Document 8 | | | | | |
| 1-009 | Special Agent LaNard Taylor | Conspiracy Guide Document 9 | | | | | |
| 1-010 | Special Agent LaNard Taylor | Conspiracy Guide Document 10 | | | | | |
| 1-011 | Special Agent LaNard Taylor | Conspiracy Guide Document 11 | | | | | |
| 1-012 | Special Agent LaNard Taylor | Conspiracy Guide Document 12 | | | | | |
| 1-013 | Special Agent LaNard Taylor | Conspiracy Guide Document 13 | | | | | |
| 1-014 | Special Agent LaNard Taylor | Conspiracy Guide Document 14 | | | | | |
| 1-015 | Special Agent LaNard Taylor | Conspiracy Guide Document 15 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-016 | Special Agent LaNard Taylor | Conspiracy Guide Document 16 | | | | | |
| 1-017 | Special Agent LaNard Taylor | Conspiracy Guide Document 17 | | | | | |
| 1-018 | Special Agent LaNard Taylor | Conspiracy Guide Document 18 | | | | | |
| 1-019 | Special Agent LaNard Taylor | Conspiracy Guide Document 19 | | | | | |
| 1-020 | Special Agent LaNard Taylor | Conspiracy Guide Document 20 | | | | | |
| 1-021 | Special Agent LaNard Taylor | Conspiracy Guide Document 21 | | | | | |
| 1-022 | Special Agent LaNard Taylor | Conspiracy Guide Document 22 | | | | | |
| 1-023 | Special Agent LaNard Taylor | Conspiracy Guide Document 23 | | | | | |
| 1-024 | Special Agent LaNard Taylor | Conspiracy Guide Document 24 | | | | | |
| 1-025 | Special Agent LaNard Taylor | Conspiracy Guide Document 25 | | | | | |
| 1-026 | Special Agent LaNard Taylor | Conspiracy Guide Document 26 | | | | | |
| 1-027 | Special Agent LaNard Taylor | Conspiracy Guide Document 27 | | | | | |
| 1-028 | Special Agent LaNard Taylor | Conspiracy Guide Document 28 | | | | | |
| 1-029 | Special Agent LaNard Taylor | Conspiracy Guide Document 29 | | | | | |
| 1-030 | Special Agent LaNard Taylor | Conspiracy Guide Document 30 | | | | | |
| 1-031 | Special Agent LaNard Taylor | Conspiracy Guide Document 31 | | | | | |
| 1-032 | Special Agent LaNard Taylor | Conspiracy Guide Document 32 | | | | | |
| 1-033 | Special Agent LaNard Taylor | Conspiracy Guide Document 33 | | | | | |
| 1-034 | Special Agent LaNard Taylor | Conspiracy Guide Document 34 | | | | | |
| 1-035 | Special Agent LaNard Taylor | Conspiracy Guide Document 35 | | | | | |
| 1-036 | Special Agent LaNard Taylor | Conspiracy Guide Document 36 | | | | | |

3

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-037 | Special Agent LaNard Taylor | Conspiracy Guide Document 37 | | | | | |
| 1-038 | Special Agent LaNard Taylor | Conspiracy Guide Document 38 | | | | | |
| 1-039 | Special Agent LaNard Taylor | Conspiracy Guide Document 39 | | | | | |
| 1-040 | Special Agent LaNard Taylor | Conspiracy Guide Document 40 | | | | | |
| 1-041 | Special Agent LaNard Taylor | Conspiracy Guide Document 41 | | | | | |
| 1-042 | Special Agent LaNard Taylor | Conspiracy Guide Document 42 | | | | | |
| 1-043 | Special Agent LaNard Taylor | Conspiracy Guide Document 43 | | | | | |
| 1-044 | Special Agent LaNard Taylor | Conspiracy Guide Document 44 | | | | | |
| 1-045 | Special Agent LaNard Taylor | Conspiracy Guide Document 45 | | | | | |
| 1-046 | Special Agent LaNard Taylor | Conspiracy Guide Document 46 | | | | | |
| 1-047 | Special Agent LaNard Taylor | Conspiracy Guide Document 47 | | | | | |
| 1-048 | Special Agent LaNard Taylor | Conspiracy Guide Document 48 | | | | | |
| 1-049 | Special Agent LaNard Taylor | Conspiracy Guide Document 49 | | | | | |
| 1-050 | Special Agent LaNard Taylor | Conspiracy Guide Document 50 | | | | | |
| 1-051 | Special Agent LaNard Taylor | Conspiracy Guide Document 51 | | | | | |
| 1-052 | Special Agent LaNard Taylor | Conspiracy Guide Document 52 | | | | | |
| 1-053 | Special Agent LaNard Taylor | Conspiracy Guide Document 53 | | | | | |
| 1-054 | Special Agent LaNard Taylor | Conspiracy Guide Document 54 | | | | | |
| 1-055 | Special Agent LaNard Taylor | Conspiracy Guide Document 55 | | | | | |
| 1-056 | Special Agent LaNard Taylor | Conspiracy Guide Document 56 | | | | | |
| 1-057 | Special Agent LaNard Taylor | Conspiracy Guide Document 57 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-058 | Special Agent LaNard Taylor | Conspiracy Guide Document 58 | | | | | |
| 1-059 | Special Agent LaNard Taylor | Conspiracy Guide Document 59 | | | | | |
| 1-060 | Special Agent LaNard Taylor | Conspiracy Guide Document 60 | | | | | |
| 1-061 | Special Agent LaNard Taylor | Conspiracy Guide Document 61 | | | | | |
| 1-062 | Special Agent LaNard Taylor | Conspiracy Guide Document 62 | | | | | |
| 1-063 | Special Agent LaNard Taylor | Conspiracy Guide Document 63 | | | | | |
| 1-064 | Special Agent LaNard Taylor | Conspiracy Guide Document 64 | | | | | |
| 1-065 | Special Agent LaNard Taylor | Conspiracy Guide Document 65 | | | | | |
| 1-066 | Special Agent LaNard Taylor | Conspiracy Guide Document 66 | | | | | |
| 1-067 | Special Agent LaNard Taylor | Conspiracy Guide Document 67 | | | | | |
| 1-068 | Special Agent LaNard Taylor | Conspiracy Guide Document 68 | | | | | |
| 1-069 | Special Agent LaNard Taylor | Conspiracy Guide Document 69 | | | | | |
| 1-070 | Special Agent LaNard Taylor | Conspiracy Guide Document 70 | | | | | |
| 1-071 | Special Agent LaNard Taylor | Conspiracy Guide Document 71 | | | | | |
| 1-072 | Special Agent LaNard Taylor | Conspiracy Guide Document 72 | | | | | |
| 1-073 | Special Agent LaNard Taylor | Conspiracy Guide Document 73 | | | | | |
| 1-074 | Special Agent LaNard Taylor | Conspiracy Guide Document 74 | | | | | |
| 1-075 | Special Agent LaNard Taylor | Conspiracy Guide Document 75 | | | | | |
| 1-076 | Special Agent LaNard Taylor | Conspiracy Guide Document 76 | | | | | |
| 1-077 | Special Agent LaNard Taylor | Conspiracy Guide Document 77 | | | | | |
| 1-078 | Special Agent LaNard Taylor | Conspiracy Guide Document 78 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-079 | Special Agent LaNard Taylor | Conspiracy Guide Document 79 | | | | | |
| 1-080 | Special Agent LaNard Taylor | Conspiracy Guide Document 80 | | | | | |
| 1-081 | Special Agent LaNard Taylor | Conspiracy Guide Document 81 | | | | | |
| 1-082 | Special Agent LaNard Taylor | Conspiracy Guide Document 82 | | | | | |
| 1-083 | Special Agent LaNard Taylor | Conspiracy Guide Document 83 | | | | | |
| 1-084 | Special Agent LaNard Taylor | Conspiracy Guide Document 84 | | | | | |
| 1-085 | Special Agent LaNard Taylor | Conspiracy Guide Document 85 | | | | | |
| 1-086 | Special Agent LaNard Taylor | Conspiracy Guide Document 86 | | | | | |
| 1-087 | Special Agent LaNard Taylor | Conspiracy Guide Document 87 | | | | | |
| 1-088 | Special Agent LaNard Taylor | Conspiracy Guide Document 88 | | | | | |
| 1-089 | Special Agent LaNard Taylor | Conspiracy Guide Document 89 | | | | | |
| 1-090 | Special Agent LaNard Taylor | Conspiracy Guide Document 90 | | | | | |
| 1-091 | Special Agent LaNard Taylor | Conspiracy Guide Document 91 | | | | | |
| 1-092 | Special Agent LaNard Taylor | Conspiracy Guide Document 92 | | | | | |
| 1-093 | Special Agent LaNard Taylor | Conspiracy Guide Document 93 | | | | | |
| 1-094 | Special Agent LaNard Taylor | Conspiracy Guide Document 94 | | | | | |
| 1-095 | Special Agent LaNard Taylor | Conspiracy Guide Document 95 | | | | | |
| 1-096 | Special Agent LaNard Taylor | Conspiracy Guide Document 96 | | | | | |
| 1-097 | Special Agent LaNard Taylor | Conspiracy Guide Document 97 | | | | | |
| 1-098 | Special Agent LaNard Taylor | Conspiracy Guide Document 98 | | | | | |
| 1-099 | Special Agent LaNard Taylor | Conspiracy Guide Document 99 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-100 | Special Agent LaNard Taylor | Conspiracy Guide Document 100 | | | | | |
| 1-101 | Special Agent LaNard Taylor | Conspiracy Guide Document 101 | | | | | |
| 1-102 | Special Agent LaNard Taylor | Conspiracy Guide Document 102 | | | | | |
| 1-103 | Special Agent LaNard Taylor | Conspiracy Guide Document 103 | | | | | |
| 1-104 | Special Agent LaNard Taylor | Conspiracy Guide Document 104 | | | | | |
| 1-105 | Special Agent LaNard Taylor | Conspiracy Guide Document 105 | | | | | |
| 1-106 | Special Agent LaNard Taylor | Conspiracy Guide Document 106 | | | | | |
| 1-107 | Special Agent LaNard Taylor | Conspiracy Guide Document 107 | | | | | |
| 1-108 | Special Agent LaNard Taylor | Conspiracy Guide Document 108 | | | | | |
| 1-109 | Special Agent LaNard Taylor | Conspiracy Guide Document 109 | | | | | |
| 1-110 | Special Agent LaNard Taylor | Conspiracy Guide Document 110 | | | | | |
| 1-111 | Special Agent LaNard Taylor | Conspiracy Guide Document 111 | | | | | |
| 1-112 | Special Agent LaNard Taylor | Conspiracy Guide Document 112 | | | | | |
| 1-113 | Special Agent LaNard Taylor | Conspiracy Guide Document 113 | | | | | |
| 1-114 | Special Agent LaNard Taylor | Conspiracy Guide Document 114 | | | | | |
| 1-115 | Special Agent LaNard Taylor | Conspiracy Guide Document 115 | | | | | |
| 1-116 | Special Agent LaNard Taylor | Conspiracy Guide Document 116 | | | | | |
| 1-117 | Special Agent LaNard Taylor | Conspiracy Guide Document 117 | | | | | |
| 1-118 | Special Agent LaNard Taylor | Conspiracy Guide Document 118 | | | | | |
| 1-119 | Special Agent LaNard Taylor | Conspiracy Guide Document 119 | | | | | |
| 1-120 | Special Agent LaNard Taylor | Conspiracy Guide Document 120 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-121 | Special Agent LaNard Taylor | Conspiracy Guide Document 121 | | | | | |
| 1-122 | Special Agent LaNard Taylor | Conspiracy Guide Document 122 | | | | | |
| 1-123 | Special Agent LaNard Taylor | Conspiracy Guide Document 123 | | | | | |
| 1-124 | Special Agent LaNard Taylor | Conspiracy Guide Document 124 | | | | | |
| 1-125 | Special Agent LaNard Taylor | Conspiracy Guide Document 125 | | | | | |
| 1-126 | Special Agent LaNard Taylor | Conspiracy Guide Document 126 | | | | | |
| 1-127 | Special Agent LaNard Taylor | Conspiracy Guide Document 127 | | | | | |
| 1-128 | Special Agent LaNard Taylor | Conspiracy Guide Document 128 | | | | | |
| 1-129 | Special Agent LaNard Taylor | Conspiracy Guide Document 129 | | | | | |
| 1-130 | Special Agent LaNard Taylor | Conspiracy Guide Document 130 | | | | | |
| 1-131 | Special Agent LaNard Taylor | Conspiracy Guide Document 131 | | | | | |
| 1-132 | Special Agent LaNard Taylor | Conspiracy Guide Document 132 | | | | | |
| 1-133 | Special Agent LaNard Taylor | Conspiracy Guide Document 133 | | | | | |
| 1-134 | Special Agent LaNard Taylor | Conspiracy Guide Document 134 | | | | | |
| 1-135 | Special Agent LaNard Taylor | Conspiracy Guide Document 135 | | | | | |
| 1-136 | Special Agent LaNard Taylor | Conspiracy Guide Document 136 | | | | | |
| 1-137 | Special Agent LaNard Taylor | Conspiracy Guide Document 137 | | | | | |
| 1-138 | Special Agent LaNard Taylor | Conspiracy Guide Document 138 | | | | | |
| 1-139 | Special Agent LaNard Taylor | Conspiracy Guide Document 139 | | | | | |
| 1-140 | Special Agent LaNard Taylor | Conspiracy Guide Document 140 | | | | | |
| 1-141 | Special Agent LaNard Taylor | Conspiracy Guide Document 141 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-142 | Special Agent LaNard Taylor | Conspiracy Guide Document 142 | | | | | |
| 1-143 | Special Agent LaNard Taylor | Conspiracy Guide Document 143 | | | | | |
| 2 | Special Agent LaNard Taylor | Government's James Log | | | | | |
| 2-001 | Special Agent LaNard Taylor | James Log Entry 1 | | | | | |
| 2-002 | Special Agent LaNard Taylor | James Log Entry 2 | | | | | |
| 2-003 | Special Agent LaNard Taylor | James Log Entry 3 | | | | | |
| 2-004 | Special Agent LaNard Taylor | James Log Entry 4 | | | | | |
| 2-005 | Special Agent LaNard Taylor | James Log Entry 5 | | | | | |
| 2-006 | Special Agent LaNard Taylor | James Log Entry 6 | | | | | |
| 2-007 | Special Agent LaNard Taylor | James Log Entry 7 | | | | | |
| 2-008 | Special Agent LaNard Taylor | James Log Entry 8 | | | | | |
| 2-009 | Special Agent LaNard Taylor | James Log Entry 9 | | | | | |
| 2-010 | Special Agent LaNard Taylor | James Log Entry 10 | | | | | |
| 2-011 | Special Agent LaNard Taylor | James Log Entry 11 | | | | | |
| 2-012 | Special Agent LaNard Taylor | James Log Entry 12 | | | | | |
| 2-013 | Special Agent LaNard Taylor | James Log Entry 13 | | | | | |
| 2-014 | Special Agent LaNard Taylor | James Log Entry 14 | | | | | |
| 2-015 | Special Agent LaNard Taylor | James Log Entry 15 | | | | | |
| 2-016 | Special Agent LaNard Taylor | James Log Entry 16 | | | | | |
| 2-017 | Special Agent LaNard Taylor | James Log Entry 17 | | | | | |
| 2-018 | Special Agent LaNard Taylor | James Log Entry 18 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 2-019 | Special Agent LaNard Taylor | James Log Entry 19 | | | | | |
| 2-020 | Special Agent LaNard Taylor | James Log Entry 20 | | | | | |
| 2-021 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-022 | Special Agent LaNard Taylor | James Log Entry 22 | | | | | |
| 2-023 | Special Agent LaNard Taylor | James Log Entry 23 | | | | | |
| 2-024 | Special Agent LaNard Taylor | James Log Entry 24 | | | | | |
| 2-025 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-026 | Special Agent LaNard Taylor | James Log Entry 26 | | | | | |
| 2-027 | Special Agent LaNard Taylor | James Log Entry 27 | | | | | |
| 2-028 | Special Agent LaNard Taylor | James Log Entry 28 | | | | | |
| 2-029 | Special Agent LaNard Taylor | James Log Entry 29 | | | | | |
| 2-030 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-031 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-032 | Special Agent LaNard Taylor | James Log Entry 32 | | | | | |
| 2-033 | Special Agent LaNard Taylor | James Log Entry 33 | | | | | |
| 2-034 | Special Agent LaNard Taylor | James Log Entry 34 | | | | | |
| 2-035 | Special Agent LaNard Taylor | James Log Entry 35 | | | | | |
| 2-036 | Special Agent LaNard Taylor | James Log Entry 36 | | | | | |
| 2-037 | Special Agent LaNard Taylor | James Log Entry 37 | | | | | |
| 2-038 | Special Agent LaNard Taylor | James Log Entry 38 | | | | | |
| 2-038A | Special Agent LaNard Taylor | James Log Entry 38A | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-039 | Special Agent LaNard Taylor | James Log Entry 39 | | | | | |
| 2-040 | Special Agent LaNard Taylor | James Log Entry 40 | | | | | |
| 2-041 | Special Agent LaNard Taylor | James Log Entry 41 | | | | | |
| 2-042 | Special Agent LaNard Taylor | James Log Entry 42 | | | | | |
| 2-043 | Special Agent LaNard Taylor | James Log Entry 43 | | | | | |
| 2-044 | Special Agent LaNard Taylor | James Log Entry 44 | | | | | |
| 2-045 | Special Agent LaNard Taylor | James Log Entry 45 | | | | | |
| 2-046 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-047 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-048 | Special Agent LaNard Taylor | James Log Entry 48 | | | | | |
| 2-049 | Special Agent LaNard Taylor | James Log Entry 49 | | | | | |
| 2-050 | Special Agent LaNard Taylor | James Log Entry 50 | | | | | |
| 2-051 | Special Agent LaNard Taylor | James Log Entry 51 | | | | | |
| 2-052 | Special Agent LaNard Taylor | James Log Entry 52 | | | | | |
| 2-053 | Special Agent LaNard Taylor | James Log Entry 53 | | | | | |
| 2-054 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-055 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-056 | Special Agent LaNard Taylor | James Log Entry 56 | | | | | |
| 2-057 | Special Agent LaNard Taylor | James Log Entry 57 | | | | | |
| 2-058 | Special Agent LaNard Taylor | James Log Entry 58 | | | | | |
| 2-059 | Special Agent LaNard Taylor | James Log Entry 59 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 2-060 | Special Agent LaNard Taylor | James Log Entry 60 | | | | | |
| 2-061 | Special Agent LaNard Taylor | James Log Entry 61 | | | | | |
| 2-062 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-063 | Special Agent LaNard Taylor | James Log Entry 63 | | | | | |
| 2-064 | Special Agent LaNard Taylor | James Log Entry 64 | | | | | |
| 2-065 | Special Agent LaNard Taylor | James Log Entry 65 | | | | | |
| 2-066 | Special Agent LaNard Taylor | James Log Entry 66 | | | | | |
| 2-066A | Special Agent LaNard Taylor | James Log Entry 66A | | | | | |
| 2-067 | Special Agent LaNard Taylor | James Log Entry 67 | | | | | |
| 2-068 | Special Agent LaNard Taylor | James Log Entry 68 | | | | | |
| 2-069 | Special Agent LaNard Taylor | James Log Entry 69 | | | | | |
| 2-070 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-071 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-072 | Special Agent LaNard Taylor | James Log Entry 72 | | | | | |
| 2-073 | Special Agent LaNard Taylor | James Log Entry 73 | | | | | |
| 2-074 | Special Agent LaNard Taylor | James Log Entry 74 | | | | | |
| 2-075 | Special Agent LaNard Taylor | James Log Entry 75 | | | | | |
| 2-076 | Special Agent LaNard Taylor | James Log Entry 76 | | | | | |
| 2-077 | Special Agent LaNard Taylor | James Log Entry 77 | | | | | |
| 2-078 | Special Agent LaNard Taylor | James Log Entry 78 | | | | | |
| 2-079 | Special Agent LaNard Taylor | James Log Entry 79 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-080 | Special Agent LaNard Taylor | James Log Entry 80 | | | | | |
| 2-081 | Special Agent LaNard Taylor | James Log Entry 81 | | | | | |
| 2-082 | Special Agent LaNard Taylor | James Log Entry 82 | | | | | |
| 2-083 | Special Agent LaNard Taylor | James Log Entry 83 | | | | | |
| 2-084 | Special Agent LaNard Taylor | James Log Entry 84 | | | | | |
| 2-085 | Special Agent LaNard Taylor | James Log Entry 85 | | | | | |
| 2-086 | Special Agent LaNard Taylor | James Log Entry 86 | | | | | |
| 2-087 | Special Agent LaNard Taylor | James Log Entry 87 | | | | | |
| 2-088 | Special Agent LaNard Taylor | James Log Entry 88 | | | | | |
| 2-089 | Special Agent LaNard Taylor | James Log Entry 89 | | | | | |
| 2-090 | Special Agent LaNard Taylor | James Log Entry 90 | | | | | |
| 2-091 | Special Agent LaNard Taylor | James Log Entry 91 | | | | | |
| 2-092 | Special Agent LaNard Taylor | James Log Entry 92 | | | | | |
| 2-093 | Special Agent LaNard Taylor | James Log Entry 93 | | | | | |
| 2-094 | Special Agent LaNard Taylor | James Log Entry 94 | | | | | |
| 2-095 | Special Agent LaNard Taylor | James Log Entry 95 | | | | | |
| 2-096 | Special Agent LaNard Taylor | James Log Entry 96 | | | | | |
| 2-097 | Special Agent LaNard Taylor | James Log Entry 97 | | | | | |
| 2-098 | Special Agent LaNard Taylor | James Log Entry 98 | | | | | |
| 2-099 | Special Agent LaNard Taylor | James Log Entry 99 | | | | | |
| 2-100 | Special Agent LaNard Taylor | James Log Entry 100 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-101 | Special Agent LaNard Taylor | James Log Entry 101 | | | | | |
| 2-102 | Special Agent LaNard Taylor | James Log Entry 102 | | | | | |
| 2-103 | Special Agent LaNard Taylor | James Log Entry 103 | | | | | |
| 2-104 | Special Agent LaNard Taylor | James Log Entry 104 | | | | | |
| 2-105 | Special Agent LaNard Taylor | James Log Entry 105 | | | | | |
| 2-106 | Special Agent LaNard Taylor | James Log Entry 106 | | | | | |
| 2-107 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-108 | Special Agent LaNard Taylor | James Log Entry 108 | | | | | |
| 2-109 | Special Agent LaNard Taylor | James Log Entry 109 | | | | | |
| 2-110 | Special Agent LaNard Taylor | James Log Entry 110 | | | | | |
| 2-111 | Special Agent LaNard Taylor | James Log Entry 111 | | | | | |
| 2-112 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-113 | Special Agent LaNard Taylor | James Log Entry 113 | | | | | |
| 2-114 | Special Agent LaNard Taylor | James Log Entry 114 | | | | | |
| 2-115 | Special Agent LaNard Taylor | James Log Entry 115 | | | | | |
| 2-116 | Special Agent LaNard Taylor | James Log Entry 116 | | | | | |
| 2-117 | Special Agent LaNard Taylor | James Log Entry 117 | | | | | |
| 2-118 | Special Agent LaNard Taylor | James Log Entry 118 | | | | | |
| 2-119 | Special Agent LaNard Taylor | James Log Entry 119 | | | | | |
| 2-120 | Special Agent LaNard Taylor | James Log Entry 120 | | | | | |
| 2-121 | Special Agent LaNard Taylor | James Log Entry 121 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 2-122 | Special Agent LaNard Taylor | James Log Entry 122 | | | | | |
| 2-123 | Special Agent LaNard Taylor | James Log Entry 123 | | | | | |
| 2-124 | Special Agent LaNard Taylor | James Log Entry 124 | | | | | |
| 2-125 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-126 | Special Agent LaNard Taylor | James Log Entry 126 | | | | | |
| 2-127 | Special Agent LaNard Taylor | James Log Entry 127 | | | | | |
| 2-128 | Special Agent LaNard Taylor | James Log Entry 128 | | | | | |
| 2-129 | Special Agent LaNard Taylor | James Log Entry 129 | | | | | |
| 2-130 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-131 | Special Agent LaNard Taylor | James Log Entry 131 | | | | | |
| 2-132 | Special Agent LaNard Taylor | James Log Entry 132 | | | | | |
| 2-133 | Special Agent LaNard Taylor | James Log Entry 133 | | | | | |
| 2-134 | Special Agent LaNard Taylor | James Log Entry 134 | | | | | |
| 2-135 | Special Agent LaNard Taylor | James Log Entry 135 | | | | | |
| 2-136 | Special Agent LaNard Taylor | James Log Entry 136 | | | | | |
| 2-137 | Special Agent LaNard Taylor | James Log Entry 137 | | | | | |
| 2-138 | Special Agent LaNard Taylor | James Log Entry 138 | | | | | |
| 2-139 | Special Agent LaNard Taylor | James Log Entry 139 | | | | | |
| 2-140 | Special Agent LaNard Taylor | James Log Entry 140 | | | | | |
| 2-141 | Special Agent LaNard Taylor | James Log Entry 141 | | | | | |
| 2-142 | Special Agent LaNard Taylor | James Log Entry 142 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-143 | Special Agent LaNard Taylor | James Log Entry 143 | | | | | |
| 2-144 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-145 | Special Agent LaNard Taylor | James Log Entry 145 | | | | | |
| 2-146 | Special Agent LaNard Taylor | James Log Entry 146 | | | | | |
| 2-147 | Special Agent LaNard Taylor | James Log Entry 147 | | | | | |
| 2-148 | Special Agent LaNard Taylor | James Log Entry 148 | | | | | |
| 2-149 | Special Agent LaNard Taylor | James Log Entry 149 | | | | | |
| 2-150 | Special Agent LaNard Taylor | James Log Entry 150 | | | | | |
| 2-151 | Special Agent LaNard Taylor | James Log Entry 151 | | | | | |
| 2-152 | Special Agent LaNard Taylor | James Log Entry 152 | | | | | |
| 2-153 | Special Agent LaNard Taylor | James Log Entry 153 | | | | | |
| 2-154 | Special Agent LaNard Taylor | James Log Entry 154 | | | | | |
| 2-155 | Special Agent LaNard Taylor | James Log Entry 155 | | | | | |
| 2-156 | Special Agent LaNard Taylor | James Log Entry 156 | | | | | |
| 2-157 | Special Agent LaNard Taylor | James Log Entry 157 | | | | | |
| 2-158 | Special Agent LaNard Taylor | James Log Entry 158 | | | | | |
| 2-159 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-160 | Special Agent LaNard Taylor | James Log Entry 160 | | | | | |
| 2-161 | Special Agent LaNard Taylor | James Log Entry 161 | | | | | |
| 2-162 | Special Agent LaNard Taylor | James Log Entry 162 | | | | | |
| 2-163 | Special Agent LaNard Taylor | James Log Entry 163 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 2-164 | Special Agent LaNard Taylor | James Log Entry 164 | | | | | |
| 2-165 | Special Agent LaNard Taylor | James Log Entry 165 | | | | | |
| 2-166 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-167 | Special Agent LaNard Taylor | James Log Entry 167 | | | | | |
| 2-168 | Special Agent LaNard Taylor | James Log Entry 168 | | | | | |
| 2-169 | Special Agent LaNard Taylor | James Log Entry 169 | | | | | |
| 2-170 | Special Agent LaNard Taylor | James Log Entry 170 | | | | | |
| 2-171 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-172 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-173 | Special Agent LaNard Taylor | James Log Entry 173 | | | | | |
| 2-174 | Special Agent LaNard Taylor | James Log Entry 174 | | | | | |
| 2-175 | Special Agent LaNard Taylor | James Log Entry 175 | | | | | |
| 2-176 | Special Agent LaNard Taylor | James Log Entry 176 | | | | | |
| 2-177 | Special Agent LaNard Taylor | James Log Entry 177 | | | | | |
| 2-178 | Special Agent LaNard Taylor | James Log Entry 178 | | | | | |
| 2-179 | Special Agent LaNard Taylor | James Log Entry 179 | | | | | |
| 2-180 | Special Agent LaNard Taylor | James Log Entry 180 | | | | | |
| 2-181 | Special Agent LaNard Taylor | James Log Entry 181 | | | | | |
| 2-182 | Special Agent LaNard Taylor | James Log Entry 182 | | | | | |
| 2-183 | Special Agent LaNard Taylor | James Log Entry 183 | | | | | |
| 2-184 | Special Agent LaNard Taylor | James Log Entry 184 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-185 | Special Agent LaNard Taylor | James Log Entry 185 | | | | | |
| 2-186 | Special Agent LaNard Taylor | James Log Entry 186 | | | | | |
| 2-187 | Special Agent LaNard Taylor | James Log Entry 187 | | | | | |
| 2-188 | Special Agent LaNard Taylor | James Log Entry 188 | | | | | |
| 2-189 | Special Agent LaNard Taylor | James Log Entry 189 | | | | | |
| 2-190 | Special Agent LaNard Taylor | James Log Entry 190 | | | | | |
| 2-191 | Special Agent LaNard Taylor | James Log Entry 191 | | | | | |
| 2-192 | Special Agent LaNard Taylor | James Log Entry 192 | | | | | |
| 2-193 | Special Agent LaNard Taylor | James Log Entry 193 | | | | | |
| 2-194 | Special Agent LaNard Taylor | James Log Entry 194 | | | | | |
| 2-195 | Special Agent LaNard Taylor | James Log Entry 195 | | | | | |
| 2-196 | Special Agent LaNard Taylor | James Log Entry 196 | | | | | |
| 2-197 | Special Agent LaNard Taylor | James Log Entry 197 | | | | | |
| 2-198 | Special Agent LaNard Taylor | James Log Entry 198 | | | | | |
| 2-199 | Special Agent LaNard Taylor | James Log Entry 199 | | | | | |
| 2-200 | Special Agent LaNard Taylor | James Log Entry 200 | | | | | |
| 2-201 | Special Agent LaNard Taylor | James Log Entry 201 | | | | | |
| 2-202 | Special Agent LaNard Taylor | James Log Entry 202 | | | | | |
| 2-203 | Special Agent LaNard Taylor | James Log Entry 203 | | | | | |
| 2-204 | Special Agent LaNard Taylor | James Log Entry 204 | | | | | |
| 2-205 | Special Agent LaNard Taylor | James Log Entry 205 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 2-206 | Special Agent LaNard Taylor | James Log Entry 206 | | | | | |
| 2-207 | Special Agent LaNard Taylor | James Log Entry 207 | | | | | |
| 2-208 | Special Agent LaNard Taylor | James Log Entry 208 | | | | | |
| 2-209 | Special Agent LaNard Taylor | James Log Entry 209 | | | | | |
| 2-210 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-211 | Special Agent LaNard Taylor | James Log Entry 211 | | | | | |
| 2-212 | Special Agent LaNard Taylor | James Log Entry 212 | | | | | |
| 2-213 | Special Agent LaNard Taylor | James Log Entry 213 | | | | | |
| 2-214 | Special Agent LaNard Taylor | James Log Entry 214 | | | | | |
| 2-215 | Special Agent LaNard Taylor | James Log Entry 215 | | | | | |
| 2-216 | Special Agent LaNard Taylor | James Log Entry 216 | | | | | |
| 2-217 | Special Agent LaNard Taylor | James Log Entry 217 | | | | | |
| 2-218 | Special Agent LaNard Taylor | James Log Entry 218 | | | | | |
| 2-219 | Special Agent LaNard Taylor | James Log Entry 219 | | | | | |
| 2-220 | Special Agent LaNard Taylor | James Log Entry 220 | | | | | |
| 2-221 | Special Agent LaNard Taylor | James Log Entry 221 | | | | | |
| 2-222 | Special Agent LaNard Taylor | James Log Entry 222 | | | | | |
| 2-223 | Special Agent LaNard Taylor | James Log Entry 223 | | | | | |
| 2-224 | Special Agent LaNard Taylor | James Log Entry 224 | | | | | |
| 2-225 | Special Agent LaNard Taylor | James Log Entry 225 | | | | | |
| 2-226 | Special Agent LaNard Taylor | James Log Entry 226 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-227 | Special Agent LaNard Taylor | James Log Entry 227 | | | | | |
| 2-228 | Special Agent LaNard Taylor | James Log Entry 228 | | | | | |
| 2-229 | Special Agent LaNard Taylor | James Log Entry 229 | | | | | |
| 2-230 | Special Agent LaNard Taylor | James Log Entry 230 | | | | | |
| 2-231 | Special Agent LaNard Taylor | James Log Entry 231 | | | | | |
| 2-232 | Special Agent LaNard Taylor | James Log Entry 232 | | | | | |
| 2-233 | Special Agent LaNard Taylor | James Log Entry 233 | | | | | |
| 2-234 | Special Agent LaNard Taylor | James Log Entry 234 | | | | | |
| 2-235 | Special Agent LaNard Taylor | James Log Entry 235 | | | | | |
| 2-236 | Special Agent LaNard Taylor | James Log Entry 236 | | | | | |
| 2-237 | Special Agent LaNard Taylor | James Log Entry 237 | | | | | |
| 2-238 | Special Agent LaNard Taylor | James Log Entry 238 | | | | | |
| 2-239 | Special Agent LaNard Taylor | James Log Entry 239 | | | | | |
| 2-240 | Special Agent LaNard Taylor | James Log Entry 240 | | | | | |
| 2-241 | Special Agent LaNard Taylor | James Log Entry 241 | | | | | |
| 2-242 | Special Agent LaNard Taylor | James Log Entry 242 | | | | | |
| 2-243 | Special Agent LaNard Taylor | James Log Entry 243 | | | | | |
| 2-244 | Special Agent LaNard Taylor | James Log Entry 244 | | | | | |
| 2-245 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-246 | Special Agent LaNard Taylor | James Log Entry 246 | | | | | |
| 2-247 | Special Agent LaNard Taylor | James Log Entry 247 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-248 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-249 | Special Agent LaNard Taylor | James Log Entry 249 | | | | | |
| 2-250 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-251 | Special Agent LaNard Taylor | James Log Entry 251 | | | | | |
| 2-252 | Special Agent LaNard Taylor | James Log Entry 252 | | | | | |
| 2-253 | Special Agent LaNard Taylor | James Log Entry 253 | | | | | |
| 2-254 | Special Agent LaNard Taylor | James Log Entry 254 | | | | | |
| 2-255 | Special Agent LaNard Taylor | James Log Entry 255 | | | | | |
| 2-256 | Special Agent LaNard Taylor | James Log Entry 256 | | | | | |
| 2-257 | Special Agent LaNard Taylor | James Log Entry 257 | | | | | |
| 2-258 | Special Agent LaNard Taylor | James Log Entry 258 | | | | | |
| 2-259 | Special Agent LaNard Taylor | James Log Entry 259 | | | | | |
| 2-260 | Special Agent LaNard Taylor | James Log Entry 260 | | | | | |
| 2-261 | Special Agent LaNard Taylor | James Log Entry 261 | | | | | |
| 2-262 | Special Agent LaNard Taylor | James Log Entry 262 | | | | | |
| 2-263 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-264 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-265 | Special Agent LaNard Taylor | James Log Entry 265 | | | | | |
| 2-266 | Special Agent LaNard Taylor | James Log Entry 266 | | | | | |
| 2-267 | Special Agent LaNard Taylor | James Log Entry 267 | | | | | |
| 2-268 | Special Agent LaNard Taylor | James Log Entry 268 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 2-269 | Special Agent LaNard Taylor | James Log Entry 269 | | | | | |
| 2-270 | Special Agent LaNard Taylor | James Log Entry 270 | | | | | |
| 2-271 | Special Agent LaNard Taylor | James Log Entry 271 | | | | | |
| 2-272 | Special Agent LaNard Taylor | James Log Entry 272 | | | | | |
| 2-273 | Special Agent LaNard Taylor | James Log Entry 273 | | | | | |
| 2-274 | Special Agent LaNard Taylor | James Log Entry 274 | | | | | |
| 2-275 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-276 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-277 | Special Agent LaNard Taylor | James Log Entry 277 | | | | | |
| 2-278 | Special Agent LaNard Taylor | James Log Entry 278 | | | | | |
| 2-279 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-280 | Special Agent LaNard Taylor | James Log Entry 280 | | | | | |
| 2-281 | Special Agent LaNard Taylor | James Log Entry 281 | | | | | |
| 2-282 | Special Agent LaNard Taylor | James Log Entry 282 | | | | | |
| 2-283 | Special Agent LaNard Taylor | James Log Entry 283 | | | | | |
| 2-284 | Special Agent LaNard Taylor | James Log Entry 284 | | | | | |
| 2-285 | Special Agent LaNard Taylor | James Log Entry 285 | | | | | |
| 2-286 | Special Agent LaNard Taylor | James Log Entry 286 | | | | | |
| 2-287 | Special Agent LaNard Taylor | James Log Entry 287 | | | | | |
| 2-288 | Special Agent LaNard Taylor | James Log Entry 288 | | | | | |
| 2-289 | Special Agent LaNard Taylor | James Log Entry 289 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 2-290 | Special Agent LaNard Taylor | James Log Entry 290 | | | | | |
| 2-291 | Special Agent LaNard Taylor | James Log Entry 291 | | | | | |
| 2-292 | Special Agent LaNard Taylor | James Log Entry 292 | | | | | |
| 2-293 | Special Agent LaNard Taylor | James Log Entry 293 | | | | | |
| 2-294 | Special Agent LaNard Taylor | James Log Entry 294 | | | | | |
| 2-295 | Special Agent LaNard Taylor | James Log Entry 295 | | | | | |
| 2-296 | Special Agent LaNard Taylor | James Log Entry 296 | | | | | |
| 2-297 | Special Agent LaNard Taylor | James Log Entry 297 | | | | | |
| 2-298 | Special Agent LaNard Taylor | James Log Entry 298 | | | | | |
| 2-299 | Special Agent LaNard Taylor | James Log Entry 299 | | | | | |
| 2-300 | Special Agent LaNard Taylor | James Log Entry 300 | | | | | |
| 2-301 | Special Agent LaNard Taylor | James Log Entry 301 | | | | | |
| 2-302 | Special Agent LaNard Taylor | James Log Entry 302 | | | | | |
| 2-303 | Special Agent LaNard Taylor | James Log Entry 303 | | | | | |
| 2-304 | Intentionally Left Blank | Withdrawn from James Log | | | | | |
| 2-305 | Special Agent LaNard Taylor | James Log Entry 305 | | | | | |
| 2-306 | Special Agent LaNard Taylor | James Log Entry 306 | | | | | |
| 2-307 | Special Agent LaNard Taylor | James Log Entry 307 | | | | | |
| 2-308 | Special Agent LaNard Taylor | James Log Entry 308 | | | | | |
| 2-309 | Special Agent LaNard Taylor | James Log Entry 309 | | | | | |
| 2-310 | Intentionally Left Blank | Withdrawn from James Log | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 2-311 | Special Agent LaNard Taylor | James Log Entry 311 | | | | | |
| 2-312 | Special Agent LaNard Taylor | James Log Entry 312 | | | | | |
| 2-313 | Special Agent LaNard Taylor | James Log Entry 313 | | | | | |
| 2-314 | Special Agent LaNard Taylor | James Log Entry 314 | | | | | |
| 2-315 | Special Agent LaNard Taylor | James Log Entry 315 | | | | | |
| 2-316 | Special Agent LaNard Taylor | James Log Entry 316 | | | | | |
| 2-317 | Special Agent LaNard Taylor | James Log Entry 317 | | | | | |
| 2-318 | Special Agent LaNard Taylor | James Log Entry 318 | | | | | |
| 2-319 | Special Agent LaNard Taylor | James Log Entry 319 | | | | | |
| 2-320 | Special Agent LaNard Taylor | James Log Entry 320 | | | | | |
| 2-321 | Special Agent LaNard Taylor | James Log Entry 321 | | | | | |
| 2-322 | Special Agent LaNard Taylor | James Log Entry 322 | | | | | |
| 2-323 | Special Agent LaNard Taylor | James Log Entry 323 | | | | | |
| 2-324 | Special Agent LaNard Taylor | James Log Entry 324 | | | | | |
| 2-325 | Special Agent LaNard Taylor | James Log Entry 325 | | | | | |
| 2-326 | Special Agent LaNard Taylor | James Log Entry 326 | | | | | |
| 2-327 | Special Agent LaNard Taylor | James Log Entry 327, 327A, 327B, 327C, 327D | | | | | |
| 2-328 | Special Agent LaNard Taylor | James Log Entry 328 | | | | | |
| 2-329 | Special Agent LaNard Taylor | James Log Entry 329 | | | | | |
| 2-330 | Special Agent LaNard Taylor | James Log Entry 330 | | | | | |
| 2-331 | Special Agent LaNard Taylor | James Log Entry 331 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 2-332 | Special Agent LaNard Taylor | James Log Entry 332 | | | | | |
| 2-333 | Special Agent LaNard Taylor | James Log Entry 333 | | | | | |
| 3 | Special Agent LaNard Taylor | Government's Introductory James Hearing PowerPoint | | | | | |
| 4 | Special Agent LaNard Taylor | August 31, 2012 email chain between Brenda Ray and Rob Alsberg regarding a friendly competitor and rising tide. | | | | | |
| 5 | Special Agent LaNard Taylor | Co-conspirator Participation "as-of" Date Chart | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |