## Cost Plus Prices

| | Tyson | Perdue | GK | Col. | Clax | WLR | ConAg | Sea | MJ | MD | Rocco | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | | | | | 49.00 | | 48.60 | | | | | | | |
| TRP | | | | | 46.50 | | | | | | | | | |
| 8 pc. | 48.55 | 49.20 | 48.50 | 48.60 | 48.60 | 49.00 | 48.15 | 47.75 | 48.60 | | | | | |
| Dark | | | 45.00 | | | catch(48) | 45 | | | | | | | |
| **1999** | | | | | | | | | | | | Dec | dark | 44.69 |
| Month | | | | | | | | | | | | Con Ag | white | 92.69 |
| March | 71.86 | 71.11 | 70.13 | 68.96 | 68.52 | 66.89 | | | | | | | wings | 70.15 |
| April | 70.91 | 71.40 | 70.24 | 68.58 | 69.07 | 67.45 | | | | | | | | |
| May | 70.95 | 71.06 | 70.68 | 68.52 | 68.63 | 67.23 | 68.05 | 69.51 | | | | | | |
| June | 71.16 | 72.89 | 70.85 | 68.42 | 68.49 | 67.91 | 67.28 | 69.73 | | | | | | |
| July | 70.69 | 70.95 | 70.51 | 67.76 | 67.99 | 66.55 | 66.91 | 69.35 | | | | | | |
| Aug | 70.74 | 70.81 | 70.74 | 67.81 | 68.14 | 66.58 | 66.79 | 69.46 | 69.32 | | | | | |
| Sept | 70.64 | 70.27 | 70.36 | 67.55 | 68.03 | 66.05 | 66.52 | 69.37 | 69.67 | | | | | |
| Oct | 70.60 | 70.33 | 70.24 | 67.35 | 68.53 | 66.68 | 66.42 | 69.45 | 68.60 | | | | | |
| Nov | 70.70 | 70.55 | 70.17 | 67.64 | 67.93 | 66.73 | 66.52 | 69.57 | 68.46 | | | | | |
| Dec | 70.65 | 70.49 | 70.01 | 67.66 | 68.21 | 66.88 | 66.52 | 69.55 | 68.81 | | | | | |
| Avg. | 70.89 | 70.99 | 70.39 | 68.03 | 68.35 | 66.90 | 66.88 | 69.50 | 68.81 | | | | | |

| | Tyson | Perdue | GK | Col. | Clax | WLR | ConAg | Sea | MJ | MD | Rocco | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2000** | | | | | | | | | | | | | | |
| Jan | 70.65 | 67.75 | 68.39 | 68.29 | 68.29 | 67.25 | 66.52 | 68.38 | 69.00 | | | Columbia | Select +25 | |
| Feb | 69.66 | 68.78 | 69.24 | 69.73 | 69.26 | 68.22 | 66.65 | 68.60 | 69.41 | | | on strips | | |
| Mar | 70.07 | 69.14 | 69.84 | 70.15 | 69.87 | 69.31 | 67.22 | 69.12 | 69.80 | | | del store | | |
| April | 70.69 | 69.67 | 71.00 | 71.05 | 70.59 | 69.46 | 67.84 | 67.44 | | | | | | |
| May | 70.57 | 70.34 | 71.69 | 71.48 | 70.67 | 70.15 | 68.53 | 68.53 | 70.69 | 69.14 | | Columbia | | |
| June | 70.50 | 69.72 | 71.85 | 71.71 | 70.59 | 70.25 | 68.84 | 68.84 | 71.21 | 69.55 | 70.35 | wings this year | 65 | wgs |
| July | 70.16 | 69.43 | 70.42 | 69.83 | 70.45 | 69.54 | 68.45 | 68.45 | 70.52 | | | 2000 | 70 | counted |
| Aug | 69.39 | 68.67 | 68.92 | 69.33 | 68.46 | 68.58 | 67.65 | 67.65 | 69.17 | | | | | |
| Sept | 66.92 | 68.00 | 67.87 | 68.81 | 68.02 | 67.40 | 66.87 | 66.87 | 68.17 | | | | | |
| Oct | 66.86 | 68.09 | 67.84 | 68.49 | 67.39 | 66.92 | 66.81 | 66.81 | 66.98 | | | | | |
| Nov | 67.15 | 68.21 | 68.33 | 68.59 | 67.58 | 67.23 | 67.14 | 67.14 | 67.63 | | | | | |
| Dec | 67.40 | 68.45 | 68.51 | 68.71 | 67.86 | 66.94 | 67.49 | 67.49 | 68.09 | | | | | |
| Avg. | 69.17 | 68.85 | 69.49 | 69.68 | 69.09 | 68.44 | 67.50 | 67.98 | 69.26 | | | | | |

| **2001** | Tyson | Perdue | GK | Col. | Clax | WLR | ConAg | MJ | MD | Rocco |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 67.70 | 67.25 | 68.28 | 68.51 | 66.73 | 66.78 | 67.44 | 68.56 | | |
| Feb | 67.91 | 67.84 | 67.10 | 67.50 | 67.21 | 67.18 | 67.86 | 68.06 | 68.78 | |
| Mar | | 68.13 | 67.60 | 67.88 | 67.57 | 67.98 | 67.95 | 67.67 | 67.79 | |
| April | | 68.20 | 67.89 | 68.97 | 67.76 | 68.19 | 67.94 | 68.05 | 67.01 | |
| May | | 68.16 | 68.28 | 68.70 | 67.88 | 68.31 | 68.42 | 67.56 | 67.06 | |
| June | | 67.53 | 67.80 | X | 67.01 | 67.41 | 67.12 | 66.64 | 66.55 | |
| July | | 67.30 | 66.65 | X | 66.36 | 67.17 | 66.52 | 66.55 | 65.71 | |
| Aug | | 67.00 | 66.62 | X | 66.28 | 67.18 | 66.38 | 66.04 | 65.25 | |
| Sept | | 67.27 | 66.88 | X | 66.42 | 67.59 | 66.18 | 67.09 | 65.92 | |
| Oct | | 67.43 | 66.84 | X | 66.17 | 68.02 | 66.54 | 66.83 | 66.01 | |
| Nov | | 67.35 | 67.20 | X | 65.32 | 67.67 | 66.44 | 66.91 | | |
| Dec | | 67.58 | 67.09 | X | 65.22 | 67.78 | 66.30 | 66.53 | | |


GOVERNMENT EXHIBIT
2-334
20-cr-152-PAB
James H'g

2002,2003

| **2002** | Tyson | Perdue | GK | Clax | Pilgrim | ConAg | MJ | MD | George's |
|---|---|---|---|---|---|---|---|---|---|
| Jan | | 65.36 | 67.48 | 65.82 | 67.03 | 66.51 | 66.73 | | |
| Feb | | 65.40 | 67.42 | 66.05 | 67.18 | 66.03 | 67.17 | | |
| Mar | | 65.37 | 66.10 | 66.02 | 67.58 | 66.13 | 67.36 | | |
| April | | 65.28 | 66.15 | 65.80 | 66.80 | 66.24 | 66.41 | | |
| May | | 65.26 | 66.25 | 66.28 | 66.57 | 66.09 | 66.37 | | |
| June | | 65.36 | 66.59 | 65.92 | 66.70 | 66.09 | 66.15 | | |
| July | | 65.42 | 66.73 | 65.44 | 66.60 | 66.19 | 66.50 | 65.69 | |
| Aug | | 66.09 | 67.51 | 66.59 | 66.97 | 66.62 | 66.95 | 66.61 | |
| Sept | | 65.97 | 67.98 | 66.82 | 67.59 | 67.36 | 67.53 | 66.84 | |
| Oct | | 66.56 | 68.14 | 67.46 | 68.77 | 66.38 | 67.65 | 67.55 | |
| Nov | | 67.26 | 68.86 | 67.36 | 68.00 | 68.23 | 68.92 | 67.42 | |
| Dec | | 67.43 | 68.80 | 67.94 | 68.41 | 68.25 | 68.44 | 68.09 | |
| | Avg. | 65.90 | 67.33 | 66.46 | 67.35 | 66.84 | 67.18 | 67.03 | |

| **2003** | Tyson | Perdue | GK | Clax | Pilgrim | ConAg | MJ | MD | George's (East) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 66.99 | 68.89 | 68.02 | 68.40 | 68.15 | 68.24 | 68.12 | |
| 2 | | 66.87 | 68.77 | 68.26 | 68.09 | 68.07 | 68.47 | 68.09 | |
| 3 | | 67.36 | 68.76 | 68.60 | 68.27 | 67.76 | 68.04 | 68.30 | 68.93 |
| 4 | | 68.25 | 68.96 | 69.11 | 68.60 | 68.16 | 68.54 | 68.60 | 68.88 |
| 5 | | 67.15 | 68.90 | 68.64 | 68.70 | 68.42 | 68.74 | 68.60 | |
| 6 | | 67.26 | 68.98 | 68.65 | 69.20 | 68.84 | 69.37 | 69.26 | |
| 7 | | 67.07 | 69.21 | 68.82 | 69.40 | 68.98 | 68.86 | 69.35 | 69.71 |
| 8 | | 67.05 | 69.18 | 68.82 | 69.38 | 68.93 | 69.28 | 68.90 | 69.48 |
| 9 | | 67.18 | 68.85 | 68.57 | 69.33 | 68.75 | 68.68 | 68.56 | 69.19 |
| 10 | 68.54 | 66.73 | 68.90 | 68.52 | 69.08 | 68.69 | 68.28 | 68.28 | 69.68 |
| 11 | 68.68 | 66.72 | 68.83 | 68.52 | 68.67 | 68.14 | 67.59 | 67.92 | 69.05 |
| 12 | 69.15 | 66.78 | 69.03 | 68.98 | 68.74 | 68.18 | 67.86 | 67.64 | 68.74 |
| 13 | 69.37 | 66.80 | 68.60 | 69.32 | 68.48 | 67.94 | 68.21 | 67.23 | 69.54 |
| | Avg. | 67.09 | 68.91 | 68.68 | 68.80 | 68.39 | 68.47 | 68.37 | |

2004

| Ceilings | 69 | X | 69.75 | * 68.25 | 68.75 | X | * 69 | * 68.5 | | * No Payback |
|---|---|---|---|---|---|---|---|---|---|---|
| **2004** | Tyson | Perdue | GK | Clax | Pilgrim | MJ | MD | George's (East) | | Started in Period 2 |
| 1 | 69.85 | 67.31 | 68.98 | 69.07 | 68.97 | 69.23 | 68.27 | 70.28 | | |
| 2 | 70.69 | 68.31 | 71.16 | 69.49 | 70.19 | 68.78 | 69.42 | 71.88 | | |
| 3 | 71.43 | 69.29 | 71.69 | 71.09 | 71.72 | 69.16 | 70.94 | 72.32 | | |
| 4 | 71.94 | 69.98 | 72.95 | 71.39 | 72.15 | 71.72 | 72.07 | 73.36 | | |
| 5 | 72.49 | 70.42 | 74.16 | 71.21 | 73.66 | 71.82 | 72.55 | 73.99 | | |
| 6 | 72.81 | 73.99 | 76.90 | 73.04 | 78.45 | 75.53 | 78.90 | 74.85 | | |
| 7 | 82.86 | 79.48 | 79.88 | 75.74 | 78.49 | 77.90 | 78.83 | 74.73 | | |
| 8 | 81.97 | 79.63 | 79.10 | 78.53 | 78.28 | 78.01 | 78.51 | 75.32 | | |
| 9 | 81.19 | 79.13 | 78.51 | 78.20 | 77.34 | 78.32 | 77.79 | 74.62 | | |
| 10 | 80.38 | 78.67 | 77.36 | 77.96 | 76.40 | 76.16 | 77.22 | 73.62 | | |
| 11 | 79.47 | 77.07 | 76.93 | 77.18 | 75.56 | 75.25 | 75.39 | 71.04 | | |
| 12 | 78.41 | 76.20 | 76.80 | 76.54 | 74.88 | 74.96 | 74.29 | 70.17 | | |
| 13 | 78.35 | 75.52 | 76.72 | 76.16 | 74.61 | 75.05 | 73.47 | 69.92 | | |
| Avg. | 991.84 | 965.00 | 981.14 | 965.60 | 970.70 | 961.89 | 967.65 | 946.10 | | Avg. |
| | 76.30 | 74.23 | 75.47 | 74.28 | 74.67 | 73.99 | 74.43 | 72.78 | 596.15 | 74.52 |
| | 1 | 6 | 2 | 5 | 3 | 7 | 4 | 8 | | |
| | | 2.06 | 0.82 | 2.02 | 1.63 | 2.30 | 1.86 | 3.52 | | |
| Fixed Case Weights | 48.06 | 48.3 | 48.5 | 48.6 | 48.5 / 48 | 48.6 | 48.65 | 48.5 | | |

2005

| 2005 | Tyson | Perdue | GK | Clax | Pilgrim | MJ | MD | (East) George's | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 76.08 | 75.43 | 75.98 | 75.65 | 74.48 | 74.61 | 73.33 | 72.22 | | |
| 2 | 76.84 | 75.42 | 76.07 | 75.18 | 74.33 | 74.29 | 73.86 | 72.30 | | |
| 3 | 76.55 | 75.22 | 75.44 | 74.82 | 74.17 | 74.18 | 74.25 | 71.97 | | |
| 4 | 76.49 | 75.36 | 75.61 | 74.96 | 74.32 | 74.68 | 74.63 | 72.10 | | |
| 5 | 76.85 | 75.54 | 75.86 | 75.10 | 74.42 | 74.90 | 74.69 | 72.33 | | |
| 6 | 77.00 | 75.70 | 75.78 | 75.18 | 74.51 | 75.36 | 74.85 | 72.33 | | |
| 7 | 76.32 | 75.75 | 76.03 | 75.01 | 74.48 | 75.36 | 74.91 | 72.48 | | |
| 8 | 76.62 | 75.83 | 76.13 | 75.03 | 74.67 | 74.82 | 75.06 | 72.37 | | |
| 9 | 76.67 | 74.11 | 76.19 | 75.14 | 75.21 | 75.40 | 74.95 | 72.89 | | |
| 10 | 76.63 | 74.04 | 76.18 | 75.31 | 74.90 | 75.04 | 74.63 | 73.53 | | |
| 11 | 76.56 | 74.04 | 76.16 | 75.70 | 75.19 | 74.12 | 74.70 | 73.81 | | |
| 12 | 76.52 | 73.76 | 75.65 | 75.46 | 74.95 | 73.87 | 74.79 | 73.40 | | |
| 13 | 76.42 | 73.77 | 75.72 | 75.38 | 74.95 | 74.31 | 74.74 | 73.39 | | |
| Avg. | 76.58 | 74.92 | 75.91 | 75.22 | 74.66 | 74.69 | 74.57 | 72.70 | 599.25 | 74.91 |
| | (1.92) | (0.26) | (1.25) | (0.56) | 0.00 | (0.03) | 0.09 | 1.96 | | |

| Fixed Case Weights | 48.06 | 48.3 | 48.5 | 48.6 | 48.5 48 | 48.6 | 48.65 | 48.5 |
|---|---|---|---|---|---|---|---|---|

2006

| 2006 | Tyson | Perdue | GK | Clax | Pilgrim | MJ | MD | (East) George's | |
|------|-------|--------|-----|------|---------|-----|-----|-----------------|---|
| 1 | 76.50 | 74.27 | 75.73 | 75.22 | 75.00 | 74.20 | 75.75 | 74.08 | |
| 2 | 76.77 | 73.95 | 75.55 | 74.72 | 74.41 | 74.30 | 75.61 | 73.67 | |
| 3 | 76.74 | 73.63 | 74.69 | 74.52 | 74.41 | 74.92 | 75.25 | 73.48 | |
| 4 | 76.40 | 73.49 | 74.92 | 74.45 | 74.54 | 74.69 | 75.05 | 73.48 | |
| 5 | 76.26 | X | 75.19 | 74.84 | 74.86 | 75.09 | 74.85 | 73.52 | |
| 6 | 74.55 | X | 75.31 | 74.53 | 74.98 | 74.73 | 74.31 | 73.64 | |
| 7 | 74.92 | X | 74.99 | 74.77 | 75.01 | 74.66 | 74.30 | 73.70 | |
| 8 | 74.04 | X | 75.15 | 74.54 | 75.07 | 74.61 | 74.15 | 73.74 | |
| 9 | 74.32 | X | 74.97 | 74.66 | 75.06 | 74.03 | 74.02 | 73.54 | |
| 10 | 74.20 | X | 74.96 | 74.48 | 74.91 | 73.80 | 74.28 | 73.13 | |
| 11 | 74.39 | X | 74.73 | 74.30 | 74.91 | 74.00 | 74.34 | 73.09 | |
| 12 | 74.39 | X | 75.71 | 74.24 | 75.37 | 74.41 | 75.10 | 73.54 | |
| 13 | <u>75.99</u> | <u>X</u> | <u>76.96</u> | <u>75.26</u> | <u>76.50</u> | <u>75.64</u> | <u>76.30</u> | <u>74.79</u> | |
| Avg. | 75.34 | 73.84 | 75.30 | 74.66 | 75.00 | 74.54 | 74.87 | 73.65 | 74.77 |
| | (0.34) | 1.17 | (0.29) | 0.35 | 0.00 | 0.46 | 0.13 | 1.36 | |
| | | | | | | | | | |
| Fixed Case Weights | 48.06 | 48.3 | 48.5 | 48.6 | 48.5 48 | 48.6 | 48.65 | 48.5 | |

2007

| 2007 | Tyson | GK | Clax | Pilgrim | MJ | MD | (East) George's |
|------|-------|-----|------|---------|-----|-----|-----------------|
| 1 | 77.89 | 78.91 | 77.18 | 77.99 | 78.81 | 77.85 | 76.89 |
| 2 | 78.75 | 80.01 | 78.93 | 79.05 | 80.34 | 78.73 | 77.74 |
| 3 | 79.34 | 80.68 | 79.67 | 79.82 | 80.40 | 80.14 | 78.29 |
| 4 | 79.83 | 81.31 | 80.56 | 80.20 | 80.99 | 80.81 | 79.08 |
| 5 | 79.85 | 81.05 | 80.97 | 80.22 | 81.11 | 81.00 | 79.09 |
| 6 | 79.85 | X | 80.84 | 80.47 | 81.19 | 80.86 | 79.17 |
| 7 | 79.90 | X | 81.07 | 80.52 | 80.89 | 80.93 | 79.44 |
| 8 | 79.88 | X | 80.98 | 80.49 | 81.61 | 80.86 | 79.74 |
| 9 | 80.89 | X | 81.43 | 80.56 | 80.49 | 81.19 | 79.86 |
| 10 | 80.95 | X | 81.28 | 80.60 | 80.24 | 80.45 | 79.96 |
| 11 | 81.13 | X | 81.07 | 80.99 | 80.16 | 80.60 | 79.65 |
| 12 | 81.54 | X | 81.31 | 81.17 | 80.73 | 80.93 | 79.98 |
| 13 | 82.27 | X | 81.56 | 81.33 | 81.47 | 80.78 | 80.85 |
| Avg. | 86.84 | 80.39 | 87.24 | 86.95 | 87.37 | 87.09 | 85.81 |
|  | 0.11 | 6.56 | (0.29) | 0.00 | (0.42) | (0.14) | 1.14 |

4

| Fixed Case Weights | 48.06 | 48.5 | 48.6 | 48.5 | 48.6 | 48.65 | 48.5 |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 48 |  |  |  |

2008

| 2008 | Tyson | Clax | Pilgrim | MJ | MD | George's | |
|---|---|---|---|---|---|---|---|
| 1 | 83.51 | 82.89 | 82.92 | 82.85 | 82.43 | 82.90 | |
| 2 | 85.09 | 85.69 | 85.14 | 86.12 | 85.44 | 85.34 | |
| 3 | 87.92 | 88.25 | 87.52 | 89.20 | 88.14 | 87.43 | |
| 4 | 90.70 | 89.39 | 89.19 | 91.33 | 90.27 | 89.77 | |
| 5 | 91.70 | 90.60 | 89.71 | 93.08 | 92.10 | 92.12 | |
| 6 | 93.82 | 94.12 | 92.30 | 93.95 | 93.46 | 92.60 | |
| 7 | 93.82 | 94.12 | 93.22 | 94.75 | 94.87 | 93.63 | |
| 8 | 95.14 | 95.86 | 93.92 | 95.13 | 95.87 | 94.96 | |
| 9 | 95.14 | 94.86 | 94.15 | 94.36 | 95.83 | 94.40 | |
| 10 | 94.55 | 95.07 | 93.67 | 93.77 | 95.76 | 94.27 | |
| 11 | 94.13 | 93.04 | 92.82 | 92.92 | 95.20 | 93.54 | |
| 12 | 92.87 | 92.75 | 92.10 | 92.06 | 94.05 | 92.28 | |
| 13 | 92.81 | 91.00 | 91.37 | 90.26 | 92.63 | 92.06 | |
| Avg. | 91.63 | 91.36 | 90.62 | 91.52 | 92.00 | 91.18 | 6 |
| | 1.01 | 0.74 | 0.00 | 0.90 | 1.39 | 0.56 | |

| | Tyson | Clax | Pilgrim | MJ | MD | George's | Simmons |
|---|---|---|---|---|---|---|---|
| Dark Meat Price | 52 | 47 | 52 | 49 | 46.5 | 52 / 55.40 | 65.9 |

2009

| **2008** | Tyson | Clax | Pilgrim | MJ | MD | George's | spread | |
|---|---|---|---|---|---|---|---|---|
| 1 | 95.02 | 92.07 | 93.12 | 92.57 | 91.81 | 92.24 | 3.21 | 5 |
| 2 | 93.60 | 91.76 | 92.87 | 92.44 | 91.76 | 91.66 | 1.94 | 5 |
| 3 | 93.75 | 91.94 | 92.62 | 92.61 | 91.66 | 91.08 | 2.67 | 5 |
| 4 | 91.16 | 91.05 | 90.86 | 90.97 | 90.84 | 89.76 | 1.40 | 3 |
| 5 | 90.23 | 90.62 | 89.98 | 90.81 | 90.26 | 88.70 | 2.11 | 3 |
| 6 | 89.95 | 89.56 | 89.30 | 90.11 | 89.15 | 88.69 | 1.42 | 3 |
| 7 | 90.35 | 90.63 | 89.81 | 90.26 | 90.12 | 89.39 | 1.24 | 2 |
| 8 | 91.08 | 91.23 | 89.86 | 91.03 | 90.44 | 89.04 | 2.19 | 2 |
| 9 | 90.01 | 91.62 | 89.37 | 90.02 | 90.44 | 88.98 | 2.64 | 2 |
| 10 | 90.29 | 90.37 | 88.62 | 90.59 | 90.56 | 88.91 | 1.97 | 1 |
| 11 | 89.35 | 89.95 | 87.79 | 88.97 | 89.33 | 87.72 | 2.23 | 2 |
| 12 | 88.38 | 89.29 | 87.42 | 86.82 | 87.29 | 87.38 | 2.47 | 4 |
| 13 | 87.84 | 89.15 | 87.16 | 86.59 | 86.58 | 86.60 | 2.57 | 4 |
| Avg. | 90.85 | 90.71 | 89.91 | 90.29 | 90.02 | 89.24 | 1.61 | 5 |
| | 0.94 | 0.80 | 0.00 | 0.39 | 0.11 | (0.66) | | |
| Dark Meat Price | 52 | 47 | 52 | 49 | 46.5 | 52 / 55.40 | | |

Blue Label

| 2008 | Tyson | Clax | Pilgrim | MJ | MD | George's | | Spread | | Rank |
|------|-------|------|---------|-----|-----|----------|---|--------|---|------|
| 1 | 85.09 | 85.94 | 85.19 | 85.44 | 86.02 | 84.40 | | 1.62 | | 4 |
| 2 | 84.32 | 86.21 | 84.72 | 85.73 | 86.02 | 83.63 | | 2.39 | | 4 |
| 3 | 83.85 | 85.22 | 84.04 | 85.54 | 85.53 | 82.71 | | 2.83 | | 4 |
| 4 | 83.28 | 84.98 | 83.65 | 85.54 | 85.37 | 82.27 | | 3.27 | | 4 |
| 5 | 83.38 | 84.08 | 83.45 | 84.56 | 84.21 | 81.98 | | 2.58 | | 4 |
| 6 | 83.23 | 84.19 | 83.55 | 84.29 | 84.86 | 82.12 | | 2.17 | | 4 |
| 7 | 83.60 | 84.24 | 83.70 | 84.70 | 85.01 | 82.58 | | 2.43 | | 4 |
| 8 | 83.73 | 84.51 | 83.72 | 83.72 | 84.51 | 82.95 | | 1.56 | | 4 |
| 9 | 83.89 | 85.04 | 83.85 | 84.71 | 85.17 | 83.33 | | 1.84 | | 5 |
| 10 | 84.12 | 85.02 | 84.48 | 85.76 | 85.55 | 84.28 | | 1.64 | | 4 |
| 11 | 84.28 | 84.71 | 85.28 | 85.49 | 86.06 | 85.15 | | 1.78 | | 3 |
| 12 | 84.19 | 84.81 | 85.70 | 86.33 | 85.15 | 85.32 | | 1.52 | | 2 |
| 13 | 84.72 | 85.00 | 85.80 | 86.03 | 86.36 | 85.20 | | 1.64 | | 3 |
| Avg. | 83.98 | 84.92 | 84.39 | 85.22 | 85.37 | 83.53 | | 1.84 | | 4 |
| | (0.42) | 0.52 | 0.00 | 0.82 | 0.98 | (0.86) | | | | |
| | | 50.5 | 50 | | 50.5 | 50.32 | | | | |
| | | | | | | 51.17 | | | | |

**Blue Label**

| 2011 | Tyson | Clax | Pilgrim | MJ | MD | George's | Koch | Spread | Other Spread | Rank |
|------|-------|------|---------|------|------|----------|------|--------|--------------|------|
| 1 | .8973 | .8969 | .9039 | .9102 | .9011 | .9044 | .8670 | .0432 | .0133 | 3 |
| 2 | .9101 | .9186 | .9199 | .9255 | .9207 | .9235 | .8830 | .0420 | .0154 | 4 |
| 3 | .9319 | .9373 | .9359 | .9425 | .9393 | .9437 | .8990 | .0435 | .0106 | 4 |
| 4 | .9332 | .9591 | .9471 | .9572 | .9571 | .9519 | .9190 | .0382 | .0240 | 5 |
| 5 | .9421 | .9641 | .9560 | .9683 | .9688 | .9613 | .9310 | .0378 | .0267 | 5 |
| 6 | .9541 | .9747 | .9626 | .9777 | .9767 | .9676 | .9500 | .0277 | .0236 | 5 |
| 7 | .9565 | .9751 | .9605 | .9746 | .9757 | .9666 | .9460 | .0297 | .0192 | 5 |
| 8 | .9583 | .9757 | .9591 | .9750 | .9778 | .9673 | .9450 | .0328 | .0195 | 5 |
| 9 | .9749 | .9818 | .9634 | .9826 | .9876 | .9744 | .9500 | .0376 | .0242 | 6 |
| 10 | .9690 | .9871 | .9682 | .9878 | .9820 | .9800 | .9550 | .0328 | .0196 | 6 |
| 11 | .9672 | .9668 | .9704 | .9871 | .9882 | .9828 | .9620 | .0262 | .0214 | 4 |
| 12 | .9658 | .9807 | .9706 | .9752 | .9827 | .9785 | .9580 | | | |
| 13 | .9702 | .9720 | .9690 | .9725 | .9775 | .9740 | .9540 | | | |
| Avg. | .9450 | .9579 | .9497 | .9626 | .9614 | .9567 | .9279 | | | 5 |
| | (0.0048) | .0082 | .0000 | .0129 | .0116 | .0070 | (0.0347) | | | |

| | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dark Pricing | .31 | .31 | .30 | .31 | .32 | .30 | .30 | | | | | | | | | |
| 8 Pc Wts | 45 | 45 | 46 | 45 | 45 | 45.52<br>46 | 45 | | 5 | 2 | 2 | 2 | 2 | 1 | 1 | 1 |
| Dark Wts | 50.82 | 48.5 | 51.5 | 48.5 | 48.5 | 50.94 | 52.5 | | 1 | 1 | 2 | 2 | 2 | 2 | | |
| 8 pc case | 43.87 | 44.18 | 44.32 | 44.22 | 44.44 | 44.35 | 42.75 | | 5 | 2 | 2 | 2 | 3 | 4 | 1 | 1 |
| Dark Case | 32.73 | 32.24 | 34.12 | 32.38 | 31.85 | 34.01 | 34.13 | | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| Orange | .9590 | .9597 | .9534 | .9585 | .9627 | .9516 | .9440 | | | | | | | | | |
| O vs P | (.0068) | (.0210) | (.0172) | (.0167) | (.0200) | (.0269) | (.0140) | | | | | | | | | |

Changed to 50.75 in Feb
Changed to 51 in March
Changed to 51.5 in April

**Blue Label**

| 2012 | Tyson | Clax | Pilgrim | MJ | MD | George's | Koch | Spread | Rank |
|------|-------|------|---------|-----|-----|----------|------|--------|------|
| 1 | .9625 | .9379 | .9612 | .9626 | .9625 | .9562 | .9430 | .0247 | 4 |
| 2 | .9625 | .9361 | .9587 | .9604 | .9576 | .9555 | .9390 | .0243 | 3 |
| 3 | .9568 | .9306 | .9592 | .9637 | .9583 | .9563 | .9380 | .0331 | 2 |
| 4 | .9675 | .9331 | .9644 | .9664 | .9599 | .9589 | .9430 | .0333 | 3 |
| 5 | .9682 | .9377 | .9673 | .9712 | .9608 | .9611 | .9470 | .0335 | 3 |
| 6 | .9780 | .9440 | .9725 | .9809 | .9706 | .9686 | .9560 | .0369 | 3 |
| 7 | .9910 | .9510 | .9757 | .9924 | .9813 | .9751 | .9680 | .0414 | 4 |
| 8 | .9970 | .9561 | .9845 | .9927 | .9889 | .9806 | .9720 | .0409 | 4 |
| 9 | .9841 | .9609 | .9853 | .9862 | .9865 | .9848 | .9758 | .0256 | 3 |
| 10 | .9693 | .9525 | .9815 | .9581 | .9711 | .9857 | .9657 | .0276 | 2 |
| 11 | .9776 | .9625 | .9909 | .9909 | .9823 | .9877 | .9776 | .0320 | 1 |
| 12 | .9960 | .9716 | 1.0046 | .9968 | .9926 | .9984 | .9871 | .0330 | 1 |
| 13 | 1.0047 | .9781 | 1.0118 | 1.0005 | 1.0012 | 1.0056 | .9956 | | |
| Avg. | .9759 | .9478 | .9758 | .9769 | .9727 | .9724 | .9594 | | 3 |
| | .0001 | (0.0279) | .0000 | .0011 | (0.0031) | (0.0034) | (0.0175) | | |
| | | | | | | | | | |
| Dark Pricing | .31 | .32 | .30 | .31 | .32 | .30 | .31 | | |
| | | | | | | | | | |
| 8 Pc Wts | 50.5 | 51 | 50.5 | 50.5 | 50.5 | 51.04 | 50.5 | | |
| | | | | | | | | | |
| Dark Wts | 50.82 | 49.7 | 51.5 | 48.5 | 48.5 | 49.88 | 52.5 | | |
| | | | | | | | | | |
| 8 pc case | 50.35 | 49.01 | 49.76 | 49.80 | 49.82 | 50.26 | 49.28 | | |
| Dark Case | 34.91 | 31.61 | 35.25 | 33.11 | 32.44 | 33.95 | 34.76 | | |
| | | | | | | | | | |
| Orange | .9844 | .9593 | .9964 | .9828 | .9778 | .9844 | .9796 | | |
| Diff from Pur | .0116 | .0123 | .0082 | .0140 | .0148 | .0140 | .0075 | | |

**Blue Label**

| 2012 | Tyson | Clax | Pilgrim | MJ | MD | George's | Koch | Case | Spread | Rank | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.0009 | .9957 | 1.0053 | .9968 | 1.0067 | 1.0007 | .9991 | x | 1.1000 | 2 | | | |
| 2 | .9976 | .9965 | 1.0065 | 1.0054 | 1.0052 | 1.0021 | 1.0029 | 0.9974 | 1.0000 | 1 | | | |
| 3 | .9981 | .9971 | 1.0069 | 1.0079 | 1.0068 | .9994 | 1.0045 | 0.9981 | 1.0800 | 2 | | | |
| 4 | .9854 | .9816 | .9925 | .9951 | .9938 | .9866 | .9969 | 0.9866 | .5000 | 4 | | | |
| 5 | .9773 | .9771 | .9860 | .9899 | .9905 | .9811 | .9875 | 0.9804 | .6500 | 4 | | | |
| 6 | .9854 | .9741 | .9802 | .9810 | .9866 | .9817 | .9809 | 0.9787 | 1.2500 | 6 | .9394 | orange | |
| 7 | .9894 | .9757 | .9873 | .9896 | .9888 | .9784 | .9884 | 0.9756 | 1.4000 | 5 | .6548 | dark | |
| 8 | .9990 | .9747 | .9900 | .9993 | .9857 | .9933 | 0.9656 | 3.3700 | 5 | .9302 | orange | 8 |
| 9 | .9819 | .9776 | .9783 | .9910 | .9904 | .9751 | .9815 | 0.9656 | 2.5400 | 5 | .6456 | | |
| 10 | .9734 | .9675 | .9689 | .9755 | .9474 | .9714 | .9733 | 0.9603 | 1.5200 | 5 | | | |
| 11 | .9488 | .9400 | .9434 | .9450 | .9386 | .9417 | 0.9374 | 2.9500 | 3 | | | |
| 12 | .9303 | .9323 | .9354 | .9329 | .9317 | .9251 | .9306 | | | | | | |
| 13 | .9075 | .9100 | .9100 | .9095 | .9072 | .8941 | .9098 | | | | | | |
| Avg. | 1.0698 | 1.0627 | 1.0710 | 1.0736 | 1.0697 | 1.0660 | 1.0710 | .9746 | | 2 | | | |
| | (0.0012) | (0.0083) | .0000 | .0026 | (0.0013) | (0.0050) | (0.0000) | | | | | | |
| | | | | | | | | | | | | | |
| Dark Pricing | .30 | .305 | .30 | .31 | .30 | .30 | .305 | .32 | | | | | |
| | | | | | | | | | | | | | |
| 8 Pc Wts | 50.5 | 50.5 | 50.5 | 50.5 | 50.5 | 50.61 | 50.5 | 50.5 | | | | | |
| | | | | | | | | | | | | | |
| Dark Wts | 52.02 | 51 | 51.5 | 48.5 | 52.3 | 50.16 | 52.5 | 51.5 | | | | | |
| | | | | | | | | | | | | | |
| 8 pc case | **49.35** | **49.34** | **49.79** | **49.99** | **50.02** | **49.65** | **49.87** | **49.51** | | 3 | | | |
| Dark Case | **35.23** | **34.28** | **35.33** | **32.98** | **36.11** | **34.16** | **35.83** | **34.01** | | 3 | | | |

**Blue Label**

| 2014 | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case | Spread | Rank |
|------|-------|------|---------|-----|----------|------|------|--------|------|
| 1 | .8988 | .9022 | .9011 | **.9095** | .8929 | .9024 | .8945 | .0166 | 4 |
| 2 | .9003 | .9029 | .9027 | .9031 | .8961 | **.9046** | .8925 | .0121 | 4 |
| 3 | .9064 | .9085 | .9089 | .9057 | .9048 | **.9098** | .8977 | .0121 | 2 |
| 4 | .9127 | .9135 | .9143 | .9069 | .9053 | **.9164** | .9029 | .0135 | 2 |
| 5 | .9198 | .9231 | .9248 | .9171 | .9161 | **.9269** | .9123 | .0146 | 2 |
| 6 | **.9411** | .9313 | .9352 | .9365 | .9270 | .9368 | | | 4 |
| 7 | **.9596** | .9566 | .9574 | .9584 | .9490 | .9589 | | | |
| 8 | .9436 | .9458 | **.9515** | .9465 | .9380 | .9495 | | | |
| 9 | .9177 | .9264 | **.9291** | .9261 | .9222 | .9264 | | | |
| 10 | .9139 | .9143 | .9166 | **.9217** | .9174 | .9206 | | | |
| 11 | **.9377** | .9083 | .9092 | .9197 | .9110 | .9170 | | | |
| 12 | **.9284** | .9134 | .9091 | .9107 | .9012 | .9128 | | | |
| 13 | **.9053** | .8954 | .8851 | .8937 | .8722 | .8870 | .8811 | | |
| Avg. | .9219 | .9186 | .9188 | .9197 | .9118 | .9207 | .9000 | | 2 |
| | .0031 | (0.0003) | .0000 | .0008 | (0.0071) | .0019 | (0.0189) | | |
| Dark Pricing | .300 | .305 | .305 | .310 | .310 | .305 | .3200 | | |
| 8 Pc Wts | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5000 | | |
| Dark Wts | 52.02 | 51 | 52 | 48.5 | 50.16 | 52.5 | 51.5000 | | |
| 8 pc case | **47.37** | **47.54** | **47.63** | **47.23** | **47.18** | **47.74** | **46.9835** | | 3 |
| Dark Case | **32.24** | **31.52** | **32.23** | **29.44** | **30.40** | **32.65** | **30.5035** | | 3 |

**Blue Label**

| 2015 | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case | Spread | Rank |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.0295 | 1.0497 | 1.0682 | 1.0417 | .9896 | 1.0424 | 1.0070 | | |
| 2 | 1.0308 | 1.0498 | 1.0644 | 1.0577 | .9886 | 1.0423 | 1.0068 | | |
| 3 | 1.0308 | 1.0452 | 1.0541 | 1.0442 | .9817 | 1.0388 | 1.0032 | | |
| 4 | 1.0165 | 1.0411 | 1.0499 | 1.0390 | .9770 | 1.0343 | | | |
| 5 | 1.0650 | 1.0382 | 1.0469 | 1.0279 | .9677 | 1.0291 | .9968 | | |
| 6 | 1.0098 | 1.0368 | 1.0450 | 1.0031 | .9636 | 1.0098 | | | |
| 7 | 1.0062 | 1.0330 | 1.0411 | 1.0263 | .9592 | 1.0020 | | | |
| 8 | 1.0015 | 1.0318 | 1.0400 | 1.0244 | .9572 | 1.0222 | .9906 | | |
| 9 | 1.0044 | 1.0330 | 1.0418 | 1.0233 | .9592 | 1.0231 | .9921 | | |
| 10 | 1.0058 | 1.0348 | 1.0381 | 1.0333 | .9596 | 1.0247 | | | |
| 11 | 1.0080 | 1.0300 | 1.0358 | 1.0208 | .9572 | 1.0213 | | | |
| 12 | **.9992** | 1.0283 | 1.0339 | 1.0187 | .9605 | 1.0194 | | | |
| 13 | **.9990** | 1.0270 | 1.0337 | 1.0189 | .9585 | 1.0187 | | | |
| Avg. | 1.0159 | 1.0368 | 1.0456 | 1.0292 | .9677 | 1.0252 | | | |
| | (0.0297) | (0.0088) | .0000 | (0.0164) | (0.0779) | (0.0204) | (1.0456) | | |

| Pop | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case |
|---|---|---|---|---|---|---|---|
| 1 | 1.0261 | 1.0255 | 1.0156 | 1.0284 | 1.0017 | 1.0494 | |
| 2 | 1.0227 | 1.0213 | 1.0169 | 1.0237 | 1.0018 | 1.0308 | |
| 3 | 1.0156 | 1.0194 | 1.0168 | 1.0141 | 0.9995 | 1.0271 | |
| 4 | 1.0088 | 1.0112 | 1.0072 | 1.0101 | 0.9874 | 1.0185 | |
| 5 | 1.0019 | 1.0089 | 1.0041 | 1.0058 | 0.9820 | 1.0169 | |
| 6 | 0.9960 | 1.0049 | 0.9996 | 1.0018 | 0.9750 | 1.0136 | |
| 7 | 0.9925 | 1.0033 | 0.9990 | 0.9981 | 0.9728 | 1.0120 | |
| 8 | 0.9905 | 0.9987 | 0.9985 | 0.9977 | 0.9712 | 1.0118 | |
| 9 | 0.9708 | 0.9787 | 0.9780 | 0.9792 | 0.9494 | 0.9912 | |
| 10 | 0.9902 | 0.9981 | 0.9988 | 0.9955 | 0.9712 | 1.0115 | |
| 11 | 0.9896 | 0.9982 | 0.9988 | 0.9968 | 0.9756 | 1.0120 | |
| 12 | 0.9899 | 0.9999 | 0.9980 | 1.0029 | 0.9794 | 1.0126 | |
| | 0.9996 | 1.0057 | 1.0026 | 1.0045 | 0.9806 | 1.0173 | |

| | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case |
|---|---|---|---|---|---|---|---|
| Dark Pricing | -0.30 | -0.30 | -0.29 | -0.30 | -0.28 | -0.25 | -0.30 |
| 8 Pc Wts | 51.48 | 52.50 | 52.25 | 52.50 | 51.44 | 52.50 | 52.00 |
| Dark Wts | 51.88 | 51.00 | 52.50 | 50.62 | 49.38 | 52.50 | |
| 8 pc case | 52.30 | 54.43 | 54.63 | 54.03 | 49.78 | 53.83 | 0.00 |
| Dark Case | 37.14 | 37.58 | 39.67 | 36.91 | 33.96 | 40.70 | 0.00 |
| Wgs | | 0.45 | 0.60 | | 0.25 | x | |
| Counted | | 0.60 | 0.70 | | | | |
| White | | | | 0.35 | 0.20 | x | |
| Liv | | 0.50 | 0.50 | 0.45 | 0.39 | | |
| Giz | | 0.60 | 0.60 | 0.58 | 0.52 | | |

**Blue Label**

pop

| 2016 | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case | Spread | Rank | | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .9856 | .9993 | 1.0324 | 1.0216 | .9526 | 1.0196 | | | | | 0.9863 | 0.9944 | 0.9898 | 0.9939 | 0.9769 | 0.9838 | |
| 2 | .9854 | .9993 | 1.0322 | 1.0220 | .9536 | 1.0197 | | | | | 0.9834 | 0.9923 | 0.9871 | 0.9845 | 0.9743 | 0.9809 | |
| 3 | .9855 | .9990 | 1.0282 | 1.0212 | .9527 | 1.0200 | | | | | 0.9800 | 0.9843 | 0.9857 | 0.9786 | 0.9695 | 0.9780 | |
| 4 | .9847 | .9990 | 1.0282 | 1.0193 | .9542 | 1.0194 | | | | | 0.9764 | 0.9832 | 0.9848 | 0.9680 | 0.9671 | 0.9754 | |
| 5 | .9850 | .9991 | 1.0283 | 1.0175 | .9570 | 1.0190 | | | | | 0.9733 | 0.9806 | 0.9823 | 0.9630 | 0.9659 | 0.9727 | |
| 6 | .9853 | .9994 | 1.0286 | 1.0176 | .9625 | 1.0189 | | | | | | | | | | | |
| 7 | .9834 | .9995 | 1.0288 | 1.0170 | .9650 | 1.0191 | | | | | | | | | | | |
| 8 | .9828 | .9995 | 1.0288 | 1.0217 | .9668 | 1.0190 | | | | | | | | | | | |
| 9 | .9823 | .9991 | 1.0283 | 1.0213 | .9669 | 1.0186 | | | | | | | | | | | |
| 10 | .9836 | .9987 | 1.0282 | 1.0203 | .9665 | 1.0180 | | | | | | | | | | | |
| 11 | .9828 | .9978 | 1.0272 | 1.0189 | .9656 | 1.0165 | | | | | | | | | | | |
| 12 | .9785 | .9961 | 1.0254 | 1.0163 | .9639 | 1.0144 | | | | | 0.9793 | 0.9982 | 0.9988 | 0.9968 | 0.9787 | 0.9742 | |
| 13 | .9763 | .9944 | 1.0234 | .9839 | .9602 | 1.0122 | | | | | | | | | | | |
| Avg. | .9832 | .9985 | 1.0283 | 1.0168 | .9606 | 1.0180 | | | | | | | | | | | |
| | (0.0451) | (0.0298) | .0000 | (0.0115) | (0.0677) | (0.0103) | (1.0283) | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Dark Pricing | -0.30 | -0.30 | -0.29 | -0.30 | -0.28 | -0.25 | -0.30 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| 8 Pc Wts | 51.48 | 52.50 | 52.00 | 52.50 | 51.44 | 52.50 | 52.00 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Dark Wts | 51.88 | 51.00 | 52.50 | 50.62 | 49.38 | 52.50 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| 8 pc case | 50.61 | 52.42 | 53.47 | 53.38 | 49.41 | 53.45 | 0.00 | | | | | | | | | | |
| Dark Case | 35.44 | 35.62 | 38.76 | 36.29 | 33.61 | 40.32 | 0.00 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Wgs | | 0.45 | 0.60 | | 0.25 | x | | | | | | | | | | | |
| Counted | | 0.60 | 0.70 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| White | | | 0.35 | | 0.20 | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Liv | | 0.50 | 0.50 | 0.45 | 0.39 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Giz | | 0.60 | 0.60 | 0.58 | 0.52 | | | | | | | | | | | | |

**Blue Label**

| | | | | | | | | | | | | | | pop | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | 39.19 | | | | | |
| **2017** | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case | OK | Spread | Rank | | | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case |
| 1 | .9766 | .9939 | 1.0229 | .9824 | .9640 | 1.0118 | | | | | | | | | .9836 | | | | |
| 2 | .9783 | .9943 | 1.0234 | .9835 | .9652 | 1.0123 | | | | | 2/6 - 3/5 | | .9782 | .9868 | .9892 | .9959 | .9776 | .9811 | |
| 3 | .9776 | .9938 | 1.0229 | .9834 | .9627 | 1.0119 | | | | | | | .9845 | .9927 | .9936 | .9622 | .9782 | .9864 | |
| 4 | .9718 | .9959 | 1.0274 | .9855 | .9596 | 1.0138 | | | | | | | | | | | | | |
| 5 | .9712 | .9974 | 1.0307 | | .9600 | 1.0052 | | | | | | | | | | | | | |
| 6 | | .9885 | 1.0136 | | .9507 | 1.0061 | | | | | | | | | | | | | |
| 7 | | .9867 | 1.0108 | .9723 | .9479 | 1.0043 | | | | | | | | | | | | | |
| 8 | | .9859 | 1.0070 | | | | | | | | | | | | | | | | |
| 9 | | .9855 | | | | | | | | | | | | | | | | | |
| 10 | | .9858 | | | | | | | | | | | | | | | | | |
| 11 | | .9874 | | | | | | | | | | | | | | | | | |
| 12 | | .9896 | 1.0770 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | |
| Avg. | 2.4378 | 5.9424 | 4.6179 | 2.4536 | 3.3551 | 3.5327 | | | | | | | | | | | | | |
| | (2.1801) | 1.3245 | .0000 | (2.1643) | (1.2628) | (1.0852) | (4.6179) | | | | | | | | | | | | |
| Dark Pricing | -0.30 | -0.30 | -0.29 | -0.30 | -0.28 | -0.29 | -0.30 | | | | | | | | | | | | |
| 8 Pc Wts | 51.48 | 52.50 | 52.00 | 52.50 | 51.44 | 52.50 | 52.00 | | | | | | | | | | | | |
| Dark Wts | 51.88 | 51.00 | 52.50 | 50.62 | 49.38 | 52.50 | | | | | | | | | | | | | |
| 8 pc case | 125.50 | 311.97 | 240.13 | 128.81 | 172.58 | 185.47 | 0.00 | | | | | | | | | | | | |
| Dark Case | 110.91 | 287.76 | 227.21 | 109.01 | 151.85 | 170.24 | 0.00 | | | | | | | | | | | | |
| Wgs | | 0.45 | 0.60 | | 0.25 | x | | | | | | | | | | | | | |
| Counted | | 0.60 | 0.70 | | | | | | | | | | | | | | | | |
| White | | | 0.35 | | 0.20 | x | | | | | | | | | | | | | |
| Liv | | 0.50 | 0.50 | 0.45 | 0.39 | | | | | | | | | | | | | | |
| Giz | | 0.60 | 0.60 | 0.58 | 0.52 | | | | | | | | | | | | | | |

**Blue Label**

| **2017** | Tyson | Clax | Pilgrim | MJ | George's | Koch | Case | OK | Spread | Rank |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 96.06 | 95.06 | 97.48 | 95.14 | 94.13 | 96.82 | | | | |
| 2 | | 95.13 | 97.59 | | 93.99 | 96.94 | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| Avg. | 48.03 | 95.10 | 97.54 | 47.57 | 94.06 | 96.88 | | | | |
| | (49.5050) | (2.4400) | .0000 | (49.9650) | (3.4750) | (0.6550) | (97.5350) | | | |

Dark Pricing

8 Pc Wts

Dark Wts

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 pc case | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dark Case | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Wgs

   Counted

    White

     Liv

     Giz

PILGRIMS-DOJ-0000509329 [Compatibility Mode] - Excel

Koenig, Michael (ATR)   ?   — ☐ ✕



New

Open

Save

Save As

Save as Adobe PDF

History

Print

Share

Export

Publish

Close

Account

Feedback

Options

# PILGRIMS-DOJ-0000509329

Documents



**Convert**

## Compatibility Mode

Some new features are disabled to prevent problems when working with previous versions of Office. Converting this file will enable these features, but may result in layout changes.



**Protect Workbook ▾**

## Protect Workbook

Control what types of changes people can make to this workbook.



**Check for Issues ▾**

## Inspect Workbook

Before publishing this file, be aware that it contains:

- ▪ Document properties, e-mail collaboration information, printer path, author's name, related dates and absolute path
- ▪ Headers and footers
- ▪ Content that cannot be checked for accessibility issues because of the current file type



**Manage Workbook ▾**

## Manage Workbook

⬙ Today, 7:14 PM (when I closed without saving)



**Browser View Options**

## Browser View Options

Pick what users can see when this workbook is viewed on the Web.

### Properties ▾

| | |
|---|---|
| Size | 183KB |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |
| Template | |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | Gold Kist Inc. |

### Related Dates

| | |
|---|---|
| Last Modified | 2/2/2018 11:42 AM |
| Created | 6/2/1999 2:04 PM |
| Last Printed | 10/30/2012 1:11 PM |

### Related People

| | |
|---|---|
| Manager | Specify the manager |
| Author | RA Roger Austin |
| | Add an author |
| Last Modified By | AR Austin, Roger |