# EXHIBIT A

| **PLEASE WRITE LEGIBLY** | Full Name: _____ Dr. / Mr. / Mrs. /Ms. / Miss |
|---|---|
| Juror #: _____ | Age: _____    Gender: ____ Female ____ Male ____ Neither |

1. **Residence:**
   County: _____
   City/Town: _____
   Neighborhood: _____
   *[Do not list your street address]*

   How long have you lived at your current location? _____
   Housing:  ____ Own house    ____ Rent house    ____ Rent apartment    ____ Other
   Your place of birth: _____
   If you were born outside Colorado, when did you move here? _____
   What other communities have you lived in during the last ten years? _____
   _____

2. **Your current marital status:**
   ____ Never married, living alone
   ____ Engaged
   ____ Married for _____ years
   ____ Partnered for _____ years
   ____ Divorced for _____ years
   ____ Separated for _____ years
   ____ Widowed for _____ years
   ____ Other: _____

3. **What is the highest level of education you completed?**
   ____ Grade school (0-8th grade)
   ____ Some high school
   ____ High school graduate
   ____ Trade / tech school degree or certificate
   ____ Some college or Associate's (AA) degree
   ____ College graduate (major): _____
   Institution name: _____
   ____ Some Post-graduate study (major): _____
   _____
   Institution name: _____
   ____ Post-graduate degree (major): _____
   Institution name: _____

4. **What is your employment status?**
   ____ Working more than one job
   ____ Employed full time
   ____ Employed part time
   ____ Self employed
   ____ Homemaker
   ____ Full-time Student
   ____ Unemployed
   ____ Retired in _____ (year)
   ____ Other: _____

5. Please list your <u>current</u> occupation/position, previous three occupations/positions, and accompanying information. If you are unemployed or retired, list your <u>most recent</u> occupation(s).

|  | Occupation/Title | Employer | Dates | Duties/Responsibility |
|---|---|---|---|---|
| Current | _____ | _____ | _____ | _____ |
| Previous | _____ | _____ | _____ | _____ |
| Previous | _____ | _____ | _____ | _____ |
| Previous | _____ | _____ | _____ | _____ |

6. **Have you had training or job experience in any of the following (check all that apply):**

   _____ Accounting or Finance       _____ Sales                              _____ Government         _____ Social Sciences
   _____ Computer Science / IT       _____ Competitive Bidding                _____ Politics           _____ Healthcare
   _____ Marketing or Advertising    _____ Pricing of Products or Services    _____ Legal Industry     _____ Counseling
   _____ Creative Arts               _____ Purchasing of Goods or Materials   _____ Law Enforcement    _____ Not-for-profits
   _____ Human Resources             _____ Requests for Proposals (RFPs)      _____ Military Service   _____ Farming / Agriculture
   _____ Education                   _____ Research / Data Analysis           _____ Criminal Justice   _____ Cannabis Industry

   **If you checked any areas in question 6, please explain:**



   **Do you have very close family or friends involved in any of these areas?  If so, which?**

Page 1 of 5

7. **Have you, any relatives, or any close family members ever owned or operated a business?** _____ Yes _____ No
   **If YES, please describe:**

8. **List any organizations, non-profits, civic clubs, professional associations, recreational groups, or clubs to which you belong. Also list any offices or leadership positions you have held.**

9. **Have you or any of your family members ever served as an officer or director of a corporation, including non-profits?** _____ Yes _____ No  **If yes, please explain, including who, position held, for how long, and name of organization(s).**

10. **How many times have you served on a jury in the following types of cases and how many times did you reach a verdict for each type of case?**

    <u>No. of Cases</u>        <u>No. of Verdicts Reached</u>              <u>In which court(s) did you serve?</u>
    ____ Criminal              ____                                         _____
    ____ Civil                 ____                                         _____

    **Did you ever serve as foreperson?**  ____ Yes  ____ No
    **Have you served on a grand jury?**  ____ Yes  ____ No
    **How would you describe your jury service?**  ____ Positive  ____ Mixed  ____ Negative
    **How would you describe your prior jury service?**

11. **Prior experience with the legal system (select all that apply to you):**
    a) I have been: ___ Plaintiff   ___ Defendant   ___ Witness   ___ Expert   ___ Victim   ___ Other
    b) My family member or friend has been: ___ Plaintiff   ___ Defendant   ___ Witness   ___ Expert   ___ Victim   ___ Arrested   ___ Other
    c) Have you or anyone close to you ever been involved in any way with Antitrust litigation or Antitrust issues? ___ Yes ___ No
    d) Have any companies you worked for been accused of, investigated for, or charged with wrongdoing? ___ Yes ___ No
    **If you selected any of the above, please explain (including whether it was a civil or criminal case *and* the outcome):**

    e) Have you ever been questioned by law enforcement, either as a witness, victim, or potential suspect? ___ Yes ___ No
    **If yes, please explain your experience with being questioned.**

    **If yes, was the interview by law enforcement recorded or memorialized in any way?** ___ Yes ___ No  **If yes, please explain.**

| | |
|---|---|
| 12. | **Please list your main sources of news:**<br><br>**Please list any other websites, TV shows, YouTube shows, magazines, newspapers, blogs, radio shows, podcasts or other sources of media that you read, watch or listen to on a regular basis:**<br><br>**How often do you watch financial news channels or read financial publications or reports?**<br>___Very often  ___Often  ___Sometimes  ___ Rarely  ___Never |
| 13. | **Do you think that any types of chicken farming/production are inappropriate or morally wrong?**   _____ Yes   _____ No<br>**If yes, please explain your thoughts and/or feelings:** |
| 14. | **Are you a vegan, vegetarian, or pescatarian?  If so, which?** |
| 15. | **How often do you eat chicken?**   ___Very often   ___Often   ___Sometimes   ___ Rarely   ___Never |
| 16. | **Do you have strong positive or negative feelings about any of the following chicken companies?**<br>  a) Claxton Chicken     ___ Yes   ___ No       **If Yes to any, please explain:**<br>  b) George's              ___ Yes   ___ No<br>  c) Koch Foods           ___ Yes   ___ No<br>  d) Pilgrim's Pride      ___ Yes   ___ No<br>  e) Tyson                  ___ Yes   ___ No |
| 17. | **Do you have any strong positive or negative thoughts, feelings, or opinions about large corporations?** _____ Yes   _____ No<br>**Please explain your answer:** |
| 18. | **What areas of business do you think the CEO of a large company would be intimately knowledgeable about?**<br>**(Check all that apply)**<br>____ Marketing  ____ Budgeting  ____ Sales  ____ Human Resources  ____ Legal  ____ Operations  ____ Other<br>**If you had to *choose just one* of the above as being what the CEO would know *most* about, which would you choose? (Check only one)**<br>____ Marketing  ____ Budgeting  ____ Sales  ____ Human Resources  ____ Legal  ____ Operations  ____ Other |
| 19. | **Do you feel that, if accused of a crime, a CEO is probably guilty?**   _____ Yes   _____ No   **Please explain your answer:** |
| 20. | **Do you have any strong positive or negative thoughts, feelings, or opinions about federal, state, or local law enforcement agencies?**   _____ Yes   _____ No   **Please explain your answer:** |

21. **Do you have any strong positive or negative thoughts, feelings, or opinions about prosecutors/government lawyers?**
    _____ Yes   _____ No   **Please explain your answer:**

22. **If you were a juror in this trial, would the testimony of an FBI agent be more credible than other witnesses?**
    _____ Yes   _____ No   **Please explain your answer:**

23. **This is a case brought by the federal government against senior corporate executives. Does the fact that the government spent time and effort bringing this case to trial make you think the defendants are guilty of a crime?**   _____ Yes   _____ No
    **Please explain your answer:**

24. **Do you believe the government should offer a deal to someone who has pleaded guilty to a crime in exchange for testifying against another person?**   _____ Yes   _____ No   **Please explain your answer:**

25. **Do you think that white-collar criminals, when caught, are generally only given a slap on the wrist?**   _____ Yes   _____ No
    **Please explain your answer:**

26. **If a defendant does not testify, would you hold it against him or her?**   _____ Yes   _____ No
    **Please explain your answer:**

27. **With regard to government regulation of financial markets, do you think that:**
    ____ There should be more regulation than currently exists.        ____ Government regulation should remain the same as is.
    ____ There should be less regulation than currently exists.        ____ I have no opinion about this issue.

28. **Consumer markets involve the buying and selling of products or services in an economy. With regard to government regulation of consumer markets, do you think that:**
    ____ There should be more regulation than currently exists.        ____ Government regulation should remain the same as is.
    ____ There should be less regulation than currently exists.        ____ I have no opinion about this issue.

29. **Are you familiar with the term "price-fixing?"**   _____ Yes   _____ No   **If yes, what do you understand price-fixing to mean?**

30. Do you think, as a customer, you have been harmed in any way by companies violating laws or regulations that are meant to safeguard free and fair competition in the marketplace?  _____ Yes  _____ No  **If yes, please explain.**

31. Have you read, or heard, anything about this case before today?  _____ Yes  _____ No  _____ Not sure

    **IF YES or NOT SURE, explain what you have read or heard (or think you have read or heard) about this case:**

    **Would this affect how you judge the facts of this case or any of the people accused?**

32. The court will instruct you that you must not conduct any research on this matter before jury selection commences, or during your jury service.  Do you think that you can follow that instruction?
    ____ Yes  ____ No  ____ Not Sure  **IF NO OR NOT SURE, please explain:**

33. If you sit as a juror in this case, your job will be to listen to all the evidence and determine if the government has proven the defendant guilty beyond a reasonable doubt. If the government fails to prove its case beyond a reasonable doubt, do you *have any reluctance or hesitancy* about your ability to find a defendant not guilty?
    ____ Yes  ____ No  ____ Not Sure  **IF YES or NOT SURE, please explain:**

34. Is there anything not already covered by this questionnaire that might affect your ability to be a fair and impartial juror, affect your ability to sit through a trial and pay attention to all the evidence, or prevent you from sitting in judgment of another person?
    ____ Yes  ____ No  ____ Not sure  **IF YES or NOT SURE, please explain:**

*Room for additional explanations:*

_____
_____
_____
_____
_____

**I, the undersigned, declare under penalty of perjury that the answers set forth above are true and correct to the best of my knowledge and belief. I have not discussed my answers with anyone else or received assistance in completing the questionnaire.**

Your Name (printed) _____

Your Signature: _____

Date: _____, 2021