IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 20-cr-00152-PAB

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS**, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

**DEFENDANTS' MOTION TO RESTRICT ACCESS TO DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE FROM THE GOVERNMENT'S CASE-IN-CHIEF EVIDENCE ABOUT OR REFERENCES TO TYSON FOODS' LENIENCY APPLICATION AND CONDITIONAL AGREEMENT WITH THE DOJ**

Defendants through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully requests that the Court restrict access to Defendants' Joint Motion In Limine to Exclude from the Government's Case-In-Chief Evidence About or References to Tyson Foods' Leniency Application and Conditional Agreement with the DOJ.

Respectfully submitted this 1st day of October, 2021.

*s/ Elizabeth B. Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ Chad D. Williams*
Chad D. Williams
Jacqueline V. Roeder
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
(303) 892-9400
chad.williams@dgslaw.com
jackie.roeder@dgslaw.com

*s/ Marci G. LaBranche*
Marci G. LaBranche
STIMSON STANCIL LABRANCHE HUBBARD LLC
1652 N. Downing Street
Denver, CO 80218
(720) 689-8909
labranche@sslhlaw.com

*Attorneys for Timothy R. Mulrenin*

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*Attorneys for Jayson Jeffrey Penn*

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*Attorney for Mikell Reeve Fries*

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*Attorney for William Wade Lovette*

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Attorney for Gary Brian Roberts*

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*Attorney for Roger Born Austin*

| | |
|---|---|
| *s/ Bryan Lavine* | *s/ Mark A. Byrne* |
| Bryan Lavine | Mark A. Byrne |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | BYRNE & NIXON LLP |
| 600 Peachtree St. NE, Suite 3000 | 888 West Sixth St, Suite 1100 |
| Atlanta, GA 30308 | Los Angeles, CA 90017 |
| (404) 885-3170 | (213) 620-8003 |
| Bryan.lavine@troutman.com | markbyrne@byrnenixon.com |
| | |
| *Attorney for Scott James Brady* | *Attorney for Jimmie Lee Little* |

*s/ James A. Backstrom*
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*Attorney for William Vincent Kantola*

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021, I electronically filed the foregoing *Defendants' Motion for a Total of 45 Minutes of Attorney Conducted Voir Dire* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*s/ Nancy Hickam*
Nancy Hickam

3