# **<u>Exhibit 2</u>**

Filed Under Seal