**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

Case No.  1:20-cr-00152-PAB  　　　　　Date:  October 6, 2021

Case Title:  United States v. Jayson Penn et al.

UNITED STATES' WITNESS LIST

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF DIRECT |
|---|---|
| **James Olson** | 10/26 – 2 hours |
| Robert Coleman (RSCS Records Custodian)* | 10/27 – 0.25 hours |
| Matt Bunch or Carolyn Arens (Tyson Records Custodian)* | 10/27 – 0.25 hours |
| Stewart Ward (Koch Records Custodian)* | 10/27 – 0.25 hours |
| Lumakar Challa (Pilgrim's Records Custodian)* | 10/27 – 0.25 hours |
| George's Records Custodian(s)* | 10/27 – 0.25 hours |
| Mar-Jac Records Custodian(s)* | 10/27 – 0.25 hours |
| Claxton Records Custodian(s)* | 10/27 – 0.25 hours |
| **Robert Lewis** | 10/27-28 – 3 hours |
| AT&T Records Custodian(s)* | 10/28 – 0.25 hours |
| Verizon Records Custodian(s)* | 10/28 – 0.25 hours |
| Consilio Records Custodian* | 10/28 – 0.25 hours |
| **Robert Bryant** | 10/28-11/2 – 5 hours |
| Jeven Adami* | 11/2 – 0.5 hours |
| Mar-Jac Records Custodian(s) for Handwritten Notes* | 11/2 – 0.25 hours |
| **Special Agent Matthew Koppenhaver** | 11/2-4 – 6.5 hours |
| **Sara Fisher** | 11/4-5 – 2 hours |
| Kevin Choo (Chick-fil-A Records Custodian)* | 11/5 – 0.25 hours |
| **Michael Ledford** | 11/5 – 2 hours |
| Perdue Records Custodian(s)* | 11/5 – 0.25 hours |
| **David Rothmeier** or **Meyer Skalak** | 11/5-8 – 1.5 hours |
| Pollo Tropical Records Custodian(s)* | 11/8 – 0.25 hours |
| **Joseph Brink** | 11/8-9 – 3 hours |
| Barrett G. Flynn (Sysco Records Custodian)* | 11/9 – 0.25 hours |
| **Melissa Hoyt** | 11/9 – 2 hours |
| **Telly Smith** | 11/10 – 2 hours |
| **Rebecca Nelson** | 11/10-12 – 2 hours |
| Andrew Kochy* | 11/12 – 0.5 hours |
| Gary Weeks* | 11/12 – 0.5 hours |

\* Indicates a document custodian or other witness who will only be called absent a stipulation

2

| | |
|---|---|
| Brian Coan* | 11/12 – 0.25 hours |
| Kent Kronauge (SMS Custodian of Records)* | 11/12 – 0.25 hours |
| Craig Prusher (Church's Custodian of Records)* | 11/12 – 0.25 hours |
| Case Farms Custodian of Records* | 11/12 – 0.25 hours |
| **Special Agent LaNard Taylor** | 11/12-16 – 6.5 hours |