IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

**GOVERNMENT'S COMMENTS TO THE COURT'S
PROPOSED PRELIMINARY JURY INSTRUCTION**

Pursuant to this Court's order on October 6, 2021 (ECF 568), the government provides the following comments to the Court's proposed introductory jury instruction:

(1) Government attorneys Laura Butte and Jillian Rogowski should not be included on the list of government representatives.[1]

(2) The government proposes the addition in bold to a sentence in the final

---

[1] Government attorney Yixi (Cecilia) Cheng, who made an appearance in the case on October 6, 2021, likewise should not be included on the list.

paragraph on page 5: "In addition, during the course of the trial you should not talk about the trial with anyone else, **whether in person, on a podcast, on the web, or on any social media platform**."

DATED: October 7, 2021              Respectfully submitted,

<pre>
                                    /s/ Michael Koenig
                                    MICHAEL T. KOENIG
                                    HEATHER D. CALL
                                    CAROLYN M. SWEENEY
                                    PAUL J. TORZILLI
                                    Trial Attorneys
                                    U.S. Department of Justice - Antitrust Division
                                    450 Fifth Street NW, Suite 11300
                                    Washington D.C. 20530
                                    Tel: (202) 616-2165
                                    michael.koenig@usdoj.gov
</pre>