IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | |
| 2. MIKELL REEVE FRIES, | |
| 3. SCOTT JAMES BRADY, | |
| 4. ROGER BORN AUSTIN, | No. 20-cr-00152-PAB |
| 5. TIMOTHY R. MULRENIN, | |
| 6. WILLIAM VINCENT KANTOLA, | |
| 7. JIMMIE LEE LITTLE, | |
| 8. WILLIAM WADE LOVETTE, | |
| 9. GARY BRIAN ROBERTS, and | |
| 10. RICKIE PATTERSON BLAKE, | |
| Defendants. | |

**DEFENDANTS' MOTION TO FILE
JOINT AND INDIVIDUAL TRIAL BRIEFS**

Defendants, by and through their respective counsel, respectfully move for permission to file a joint trial brief addressing common issues relevant to every Defendant while also filing individual briefs addressing issues specific to each Defendant. Defendants' trial briefs are due on Monday, October 18.

The Court's criminal practice standards allow parties to file trial briefs of ten pages. If each Defendant filed a ten-page brief, that would result in 100 pages of Defendant trial briefs. Because the charged conspiracy involves a number of issues common to all Defendants, Defendants respectfully move for permission to file a twenty-page joint trial brief to address those common issues. Defendants propose to limit their individual trial briefs addressing Defendant-specific issues to no more than eight pages per Defendant. Accordingly, the total

1

number of Defendant pages before the Court will remain unchanged (100). This proposed structure would consolidate Defendants' arguments on common issues while preserving each Defendants' right to address issues specific to them. Defendants believe that this approach will allow the Court to most efficiently and accurately evaluate the issues presented in this case, and best protect Defendants' rights.

On October 11, 2021, Defendants asked the DOJ for its position on this motion. Defendants did not receive a response.

Dated:  October 12, 2021

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  October 12, 2021            *s/ Michael F. Tubach*

                                                                         Michael F. Tubach