IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**CHIEF JUDGE PHILIP A. BRIMMER**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **JAYSON JEFFREY PENN,**
2.    **MIKELL REEVE FRIES,**
3.    **SCOTT JAMES BRADY,** and
4.    **ROGER BORN AUSTIN**
5.    **TIMOTHY R. MULRENIN,**
6.    **WILLIAM VINCENT KANTOLA,**
7.    **JIMMIE LEE LITTLE,**
8.    **WILLIAM WADE LOVETTE,**
9.    **GARY BRIAN ROBERTS,**
10.   **RICKIE PATERSON BLAKE,**

    Defendants.

---

## PROPOSED ORDER
---

THIS MATTER coming before the Court upon motion of the government for an order authenticating certain records under Federal Rules of Evidence 902(11), 902(13), and 902(14) and seeking a pre-trial order on admissibility of toll records under Federal Rule of Evidence 803(6), and the Court having considered the same, it is therefore:

**The Court hereby finds** that Exhibits 2-1 through 36-1 as contained in the government's motions comply with Federal Rules of Evidence 902(11) and 902(13).

The Court further finds that Exhibits 20-1 through 36-1 comply with Federal Rules of Evidence 902(11), 902(13) and 902(14).

The Court further finds that the toll records as identified by the Document Identifiers relating to Exhibits 20-1 through 20-9, 21-1, 22-1, 23-1, 24-1 through 24-2, 25-1, 26-1 through 26-13, 27-1, and 28-1 through 28-3 meet the requirements of Federal Rule of Evidence 803(6).

Accordingly, the Court finds that the records certified in Exhibits 2-1 through 36-1 are authentic, and that no witness testimony at trial is required to further authenticate said records.

Dated this ____ day of _____, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge