# Exhibit A9

# Telephone Calls Between Jimmie Little and Bill Kantola During Review Period



- 2012: 248
- 2013: 147
- 2014: 209
- 2015: 177
- 2016: 75
- 2017: 12
- 2018: 7
- 2019: 5
- 2020: 4

**Total: 884**

ID: GDX-007      SOURCE: 68000, 8063, 8041      9

# Telephone Calls Between Jimmie Little and Carl Pepper During Review Period



Total: 353

| Year | Calls |
|---|---|
| 2012 | 54 |
| 2013 | 56 |
| 2014 | 91 |
| 2015 | 119 |
| 2016 | 31 |
| 2017 | 2 |

ID: GDX-008    SOURCE: 8000, 8063, 8041, 8042    10



# Telephone Calls Between Jimmie Little and Ric Blake During Review Period

**Total: 70**

- 2012: 31
- 2013: 8
- 2014: 13
- 2015: 15
- 2016: 3

ID: GDX-009          SOURCE: 5021, 8000, 8063, 8041                                                                 11