# Exhibit A10

# Hidden Columns in Excel Spreadsheet



All columns are visible

# Hidden Columns in Excel Spreadsheet



Column **L** is selected

ID: GDX-012.2                    SOURCE: 1036.xlsx                                        2

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.3          SOURCE: 1036.xlsx          3

# Hidden Columns in Excel Spreadsheet



Column **L** is hidden now

ID: GDX-012.4                    SOURCE: 1036.xlsx                                                                    4

# Hidden Columns in Excel Spreadsheet



Column **M** is selected

ID: GDX-012.5          SOURCE: 1036.xlsx          5

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.6          SOURCE: 1036.xlsx          6

# Hidden Columns in Excel Spreadsheet



Both **L** and **M** columns
are hidden now

ID: GDX-012.7                    SOURCE: 1036.xlsx                                                              7