# Exhibit A5





SOURCES: EX. 1734, 6184, 6045, 9237, 9240





October 29, 2014

**Jayson Penn**

10/29/2014 6:03PM

Yup. I called you out in our board meeting today for leading the industry to higher '15 prices in FFS and $75M higher YoY pricing. Now that is impressive.

**Jason McGuire**

SOURCES: EX. 940, 8024, 9248