# Exhibit C

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jayson Penn et al. | ) | Case No.   1:20-cr-00152-PAB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Greg Finch, relating to the authentication of records.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 10/25/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:    10/20/2021



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America , who requests this subpoena, are:

Upon receipt of this Subpoena, please contact Witness Coordinator, Sherry Russom, at (888)751-4450,or e-mail her with contact Information at mailto:Sherry.Russom@usdoj.gov

Michael Koening
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 5th Street, NW
Denver, Colorado 80202
Washington, DC 20530
Email: Michael.Koenig@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: