IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  **JAYSON JEFFREY PENN,**
2.  **MIKELL REEVE FRIES,**
3.  **SCOTT JAMES BRADY,**
4.  **ROGER BORN AUSTIN,**
5.  **TIMOTHY R. MULRENIN,**
6.  **WILLIAM VINCENT KANTOLA,**
7.  **JIMMIE LEE LITTLE,**
8.  **WILLIAM WADE LOVETTE,**
9.  **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

     Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT ACCESS
TO ATTACHMENT A TO UNITED STATES' MOTION TO LEAD CERTAIN RECORDS
CUSTODIAN WITNSSES ON DIRECT EXAMINATION AT TRIAL AND
TO AUTHENTICATE BY OTHER MEANS**

---

The government respectfully moves this Court, pursuant to D.C.COLO.LCrR

47.1, to restrict access to Attachment A to its Motion to Lead Certain Records Custodian

Witnesses on Direct Examination at Trial and to Authenticate by Other Means (ECF

721), and any order revealing the contents of that document. The government requests

Level 1 restriction, limiting access to the parties and the Court. The government is

submitting under restriction a brief that contains the basis for this motion, including the

information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

2

Dated: November 1, 2021      Respectfully submitted,

<u>/s/ Michael Koenig</u>
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States