**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 2, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*            *Counsel:*

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
|  | Carolyn Sweeney |
|  | Heather Call |
|  | Paul Torzilli |
|  | Jillian Rogowski |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
|  | Anna Pletcher |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
|  | David Beller |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
|  | Megan Rahman |
|  | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
|  | Laura Carwile |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
|  | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
|  | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Jennifer Derwin |
|  | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg,, Jr. |
|  | Frank Schall |
|  | Dru Nielsen |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
|  | Richard Tegtmeier |
| 10. RICKIE PATTERSON BLAKE, | Wendy Johnson |
|  | Barry Pollack |
| Defendants. | |

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 6**

**8:35 a.m.    Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Continued direct examination of Mr. Bryant by Mr. Koenig.

8:41 a.m. – 8:44 a.m.    Bench conference.

**Exhibit 9262 is admitted.**

Continued direct examination of Mr. Bryant by Mr. Koenig.

**Exhibits 1085 and 1086 are admitted.**

9:33 a.m.    Cross examination of Mr. Bryant by Mr. Feldberg.

9:34 a.m. – 9:35 a.m.    Bench conference.

Jury excused.

**9:36 a.m.    Court in recess.**
**9:45 a.m.    Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

10:04 a.m. – 10:07 a.m.    Bench conference

Continued cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibits E-162 and D-925 are admitted.**

Jury excused.

**10:51 a.m.**     **Court in recess.**
**11:01 a.m.**     **Court in session.**
Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

Jury excused.

**11:50 a.m.**     **Court in recess.**
**1:18 p.m.**     **Court in session.**

1:10 p.m. – 1:24 p.m.     Bench conference.

1:28 p.m.     Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibit E-174, as amended, is admitted.**

1:40 p.m.     Cross examination of Mr. Bryant by Mr. Canty.

2:06 p.m.     Cross examination of Mr. Bryant by Mr. Tubach.

**Exhibits H-717, H-718, D-341, and F-792 (all pages, except pg. 1) are admitted.**

Jury excused.

**3:16 p.m.**     **Court in recess.**
**3:37 p.m.**     **Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Tubach.

3:43 p.m.     Cross examination of Mr. Bryant by Ms. Henry.

3:51 p.m.     Cross examination of Mr. Bryant by Mr. Pollack.

**Exhibit H-895 is admitted.**
**Exhibit H-896 is displayed for demonstrative purposes only.**

4:20 p.m.     Cross examination of Mr. Bryant by Mr. Lavine.

4:31 p.m.     Cross examination of Mr. Bryant by Mr. Kornfeld.

Jury excused until November 3, 2021 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants**

**5:04 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:21