IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

       Defendants.

## UNITED STATES' NOTICE REGARDING EXHIBITS TO BE OFFERED

The government respectfully submits the list below of exhibits it plans to offer for ruling on admissibility on November 12, 2021, but which will not be actually offered for admission until the jury is present. The list below does not include the additional exhibits that establish certain persons' places of employment and phone numbers.

| | |
|---|---|
| 1909 | PILGRIMS-DOJ-0002106354 |
| 1821 | KOCHFOODS-0000267825 |
| 1822 | PILGRIMS-DOJ-0000343592 |
| 1845 | PILGRIMS-DOJ-0000513571 |
| 1846 | PILGRIMS-DOJ-0000914266 |
| 1847 | PILGRIMS-DOJ-0000914267 |
| 1848 | PILGRIMS-DOJ-0000914268 |
| 1849 | PILGRIMS-DOJ-0000914269 |
| 1850 | PILGRIMS-DOJ-0000915280 |
| 1851 | PILGRIMS-DOJ-0000915300 |

| 1852 | PILGRIMS-DOJ-0000915301 |
|---|---|
| 1853 | PILGRIMS-DOJ-0000915303 |
| 1854 | PILGRIMS-DOJ-0000915320 |
| 1855 | PILGRIMS-DOJ-0000915340 |
| 1856 | PILGRIMS-DOJ-0000915346 |
| 1858 | PILGRIMS-DOJ-0000915360 |
| 1862 | PILGRIMS-DOJ-0000915473 |
| 1863 | PILGRIMS-DOJ-0000915537 |
| 1864 | PILGRIMS-DOJ-0000915538 |
| 1890 | PILGRIMS-DOJ-0001384965 |
| 1894 | PILGRIMS-DOJ-0001386338 |
| 6235 | PILGRIMS-DOJ-0000914265 |
| 1607 | PILGRIMS-0006836077 |
| 1601 | CLA_0192302 |
| 1615 | CLAXTON_0181706 (excerpt) |
| 1713 | PILGRIMS-0005254544 |
| 1734 | CLAXTON_0181706 (excerpt) |
| 355 | CLAXTON_0181706 (excerpt) |
| 920 | PILGRIMS-0006742191 |
| 982 | CLAXTON_0181706 (excerpt) |
| 9714 | TY-000618801 |
| 9715 | TY-000618802 |
| 519 | PILGRIMS-0003618962 |
| 528 | PILGRIMS-0005934843 |
| 541 | PILGRIMS-DOJ-0001362261 |
| 545 | PILGRIMS-DOJ-0002269318 |
| 546 | PILGRIMS-DOJ-0002269652 |
| 559 | PILGRIMS-DOJ-0002950645 |
| 561 | PILGRIMS-DOJ-0003384952 |
| 563 | PILGRIMS-DOJ-0003385154 |
| 564 | PILGRIMS-DOJ-0003385175 |
| 567 | PILGRIMS-DOJ-0003385325 |
| 803 | KOCH_0001174605 |
| 740 | PILGRIMS-DOJ-0003985562 |
| 744 | TY-00020407 |
| 710 | GEODOJ_0005007 |
| 711 | GEODOJ_0005008 |
| 733 | PILGRIMS-DOJ-0000412521 |
| 732 | PILGRIMS-DOJ-0000412082 |
| 702 | CLA_0076096 |
| 703 | CLA_0076099 |
| 746 | TY-000206379 |
| 752 | TY-001642732 |
| 753 | TY-001642733 |
| 754 | TY-001642734 |

| | |
|---|---|
| 755 | TY-001642735 |
| 756 | TY-001642736 |
| 757 | TY-001642737 |
| 758 | TY-001642738 |
| 751 | TY-001632749 |
| 748 | TY-000722084 |
| 749 | TY-000722085 |
| 9688 | GEODOJ_0690368 |
| 9683 | GEODOJ_0690188 |
| 761 | GEODOJ_0584721 |
| 134 | GEODOJ_ 0582919 |
| 9682 | GEODOJ_0690108 |
| 9681 | GEODOJ_0690001 |
| 6088 | GEODOJ_0333971 |
| 6089 | GEODOJ_0333972 |
| 2004 | PILGRIMS-0009084147 |
| 2001 | PILGRIMS-000695340 |
| 2002 | PILGRIMS-000695343 |
| 2000 | PILGRIMS-0005858337 |
| 109 | PILGRIMS-DOJ-0000174709 |
| 120 | TY-000243934 |
| 113 | TY-000062843 |
| 108 | PILGRIMS-DOJ-0000174707 |
| 114 | TY-000063844 |
| 224 | TY-000088547 |
| 209 | KOCHFOODS-0000246839 |
| 900 | CLA_0072794 |
| 948 | PILGRIMS-DOJ-0001532669 |
| 1056 | PILGRIMS-0006847974 |
| 2000 | PILGRIMS-0005858337 |
| 3003 | GEO_0000826258 |
| 3028 | PILGRIMS-DOJ-0000180410 |
| 3062 | TY-001483785 |
| 3074 | TY-004345675 |
| 3087 | TY-001460093 |
| 9010 | CLAXTON_0181697 |
| 9217 | TY-007001648 |
| 9224 | TY-007001729 |
| 9264 | PILGRIMS-DOJ-0004505846 |
| G-345 | TY-000128401 |
| 617 | TY-001066336 |
| 933 | PILGRIMS-0009347177 |
| 959 | TF-0003607786 |
| 1177 | TY-001038031 |
| 5016 | TY-000000107 |

| 6264 | PILGRIMS-DOJ-0002139232 |
|---|---|
| 6282 | TY-000000113 |
| 6283 | TY-000000114 |
| 7046 | Pilgrims-DOJ-0000509329 |
| 9057 | PILGRIMS-DOJ-0000509305 |
| 7037 | TY-000198552 |
| 759 | TY-001643172 |
| 6047 | CLA_0192604 |
| 3025 | PILGRIMS-0009051822 |
| 901 | KOCHFOODS-0000006822 |
| 1144 | TY-000133607 |
| 6120 | GEODOJ_0578663 |
| 6308 | GEO_0001421262 |
| 6310 | GEODOJ_0318909 |
| 6312 | GEODOJ_0318986 |
| 6313 | GEODOJ_0319335 |
| 6315 | GEODOJ_0324610 |
| 6316 | GEODOJ_0573591 |
| 6317 | GEODOJ_0573592 |
| 6318 | GEODOJ_0650994 |
| 6320 | GEODOJ_0651352 |
| 6322 | GEODOJ_0653133 |
| 6324 | GEODOJ_0653707 |
| 6325 | GEODOJ_0653708 |
| 6326 | GEODOJ_0656331 |
| 6327 | GEODOJ_0672838 |
| 1035 | PILGRIMS-0002616918 |
| 1036 | PILGRIMS-0002616919 |
| 1036-1 | PILGRIMS-0002616919 (excerpt) |
| 1036-2 | PILGRIMS-0002616919 (excerpt) |
| 219 | PILGRIMS-DOJ-0000177839 |

By: /s/ Michael Koenig
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165

Email: michael.koenig@usdoj.gov

Case No. 1:20-cr-00152-PAB   Document 821   filed 11/11/21   USDC Colorado   pg 5 of 5