IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 12, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

Plaintiff,

v.

1. JAYSON JEFFREY PENN,    Michael Tubach
                            Anna Pletcher

2. MIKELL REEVE FRIES,     Richard Kornfeld
                            David Beller
                            Kelly Page

3. SCOTT JAMES BRADY,      Bryan Lavine
                            Megan Rahman
                            Laura Kuykendall

4. ROGER BORN AUSTIN,      Michael Feldberg
                            Laura Carwile
                            Julie Withers

5. TIMOTHY R. MULRENIN,    Elizabeth Prewitt
                            Marci LaBranche

6. WILLIAM VINCENT KANTOLA,  Roxann Henry
                              James Backstrom

7. JIMMIE LEE LITTLE,      Mark Byrne
                            Dennis Canty

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
                            Frank Schall
                            Dru Nielsen
                            James McLoughlin

9. GARY BRIAN ROBERTS, and  Craig Gillen
                             Richard Tegtmeier

10. RICKIE PATTERSON BLAKE,  Wendy Johnson
                              Barry Pollack

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 13**

**8:30 a.m.      Court in session.**

Defendants' presence is not required for today's hearing.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding United States' Motion to Dismiss Count 3 of the Superseding Indictment with Prejudice [826].  The Court has granted the motion and an order will be issued shortly.

Discussion and argument regarding summary charts and exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**10:19 a.m.     Court in recess.**
**10:36 a.m.     Court in session.**

Discussion regarding dismissing Count 2 for Mr. Little.  Ms. Call states the Government will file a motion, as discussed.

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**11:58 a.m.     Court in recess.**
**1:01 p.m.      Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**3:16 p.m.      Court in recess.**
**3:32 p.m.      Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Discussion regarding scheduling and Rule 29 motions.

**5:14 p.m.      Court in recess.**

Trial continued.
Total time in court:    7:08