# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  December 6, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

*Parties:*                                                          *Counsel:*

UNITED STATES OF AMERICA,                        Michael Koenig
                                                                       Carolyn Sweeney
                                                                       Heather Call
                                                                       Paul Torzilli
                                                                       Laura Butte
                                                                       Jillian Rogowski

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,                            Michael Tubach
                                                                       Anna Pletcher
                                                                       Brian Quinn
2. MIKELL REEVE FRIES,                               Richard Kornfeld
                                                                       David Beller
                                                                       Kelly Page
3. SCOTT JAMES BRADY,                               Bryan Lavine
                                                                       Megan Rahman
                                                                       Laura Kuykendall
4. ROGER BORN AUSTIN,                               Michael Feldberg
                                                                       Laura Carwile
                                                                       Julie Withers
5. TIMOTHY R. MULRENIN,                           Elizabeth Prewitt
                                                                       Marci LaBranche
6. WILLIAM VINCENT KANTOLA,                Roxann Henry
                                                                       James Backstrom
7. JIMMIE LEE LITTLE,                                    Mark Byrne
                                                                       Dennis Canty
8. WILLIAM WADE LOVETTE,                      John Fagg, Jr.
                                                                       Frank Schall
                                                                       Dru Nielsen
                                                                       James McLoughlin
                                                                       Catherine Prater
9. GARY BRIAN ROBERTS, and                     Craig Gillen
                                                                       Richard Tegtmeier

  10.  RICKIE PATTERSON BLAKE,                    Wendy Johnson
                                                  Barry Pollack

   Defendants.

### COURTROOM MINUTES

**JURY TRIAL – DAY 22**

**8:40 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding scheduling and potential testimony by defendants.

8:49 a.m.      Jury present.

Defendants' witness, Darrell Bowlin, sworn.

8:51 a.m.      Direct examination of Mr. Bowlin by Ms. Prewitt.

9:36 a.m. – 9:47 a.m.      Bench conference.

Continued direct examination of Mr. Bowlin by Ms. Prewitt.

9:54 a.m.      Direct examination of Mr. Bowlin by Mr. Gillen.

9:55 a.m.      Direct examination of Mr. Bowlin by Mr. Beller.

9:57 a.m.      Cross examination of Mr. Bowlin by Ms. Call.

10:04 a.m.    Redirect examination of Mr. Bowlin by Ms. Prewitt.

Jury excused.

**10:08 a.m.    Court in recess.**
**10:34 a.m.    Court in session.**

Jury present.

Defendants' witness, Brandon Campbell, sworn.

10:36 a.m.     Direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-624, G-521, G-824 (as redacted), G-570 (as redacted), and G-467 are admitted.**

11:52 a.m.     Cross examination of Mr. Campbell by Ms. Call.

Jury excused.

Discussion regarding jury instructions.  Counsel will meet at 5:15 p.m. this evening for further discussion.

Discussion regarding closing arguments.

**12:06 p.m.     Court in recess.**
**1:32 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Campbell by Ms. Call.

1:41 p.m.     Redirect examination of Mr. Campbell by Mr. Gillen.

1:45 p.m. – 1:51 p.m.     Bench conference.

Defendants' witness, Brenda Ray, sworn.

1:52 p.m.     Direct examination of Ms. Ray by Mr. Pollack.

1:58 p.m.     Direct examination of Ms. Ray by Mr. Tubach.

2:00 p.m.     Cross examination of Ms. Ray by Mr. Koenig.

Defendants' witness, Julie Lawrence, sworn.

2:05 p.m.     Direct examination of Ms. Lawrence by Ms. Johnson.

**Exhibit I-338 is admitted.**

Defendants' witness, Rhonda Warble, sworn.

2:13 p.m.     Direct examination of Ms. Warble by Ms. Johnson.

2:19 p.m. – 2:21 p.m.     Bench conference.

Continued direct examination of Ms. Warble by Ms. Johnson.

**Exhibits I-448, I-452, I-444, I-337 (as redacted), I-442, and I-441 are admitted.**

2:46 p.m.        Cross examination of Ms. Warble by Ms. Johnson.

Jury excused.

Discussion regarding potential testimony of defendants, admission of documents without sponsoring a witness, and Government's rebuttal case.

**3:05 p.m.        Court in recess.**
**3:30 p.m.        Court in session.**

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Further discussion regarding scheduling.

4:45 p.m.        Jury present.

**Exhibits A-187, F-459 (as redacted), D-240, 3052, 3053, F-915 (as redacted), F-916, F-754, and E-014 are admitted.**

Defendants rest.

The Government has no evidence to present for rebuttal.

***4:54 p.m.        Evidence is closed.***

Jury excused until December 8, 2021 at 8:30 a.m.

Discussion regarding renewed Rule 29 motions.

**5:00 p.m.        Court in recess.**
**5:16 p.m.        Court in session.**

Defendants Penn, Fries, Brady, Austin, Mulrenin, Kantola, Little, Lovette, Roberts, and Blake's renewed oral motions for judgment of acquittal pursuant to Rule 29.

Discussion regarding length of closings.  Defendants are permitted 45 minutes each.  Government is limited to a total of two and a half hours, including rebuttal.

Discussion regarding proposed jury instructions.

**ORDERED:  Bond is continued as to all defendants.**

**6:00 p.m.        Court in recess.**

Trial continued.
Total time in court:    6:47

Case No. 1:20-cr-00152-PAB   Document 901   filed 12/06/21   USDC Colorado   pg 5 of 5