IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN,<br>2. MIKELL REEVE FRIES,<br>3. SCOTT JAMES BRADY,<br>4. ROGER BORN AUSTIN,<br>5. TIMOTHY R. MULRENIN,<br>6. WILLIAM VINCENT KANTOLA,<br>7. JIMMIE LEE LITTLE,<br>8. WILLIAM WADE LOVETTE,<br>9. GARY BRIAN ROBERTS, and<br>10. RICKIE PATTERSON BLAKE, | Criminal Case No. 20-cr-00152-PAB |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT MOTION IN LIMINE TO PROHIBIT THE USE OF THE PHRASE "PRICE FIXING" DURING WITNESS EXAMINATIONS**

Defendants, by and through undersigned counsel, respectfully submit this Motion for Leave to Prohibit the Use of the Phrase "Price-Fixing" During Witness Examinations, in accordance with the Court's December 22, 2021, Order Resetting Trial Dates and Deadlines (Doc. 925). That order required any party seeking to file a motion in limine to "submit a motion for leave to file such motion." *Id*. at 2.

Defendants' motion in limine to prohibit the use of the phrase "price-fixing" during witness examinations asks the Court to formalize the ruling it made during the first trial. There, the government and its sole "percipient" witness to the alleged conspiracy used the term "price-fixing"—a legal conclusion and term of art—to describe Defendants' purported conduct. *See*

1

Mot. 1-2. In response to the Defendants' objections, the Court eventually required the government to use "some other term." *Id*. at 2. Even after that ruling, though, the government continued to use the phrase in its questioning of witnesses. *See id*. For the reasons described in the proposed motion, that phrase constitutes improper opinion testimony and is unduly prejudicial to Defendants. *Id*. at 3-6. Accordingly, Defendants respectfully request that the Court grant leave to file a motion in limine to prohibit use of the phrase "price-fixing" during witness examinations, consistent with the Court's ultimate order at the first trial.

Dated:  February 3, 2022               Respectfully submitted,

*s/ John A. Fagg, Jr.*                              *s/ Michael F. Tubach*
John A. Fagg, Jr.                                    Michael F. Tubach
MOORE & VAN ALLEN PLLC                               O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                    Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700                   Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                                  San Francisco, California 94111-3823
(704) 331-3622                                       (415) 984-8700
johnfagg@mvalaw.com                                  mtubach@omm.com

*s/ Richard K. Kornfeld*                             *s/ Michael S. Feldberg*
Richard K. Kornfeld                                  Michael S. Feldberg
RECHT KORNFELD, P.C.                                 REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                      FELDBERG LLP
1600 Stout Street, Suite 1400                        Attorney for Roger Born Austin
Denver, CO 80202                                     750 Third Avenue, Suite 2400
(303) 573-1900                                       New York, NY 10017
rick@rklawpc.com                                     (212) 381-1965
                                                     mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*                                    *s/ Elizabeth Prewitt*
Bryan Lavine                                         Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                             LATHAM & WATKINS LLP-DC
SANDERS LLP                                          Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                       1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000                     New York, NY 10020
Atlanta, GA 30308                                    (212) 906-1200
(404) 885-3170                                       elizabeth.prewitt@lw.com
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach

4