IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **JAYSON JEFFREY PENN,**
2.     **MIKELL REEVE FRIES,**
3.     **SCOTT JAMES BRADY,**
4.     **ROGER BORN AUSTIN,**
5.     **TIMOTHY R. MULRENIN,**
6.     WILLIAM VINCENT KANTOLA,
7.     **JIMMIE LEE LITTLE,**
8.     WILLIAM WADE LOVETTE,
9.     **GARY BRIAN ROBERTS, and**
10.    **RICKIE PATTERSON BLAKE,**

    Defendants.

Criminal Case No. 20-cr-00152-PAB

**Defendants Penn, Fries, Brady, Austin, Mulrenin, Little, Roberts and Blake's Motion for Leave to File Defendants' Motion for the Court to Conduct a *James* Hearing on the Supplemental Statements Made By, or Related to, Carl Pepper that the Government Seeks to Admit Under Rule 801(d)(2)(E), in the Event the Court Grants the Government's Motion for Leave to File a Supplemental the *James* Log (Doc. 941)**

Defendants Jayson Penn, Mikell Fries, Scott Brady, Roger Austin, Timothy Mulrenin, Jimmie Little, Gary Roberts, and Rickie Blake by and through undersigned counsel, respectfully submit this Motion for Leave to File Motion for *James* Hearing on the Supplemental Statements Made By, or Related to, Carl Pepper that the Government Seeks to Admit Under F.R.E. 801(d)(2)(E), in the Event the Court Grant's the Government's Motion for Leave to File a Supplemental the *James* Log (Doc. 941), in accordance with the Court's December 22, 2021 and January 28, 2022 orders (Dkt. Nos. 925, 944) (requiring substantive motions be accompanied with a motion for leave and setting February 3, 2022 as the pretrial motions deadline).

Defendants' motion is not requesting that the court reconsider any of its prior rulings.

1

Rather, as explained in Defendants' motion, Defendants are requesting that, if the Court grants the government leave to supplement its *James* log, the Defendants have an opportunity to conduct a *James* hearing on those supplemental statements that are made by or relate to Carl Pepper with Carl Pepper as a witness.

Defendants' motion is timely. *See* Dkt. No. 925, Dkt. No. 944 (establishing February 3, 2022 as the pre-trial motions deadline for the retrial).

Accordingly, the Defendants respectfully request the Court grant leave to file the attached motion.

Dated: February 3, 2022

Respectfully submitted,

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

| | |
|---|---|
| *s/ Craig Allen Gillen*<br>Craig Allen Gillen<br>GILLEN, WITHERS & LAKE, LLC<br>Attorney for Gary Brian Roberts<br>400 Galleria Parkway, Ste. 1920<br>Atlanta, GA 30339<br>(404) 842-9700<br>cgillen@gwllawfirm.com | *s/ Mark A. Byrne*<br>Mark A. Byrne<br>BYRNE & NIXON LLP<br>Attorney for Jimmie Lee Little<br>888 West Sixth St, Suite 1100<br>Los Angeles, CA 90017<br>(213) 620-8003<br>markbyrne@byrnenixon.com |
| *s/ Barry J. Pollack*<br>Barry J. Pollack<br>ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP<br>Attorney for Rickie Patterson Blake<br>2000 K Street N.W., 4th Floor<br>Washington, DC 20006<br>(202) 775-4514<br>bpollack@robbinsrussell.com | *s/ Wendy L. Johnson*<br>Wendy L. Johnson<br>RMP LLP<br>Attorney for Rickie Patterson Blake<br>5519 Hackett St., Suite 300<br>Springdale, AR 72762<br>(479) 439-2705<br>wjohnson@rmp.law |
| | *s/ Marci G. LaBranche*<br>Marci G. LaBranche<br>STIMSON STANCIL LABRANCHE HUBBARD LLC<br>Attorney for Timothy R. Mulrenin<br>1652 N. Downing Street<br>Denver, CO 80218<br>(720) 689-8909<br>labranche@sslhlaw.com |

### CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Nancy Hickam*
Nancy Hickam