IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANTS' MOTION TO FILE OPPOSITIONS TO MOTIONS IN LIMINE IN EXCESS OF PAGE LIMITS

Defendants, by and through their respective counsel, respectfully move this Court for permission to file Oppositions to the Department of Justice's Omnibus Motions in Limine in excess of the Court's fifteen-page limit. Defendants seek an additional six (6) pages to respond to the five issues raised in the DOJ's omnibus motions. Opposition papers are due on Monday, February 7, 2022, and granting this request for additional pages would not cause any delay or hinder compliance with this deadline.

Good cause exists for permitting an additional six pages. Defendants are responding as

1

one group to five separate arguments. *See* ECF 977. These additional pages will permit Defendants to better address the Department of Justice's various arguments as a group, rather than individually. Defendants believe that the additional length will better allow the Court to efficiently and accurately evaluate the issues presented.

Dated: February 5, 2022                    Respectfully submitted,

s/ *Michael F. Tubach*                       s/ *Richard K. Kornfeld*
Michael F. Tubach (Cal. Bar No. 145955)      Richard K. Kornfeld
O'MELVENY & MYERS LLP                        Recht Kornfeld, P.C.
Two Embarcadero Center, 28th Floor           1600 Stout Street, Suite 1400
San Francisco, CA 94111-3823                 Denver, CO 80202
Telephone: 415-984-8700                      303-573-1900
Facsimile: 415-984-8701                      Fax: 303-446-9400
E-mail:  mtubach@omm.com                     Email: rick@rklawpc.com
*Attorney for Defendant Jayson Jeffrey Penn*   *Attorney for Defendant Mikell Reeve Fries*

s/ *Bryan B. Lavine*                         s/ *Michael S. Feldberg*
Bryan B. Lavine                              Michael S. Feldberg
Troutman Pepper Hamilton Sanders LLP         Reichman Jorgensen Lehman & Feldberg LLP
600 Peachtree Street, N. E., Suite 3000      - New York
Atlanta, Georgia 30308                       750 Third Avenue, 24th Floor
404-885-3170                                 New York, New York 10017
Fax: 404-962-6613                            212-381-4970
Email: bryan.lavine@troutman.com             Fax: 212-381-4971
*Attorney for Defendant Scott James Brady*   Email: mfeldberg@reichmanjorgensen.com
                                             *Attorney for Defendant Roger Born Austin*

s/ *Elizabeth B. Prewitt*                    s/ *James A. Backstrom*
Elizabeth B. Prewitt                         James A. Backstrom
Latham & Watkins LLP                         James A. Backstrom, Counsellor at Law
555 11th St NW, Suite 1000                   1515 Market Street, Suite 1200
Washington, DC 20004                         Philadelphia, PA 19102-1932
Tel: (202) 637-2200                          215-864-7797
Fax: (202) 637-2201                          Email: jabber@backstromlaw.com
Email: elizabeth.prewitt@lw.com              *Attorney for Defendant William Vincent*
*Attorney for Defendant Timothy Mulrenin*    *Kantola*

2

| | |
|---|---|
| s/ *Mark A. Byrne* | s/ *John A. Fagg, Jr.* |
| Mark A. Byrne (Cal. Bar No. 116657) | John A. Fagg, Jr. |
| BYRNE & NIXON LLP | Moore & Van Allen PLLC |
| 888 West Sixth Street, Suite 1100 | 100 North Tryon Street, Suite 4700 |
| Los Angeles, CA 90017 | Charlotte, NC 28202 |
| Telephone: 213-620-8003 | 704-331-3622 |
| Facsimile: 213-620-8012 | Fax: 704-378-2092 |
| Email: markbyrne@byrnenixon.com | Email: johnfagg@mvalaw.com |
| *Attorney for Defendant Jimmie Lee Little* | *Attorney for Defendant William Wade Lovette* |
| | |
| s/ *Craig A. Gillen* | s/ *Wendy L. Johnson* |
| Craig A. Gillen | Wendy L. Johnson |
| Gillen Withers & Lake, LLC | Reece Moore Pendergraft, LLP |
| 400 Galleria Parkway, Ste 1920 | 5519 Hackett Rd. Suite 300 |
| Atlanta, GA 30339 | Springdale, AR 72762 |
| Telephone: (404) 842-9700 | 479-439-2705 |
| Facsimile: 404-842-9750 | Fax: 479-439-2718 |
| E-mail: cgillen@gwllawfirm.com | Email: wjohnson@rmp.law |
| *Attorney for Defendant Gary Brian Roberts* | *Attorney for Defendant Rickie Patterson Blake* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th of February, 2022, I electronically filed the foregoing **DEFENDANTS' MOTION TO FILE OPPOSITIONS TO MOTIONS IN LIMINE IN EXCESS OF PAGE LIMITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Laura Carwile*