December 2, 2013

**EXHIBIT 1**

**8-PIECE COB PRICING MODEL**

Set forth below is the 8-Piece COB Margin-Over-Feed Pricing Model (the "Model") along with the applicable UFPC Feed Calculation Worksheet (the "Worksheet"). The Model and the Worksheet will be used to calculate the Price(s) for 8-Piece COB for Applicable Periods in 2014. All input costs in the Model are fixed for 2014 except for "Feed Expense," which is subject to change each Applicable Period.

UFPC Margin-Over-Feed Pricing Model
Tyson Foods, Inc.
For Periods 1 through 13, 2014

|  | NEW PURPLE LABEL (6951-928) | ORANGE LABEL (8725-928) |
|---|---|---|
| **Live Delivered:** | | |
| Feed Expense | $0.2701 | $0.2701 |
| Chick Cost | $0.0618 | $0.0618 |
| Grower Pay | $0.0588 | $0.0588 |
| Grow Out Expenses | $0.0255 | $0.0255 |
| Catching and Hauling | $0.0147 | $0.0147 |
| DOA, Field and Plant Condem | $0.0055 | $0.0055 |
| Live Delivered Cost | $0.4364 | $0.4364 |
| **First Processing:** | | |
| Offal Credit | ($0.0061) | ($0.0061) |
| Giblet Credit | ($0.0031) | ($0.0031) |
|  | $0.4272 | $0.4272 |
| Total WOG Yield W/F&T | 71.76% | 71.76% |
| WOG Meat Cost | $0.5954 | $0.5954 |
| Labor | $0.0384 | $0.0384 |
| Food Safety/HAACP | $0.0000 | $0.0000 |
| Depreciation | $0.0178 | $0.0178 |
| WOG Cost Exit Chiller Less Plant Admin & Overhead Expense | $0.6516 | $0.6516 |
| **KFC Process** | | |
| Fat & Tail Credit | ($0.0044) | ($0.0066) |
| WOG Cost Less F&T | $0.6472 | $0.6450 |
| Fat & Tail Yield | 98.00% | 97.50% |
| Total Yielded Meat Cost | $0.6604 | $0.6615 |
| Labor | $0.0411 | $0.0411 |
| Depreciation | $0.0200 | $0.0200 |
| KFC Quality Cost | $0.0030 | $0.0030 |

EXHIBIT 1 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: 12/19/13

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: 12/23/13

EXHIBIT1 – PAGE 1

RSCS030061

| | | |
|---|---|---|
| Packaging Cost | $0.0259 | $0.0275 |
| Marinade Ingredient Cost | $0.0156 | $0.0380 |
| Downgrade/Rejects | $0.0039 | $0.0094 |
| Plant Cost Excluding Plant Admin & Overhead Expense | $0.7699 | $0.8005 |
| Corporate Overhead | $0.0350 | $0.0350 |
| Total Plant Administration | $0.0175 | $0.0175 |
| Total Misc. Overhead Expense | $0.0300 | $0.0300 |
| UFPC Admin Fee | $0.0025 | $0.0025 |
| Supplier Margin | $0.0750 | $0.0750 |
| Discounts | $0.0000 | ($0.0350) |
| Total FOB Plant Cost | $0.9299 | $0.9255 |

Billed case weights of Purple label not to exceed 51.00 pounds per case

Livers: $.42/lb
Gizzards: $.55/lb

EXHIBIT 1 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: 12/19/13

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: 12/23/13

EXHIBIT1 – PAGE 2

## UFPC Cost Plus Feed Calculation
### Supplier Tyson Foods, Inc

|  | Per Bushel/ton | Per Pound | % of Feed | Feed Conversion | Feed Cost |
|---|---|---|---|---|---|
| Corn | $ 6.1267 | $ 0.1094 | 65.00% | 1.71 | $ 0.1216 |
| Soy Meal | $ 472.87 | $ 0.2364 | 22.00% | 1.71 | $ 0.0889 |
| Other | $   -   | $ 0.1750 | 13.00% | 1.71 | $ 0.0389 |
| Subtotal |  |  |  |  | $ 0.2495 |
| Feed Shrink (1%) |  |  |  |  | $ 0.0025 |
| Ingredient Cost of Feed |  |  |  |  | $ 0.2519 |
| Feed Milling |  |  |  |  | $ 0.0102 |
| Feed Hauling |  |  |  |  | $ 0.0080 |
| Delivered Ingredient Cost of Feed |  |  |  |  | $ 0.2700 |

| Date | Corn $/Bushel | Meal $/Ton |
|---|---|---|
| Average | 5.0567 | 432.00 |
| Freight | 0.8300 | 35.19 |
| Basis | 0.24 | 5.68 |
| Total | 6.1267 | 472.87 |

EXHIBIT 1 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.          Unified Foodservice Purchasing Co-op, LLC
By _____                   By _____
Date: 12/19/13                              Date: 12/23/13

EXHIBIT1 – PAGE 3

RSCS030063

## EXHIBIT 2

### DARK COB PRICING MODEL

| Product | FOB Price Per Pound | Effective Applicable Period |
|---|---|---|
| KFC Supplemental COB Dark Meat | 8-Piece COB Price <u>less</u> $.3050 per pound | 12/29/13 – 12/27/14 |

EXHIBIT 2 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: __12/19/13__

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: __12/23/13__

EXHIBIT 2 - PAGE 1

RSCS030064

CONFIDENTIAL - FOIA EXEMPT

## EXHIBIT 3

### WHITE COB PRICING MODEL

| Product | FOB Price Per Pound | Effective Period |
|---|---|---|
| KFC Supplemental COB White Meat | 8-Piece COB Price plus $.26 per pound | 12/29/13 – 12/27/14 |

EXHIBIT 3 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution Inc.  
By _____  
Date: 12/19/13

Unified Foodservice Purchasing Co-op, LLC  
By _____  
Date: 12/23/13

EXHIBIT3 – PAGE 1

RSCS030065

## EXHIBIT 4

WINGS PRICING MODEL

| Product | FOB Price | Effective Period |
|---|---|---|
| KFC Supplemental COB Whole Wings | 8-Piece COB Price plus $.35 per pound | 12/29/13 – 12/27/14 |

EXHIBIT 4 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: 12/19/13

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: 12/23/13

EXHIBIT 4 – PAGE 1

RSCS030066

**EXHIBIT 5**

FURTHER PROCESSED FIXED PRICES
January 1, 2013 – December 31, 2013

| Product | FOB Price Per Pound | Effective Applicable Period |
|---|---|---|
| KFC Hot Wings | $1.80 | 01/01/14 – 12/31/14 |
| KFC Bites | $1.64 | 01/01/14 – 12/31/14 |
| KFC Strips | $1.74 | 01/01/14 – 12/31/14 |
| KFC FTF Yankee Strips | $2.41 | 01/01/14 – 12/31/14 |
| PH Hot Wings | $2.73 | 01/01/14 – 12/31/14 |
| PH Mild Wings | $2.73 | 01/01/14 – 12/31/14 |
| TB Shredded Chicken | $1.87 | 01/01/14 – 12/31/14 |
| WingStreet Traditional Wing | $1.87 | 01/01/14 – 12/31/14 |
| WingStreet Bone In Wing | $1.82 | 01/01/14 – 12/31/14 |
| WingStreet Dipper | $1.85 | 01/01/14 – 12/31/14 |
| LJS Tenders (pending approval) | $2.32 | 01/01/14 – 12/31/14 |
| INTL KFC Popcorn Chicken Dark Meat | $1.66 | 01/01/14 – 12/31/14 |
| INTL PH Fire Glazed Wings | $2.61 | 01/01/14 – 12/31/14 |
| INTL PH Breast Tenderloins | $2.71 | 01/01/14 – 12/31/14 |

If Whole Bird Model is executed in 2014, both parties herby agree to convert pricing over to Whole Bird Model pricing as mutually agreed upon.

Exhibit 5 to this Second Addendum is acknowledged and agreed to:

**Tyson Sales & Distribution Inc.**

By _[signature]_

Date 12/19/13

**Unified Foodservice Purchasing Co-op, LLC**

By _[signature]_

Date 12/23/13

RSCS030067

## EXHIBIT 8

ESTIMATED WEEKLY PURCHASE VOLUMES
(8-PIECE COB, DARK COB, WHITE COB, WINGS)

12/29/13 – 12/27/14

| Product | Approximate Number of Stores | Estimated Volume Per Store | Estimated Volume Per Week |
|---|---|---|---|
| KFC 8-Piece COB | 383 | 1,510 lbs | 577,575 Lbs. |
| KFC Dark Meat | N/A | N/A | 220,000 Lbs. |
| KFC White Meat | N/A | N/A | As needed |
| KFC Whole Wings | N/A | N/A | As needed |

Exhibit 8 to this Second Addendum is acknowledged and agreed to:

Tyson Sales & Distribution Inc.  
By _[signature]_  
Date 12/19/13

Unified Foodservice Purchasing Co-op, LLC  
By _[signature]_  
Date 12/23/13

**EXHIBIT 9**

ESTIMATED WEEKLY PURCHASE VOLUMES
January 1, 2014 – December 31, 2014

| Product | Estimated Volume Per Week |
|---|---|
| KFC Hot Wings | 250,000 Lbs. |
| KFC Bites | 76,923 Lbs. |
| KFC Strips | 230,770 Lbs. |
| KFC FTF Yankee Strips | 10,000 Lbs. |
| PH Hot Wings | 40,000 Lbs. |
| PH Mild Wings | 50,000 Lbs. |
| TB Shredded Chicken | 100,000 Lbs. |
| WingStreet Traditional Wing | 250,000 Lbs. |
| WingStreet Bone in Wing | 40,000 Lbs. |
| WingStreet Dipper | 150,000 Lbs. |
| LJS Tenders (pending approval) | 60,000 Lbs. |
| INTL KFC Popcorn Chicken Dark Meat | 2,500 Lbs. |
| INTL PH Fire Glazed Wings | 30,000 Lbs. |
| INTL PH Breast Tenderloins | 2,600 Lbs. |

*Upon alternate supplier approval, volume may be reduced to zero

EXHIBIT 9 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____[signature]_____

Date: __12/19/13__

Unified Foodservice Purchasing Co-op, LLC

By _____[signature]_____

Date: __12/23/13__

EXHIBIT 9 – PAGE 1

RSCS030069