**EXHIBIT 1**

# Gabriel D. Watts

Federal Bureau of Investigation
Questioned Documents Unit, Room 2160
2501 Investigation Parkway
Quantico, VA 22135
(703) 632-7299

PROFESSIONAL EXPERIENCE

Feb 2002 - present   **Document Examiner**
FBI Laboratory
Federal Bureau of Investigation
Quantico, VA

Perform forensic examinations on document evidence submitted to the Questioned Documents Unit. Conduct comparisons and examinations on handwriting, typewriting, printing processes, and physical characteristics of documents for the purpose of establishing origin, authenticity, or clarity. Provide testimony of examination results in federal, state and local courts.

Aug 1999 - Feb 2002   **Document Examiner Trainee**
FBI Laboratory
Federal Bureau of Investigation
Washington, D.C.

Completed a comprehensive, 2-year full time training program that included formalized classroom instruction and hands-on exercises--covering all areas of forensic document examination. Worked numerous cases and practical problems under the direct supervision of senior document examiners. Studied past and current literature pertaining to the field of forensic document examination. Conducted preliminary examinations such as electrostatic indentation development and watermark searches. Prepared evidence description worksheets and photographed or scanned evidence submitted to the Questioned Documents Unit.

Sept 1997- Aug 1999   **Paralegal Specialist**
Freedom of Information and Privacy Acts Division
Federal Bureau of Investigation
Washington, D.C.

Compiled, evaluated and analyzed FBI records identifiable with Freedom of Information and Privacy Act (FOIPA) requests. Withheld or released information pursuant to FOIPA laws and exemptions.

June 1994 - Aug 1994   **Assistant Counterfeit Specialist (Internship)**
Counterfeit Division
United States Secret Service
Washington, D.C.

Assisted counterfeit specialists and special agents with the organization, handling and detection of counterfeit currency. Edited arrest reports from field offices and entered them into an automated case support system. Tracked families of counterfeit currency by recording identification numbers into the Secret Service Network.

## EDUCATION

| | |
|---|---|
| Sept 1991 - May 1996 | **Old Dominion University**<br>Norfolk, Virginia<br>Bachelor of Arts Degree (BA)<br>Major: Communication<br>Minor: Criminal Justice |
| Aug 1999 - May 2000 | **George Washington University**<br>Washington, D.C<br>*Criminal Law I (3 credits)*<br>*Criminal Law II (3 credits)*<br>*Modern Trends in Criminal Justice (3 credits)* |

## ADDITIONAL TRAINING

| | |
|---|---|
| September 2017 | *The Forensic Examination of Original and Copied Signatures*, Midwestern Association of Forensic Scientists Annual Meeting, Cincinnati, OH |
| September 2017 | *Deciphering Complex Impressions with Adobe Photoshop*, Midwestern Association of Forensic Scientists Annual Meeting, Cincinnati, OH |
| October 2010 | *Counterfeit Credit Card Workshop,* United States Secret Service, Washington, D.C. (1 day) |
| June 2009 | *Printing Process Identification and Image Analysis for Forensic Document Examiners,* Rochester Institute of Technology, NY (4 days) |
| November 2007 | *Pressure Sensitive Adhesive Workshop*, Mid-Atlantic Association of Forensic Scientists, Washington, D.C. |
| May 2007 | *Inkjet Academy/Ink Jet Technology Suppliers Showcase*, IMI Europe, Barcelona, Spain (4 days) |
| May 2007 | *Security and Intelligent Substrates: Authentication and Unique Identity,* Appleton's Spring Mill, Roaring Springs, PA (1 day) |
| August 2006 | *Fraudulent Document Recognition,* American Association of Motor Vehicle Administrators, (9 hour on-line course) |
| January 2005 | *Evidence Response Team Training Course, Crime Scene Management and Evidence Collection,* Prince William Forest National Park, VA (80 hours) |
| October 2004 | *Daubert and the Comparative Sciences*. American Board of Forensic Document Examiners, Las Vegas, NV (2 days) |
| May 2003 | *Digitally Manipulated/ Photocopied Writing Workshop,* Mid-Atlantic Association of Forensic Scientists, Annapolis, MD (1 day) |
| April 2001 | *Paper Manufacturing Workshop,* Mead Paper, Mid-Atlantic Association of Forensic Scientists, Williamsburg, VA (1 day) |
| August 2001 | *Forged handwriting workshop*, American Society of Questioned Document Examiners, Des Moines, IA (1 day) |
| March 2000 | *Forensic Handwriting Examination,* Quantico, VA (5 days) |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| 2008 - 2009 | Chairman, Questioned Documents Section, Mid-Atlantic Association of Forensic Scientists (MAAFS) |

| | |
|---|---|
| 2001 - present | Questioned Documents Section, Mid-Atlantic Association of Forensic Scientists (MAAFS) |
| 2004 - present | Member, Document Security Alliance |
| 2003 - present | Member, Hazardous Evidence Analysis Team, FBI Laboratory |

PRESENTATIONS

| | |
|---|---|
| August 2018 | *Forensic Document Examination*, 273rd National Academy, Quantico, VA |
| February 2016 | *Forensic Document Examination*, 236th National Academy, Quantico, VA |
| November 2015 | *Forensic Document Examination,* National Bureau of Investigation/Philippine National Police, Manila, Philippines |
| February, 2013 | *The Forensic Language-independent Analysis System for Handwriting Identification (FLASH ID),* American Academy of Forensic Sciences, Washington, D.C. |
| May 2011 | *Postage Stamp Cleanup,* Mid-Atlantic Association of Forensic Scientists, VA Beach, VA |
| May 2010 | *The Identification of Indented Writing in the Murder of Riley Ann "Baby Grace" Sawyers,* Mid-Atlantic Association of Forensic Scientists, State College, PA |
| April 2008 | *Charred Documents Workshop,* Mid-Atlantic Association of Forensic Scientists, Huntington, WV |
| November 2007 | *Technological Advances in Forensic Document Examination,* 231st National Academy, Quantico, VA |
| August 2005 | *Forensic Document Examination,* Terrorism Financing and Money Laundering Course, Manila, Philippines |
| August 2005 | Co-presenter: *Application of CEDAR-FOX Handwriting Recognition Software in the Association of Bank Robbery Demand Notes.* American Society of Questioned Document Examiners, Montreal, Canada |
| February 2005 | Co-presenter: *Identifying Printmaking Techniques Through the Artistic Process*, American Academy of Forensic Sciences, New Orleans, LA |
| August 2002 | *Forensic Handwriting Examination,* Eighth International Workshop on Frontiers in Handwriting Recognition (IWFHR-8), Niagara-on-the-lake, Canada |
| August 2001 | Co-presenter: *The Forensic Application of Un-du Adhesive Remover,* 59th Conference of the American Society of Questioned Document Examiners, Des Moines, IA |
| April 2001 | *The Effects of Ninhydrin and DFO on Indentation Recovery Using ESDA,* Mid-Atlantic Association of Forensic Scientists, Williamsburg, VA |

RECENT TESTIMONIES

| | |
|---|---|
| 08/07/19 | Commonwealth of VA v. Cassie Crisano, Stafford, VA |
| 10/23/18 | State of CA v. Salvador Venegas, Indio, CA |
| 09/19/17 | U.S. v. Muhanad Al Farekh, Brooklyn, NY |
| 09/12/17 | State of CA v. Jessie Aguilar, Fresno, CA |