IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## STATUS REPORT ON THE STIPULATION TO THE AUTHENTICITY OF DOCUMENTS

    The Parties have reached an agreement related to the Authenticity and Federal Rule of Evidence 803(6) Foundation of certain documents and filed a motion for an Order entering that agreement (ECF No. 1071). The Parties continue to discuss additional stipulations to the authenticity of specific lists of new documents. The government has provided Defendants with a list of 283 documents to consider. The

government is working on putting together an additional list of new documents not covered by the prior agreement.

Dated: February 17, 2022              Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*

2