# Exhibit F

7-1 LIMS (Rev. 10-2-17)



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

# LABORATORY REPORT

| | | | |
|---|---|---|---|
| To: | LaNard D. Taylor | Date: | February 10, 2022 |
| | Special Agent | | |
| | Washington Field Office | Case ID No.: | WF-3133914 |
| | | Lab No.: | 2022-00253-2 |

Communication(s):   February 1, 2022

Agency Reference(s):

Subject(s):   Tyson Foods; Pilgrim's Pride

Victim(s):

Discipline(s):   Questioned Documents

This document may contain personally identifiable information and must be afforded the protections required by applicable law, regulation, and policy. If you are not the intended recipient of this document, please destroy it promptly without further retention or dissemination, unless otherwise required by law.

FBI Laboratory Evidence Designator(s):

| | |
|---|---|
| Item 1 | Folder with writing beginning "Carl Pepper..." (1B47, E6225673) |
| Item 2 | Three-page George's Farms, Inc. document dated 2/17/2012 bearing handwritten notations (1B47, E6225673) |
| Item 3 | Three-page George's Farms, Inc. document dated 1/17/2012 bearing handwritten notations (1B47, E6225673) |
| Item 4 | Folder with writing beginning "Bill Kontola..." (1B47, E6225673) |
| Item 5 | Five-page RSCS Feed Flow Thru Calculation document for Period 13 2017 bearing handwritten notations (1B47, E6225673) |
| Item 6 | Five-page RSCS Feed Flow Thru Calculation document for Period 11 2017 bearing handwritten notations (1B47, E6225673) |
| Item 7 | Folder with writing bearing "...Roger Austin..." (1B47, E6225673) |
| Item 8 | Four-page RSCS Feed Flow Thru Calculation document for Period 13 2015 bearing handwritten notations (1B47, E6225673) |
| Item 9 | Four-page RSCS Feed Flow Thru Calculation document for Period 12 2015 bearing handwritten notations (1B47, E6225673) |

Page 1 of 8

UNCLASSIFIED

| | |
|---|---|
| Item 10 | Folder with writing beginning "Bill Kantola..." with attached document entitled "Exhibit F" (1B47, E6225673) |
| Item 11 | Eleven-page George's Inc. Popeyes Cost Plus Monthly Pricing document for Period January 01, 2018 - February 04, 2017 bearing handwritten notations (1B47, E6225673) |
| Item 12 | Folder with writing beginning "Bill Kantola..." with attached document entitled "2018 COB Pricing Schedule" (1B47, E6225673) |
| Item 13 | Five-page RSCS Feed Flow Thru Calculation document for Period 01 2018 bearing handwritten notations (1B47, E6225673) |
| Item 14 | Twenty-two various documents submitted as known writing of RICKIE BLAKE (1B46, E6225674) |

This report contains the results of the questioned document examinations.

**Results of Examinations:**

**<u>HANDWRITING</u>**

*Source Identification*

It was determined the majority of the non-overwritten questioned writing on Items 1 through 13 was prepared by RICKIE BLAKE, Item 14.

*Support For A Common Source*

A source identification could not be reached concerning the questioned writing on the tab portions on Items 4 and 7 due to limited comparability in the submitted known writing and unexplained characteristics. However, characteristics were observed which indicate RICKIE BLAKE, Item 14, may have prepared the comparable questioned writing on the tab portions of Items 4 and 7.

If future handwriting examinations are desired on the non-identified portions of the submitted questioned writing, dictated and undictated known writing should be obtained from RICKIE BLAKE, Item 14. The known writing should be comparable to the questioned writing in style, wording and format. Dictated known writing should be obtained on separate pages similar to the questioned items. Numerous repetitions may be necessary in order to obtain naturally prepared writing, and each repetition should be removed from the writer's view upon completion. Undictated known writing consists of handwriting prepared during normal course of business activity. Possible sources of undictated known writing include business papers, letters, canceled checks, and/or applications.

```
                              UNCLASSIFIED
```

**Remarks:**

See appendices for methods and limitations regarding the results of examinations.

For questions about the content of this report, please contact Forensic Examiner Gabriel D. Watts at 703-632-7299 or gdwatts@fbi.gov.

The evidence will be returned under separate cover.

This report conforms to the "Department of Justice Uniform Language for Forensic Document Examinations".

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI Laboratory files. Please allow a minimum of thirty days from the date of a discovery request for the FBI Laboratory to provide the related materials. The FBI cannot ensure timely delivery of discovery requests received in less time.

The work described in this report was conducted at the Quantico Laboratory.

                                    Gabriel D. Watts
                                    Questioned Documents Unit

Page 3 of 8

2022-00253-2

```
                              UNCLASSIFIED
```

UNCLASSIFIED

**Appendix A: Initial Assessment, Physicals, and Indented Writing Methodology:**

The methodology utilized when conducting an initial assessment or other non-comparison examination of documentary evidence involves an assessment of the submitted evidence to observe and note features of the submitted item(s), record characteristics which may be important for future examinations, assess the feasibility of the requested examinations, and identify other potentially probative examinations.

1) **Analysis:** The examination begins with a macroscopic (visual) examination using ambient lighting. If necessary, microscopic, optical, and/or electrostatic analysis of the submitted item(s) and the use of additional specialized equipment, lighting, and/or reference materials may be employed. The aforementioned methods and techniques will be utilized to assess the various substrates (to include polyethylene film products), writing, machine printing, mechanical impressions, indentations, watermarks, writing/printing mediums, and/or other documentary components of the submitted evidence. When conducting these types of initial assessments and physical examinations of the evidence, at a minimum, any probative characteristics observed that may be altered or destroyed by any other examinations (e.g. latent processing) must be recorded. These examination records may be used in future comparisons.

The following equipment, methods and techniques may also be utilized during the initial assessment of the submitted evidence:

- Electrostatic Detection Apparatus (ESDA)
- Video Spectral Comparator (VSC)
- Hyperspectral Imaging (HSI Examiner)
- Digital Microscopy
- Stereoscope/other microscopy
- Various forms of specialized lighting
- 3M Glare-Stop polarizing filters of various sizes
- Various measuring devices such as calipers, rulers, etc.
- Various reference materials and/or software

2) **Evaluation:** Upon completion of the initial assessment the examiner will proceed to the appropriate procedure as determined by the assessment. In instances when examinations do not continue into a comparison procedure, results of the initial assessment deemed probative, indented writing results, and/or watermark results will be reported. These results may include, but are not limited to, the following information (as applicable):

- Writing medium(s) and/or printing process(es) used to produce an item
- Presence/absence of watermark and/or manufacturer's information
- Self-adhesive/moisture-activated properties of an item
- Presence/absence of indented writing and possible interpretation of the indentations

Page 4 of 8

2022-00253-2

UNCLASSIFIED

- Suitability of an item for future examinations
- Request for additional items
- Any additional observations and assessments that are made and recorded for future examinations

The equipment, methods, and techniques utilized during the initial assessment to assist with a reported result should be included in the "Results of Examinations" section with the reported result. In addition, any limitations of the evidence deemed significant by the examiner should be included with the reported results.

3) **Verification and Review:** Verifications are performed in instances when a printing process or an interpretation of the content of the indented writing is included in the results of examinations section of the report.  Verifications ensure the accuracy of these examinations while additional reviews ensure the appropriate examinations have been conducted, the examiner's conclusions are consistent with technical notes, the technical notes contain sufficient supporting data and are within the limits of the discipline, and all records conform to Laboratory standards.

**Limitations:**

Factors that may affect the examination process and/or the results rendered include:

- Prior destructive examinations
- Non-original writing
- Insufficient quantity of original material
- Insufficient quantity of physical characteristics/class characteristics associated with the item(s)
- Limited/Lack of comparability
- Oversized/bulky items
- Poor condition (stretched, warped, cut, torn, or melted material for polyethylene film product exams)

**Appendix B: Handwriting Comparison Methodology:**

The methodology utilized when conducting a handwriting comparison involves a four-stage process in which a forensic document examiner can reach an opinion concerning whether two handwritten items were written by the same writer or different writers.

1) **Analysis:**  The examination begins with the analysis of the items submitted for comparison to determine if the writing is original, naturally prepared, and exhibits characteristics suitable for comparison.  Some of the characteristics that can be observed include:

Page 5 of 8

2022-00253-2

UNCLASSIFIED

- Beginning and ending strokes
- Baseline features
- Height relationships
- Slant
- Spacing
- Line quality

2) **Comparison:**  The second stage consists of a side-by-side comparison of the items.  The numerous characteristics exhibited in the writing between the items are compared to determine the similarities, differences, and limitations, if present.

3) **Evaluation:**  The third stage is the formulation of a conclusion based on the significance and combination of the characteristics observed during the comparison and any limitations, if present.  The conclusions that can be reached are:

    - **Source Identification** - 'Source identification' is an examiner's conclusion that two or more bodies of writing were prepared by the same writer. This conclusion is an examiner's opinion that 1) the observed quality and quantity of similar characteristics are such that the examiner would not expect to see that same combination of characteristics repeated in a body of writing prepared by another writer; 2) there are no significant dissimilarities to conclude that the bodies of writing were not prepared by the same writer; and 3) there are no significant limitations with the items examined or the circumstances considered (e.g. the writer's skill level, sufficient number of known standards).

        The basis for a 'source identification' conclusion is an examiner's opinion that the observed similar characteristics provide extremely strong support for the proposition that the bodies of writing were prepared by the same writer and extremely limited or no support for the proposition that the writings were prepared by different writers.

        A 'source identification' is the statement of an examiner's opinion (an inductive inference) that the probability that a different writer prepared the questioned body of writing is so small that it is negligible.

        NOTE:  If a 'Source identification' conclusion is rendered between a body of questioned writing and the known writing of a particular individual, no other handwriting comparison conclusions will be reported concerning the aforementioned body of identified questioned writing and any other known writers.

    - **Support For Common Source (Qualified Opinion)** - 'Support for common source' is an examiner's conclusion that two or more bodies of writing may have

Page 6 of 8

2022-00253-2

UNCLASSIFIED

UNCLASSIFIED

been prepared by the same writer. This conclusion is an examiner's opinion that 1) the bodies of writing exhibit a prevalence of similar characteristics to indicate they may have been prepared by the same writer; 2) there are insufficient dissimilar characteristics to indicate that the bodies of writing may not have been prepared by the same writer; and 3) the bodies of writing have limitations that prevent the examiner from providing a 'source identification' conclusion. The degree of 'support for common source' may range from limited to strong.

The basis for a 'support for common source' conclusion is an examiner's opinion that the observed similar characteristics provide limited to strong support for the proposition that the bodies of writing may have been prepared by the same writer and insufficient support for the proposition that the writings may have been prepared by different writers.

- **Inconclusive** - 'Inconclusive' is an examiner's opinion that no determination can be reached as to whether two or more bodies of writing were prepared by the same writer or by different writers.

    The basis for an 'inconclusive' conclusion is an examiner's opinion that the bodies of writing have limitations that prevent the examiner from providing any conclusion regarding probable authorship.

- **Support For Different Sources (Qualified Opinion)** - 'Support for different sources' is an examiner's conclusion that two or more bodies of writing may not have been prepared by the same writer. This conclusion is an examiner's opinion that 1) the bodies of writing exhibit a prevalence of dissimilar characteristics to indicate they may not have been prepared by the same writer; 2) there are insufficient similar characteristics to indicate that the bodies of writing may have been prepared by the same writer; and 3) the bodies of writing have limitations that prevent the examiner from making an 'exclusion' conclusion. The degree of 'support for different sources' may range from limited to strong.

    The basis for a 'support for different sources' conclusion is an examiner's opinion that the observed dissimilar characteristics provide limited to strong support for the proposition that the bodies of writing may have been prepared by different writers and insufficient support for the proposition that the writings may have been prepared by the same writer.

- **Source Exclusion** - 'Source exclusion' is an examiner's conclusion that two or more bodies of writing were not prepared by the same writer. This conclusion is an examiner's opinion that the bodies of writing exhibit different handwriting characteristics and there are no significant limitations with the items examined or the circumstances considered (e.g. the writer's skill level, sufficient number of known standards, eliminating the possibility of alternative writing styles).

Page 7 of 8

2022-00253-2

UNCLASSIFIED

UNCLASSIFIED

> The basis for a 'source exclusion' conclusion is an examiner's opinion that the observed different characteristics provide extremely strong support for the proposition that the bodies of writing were prepared by the different writers and extremely limited or no support for the proposition that the writings were prepared by the same writer.

4) **Verification:** The final stage of the examination process is the verification. This stage of the process is performed to ensure the appropriate examinations have been conducted, the examiner's conclusions are accurate and consistent with technical notes and are within the limits of the discipline, there is supporting data, and all records conform to Laboratory standards.

**Limitations:**

A conclusion provided during testimony or in a report is ultimately an examiner's decision and is not based on a statistically-derived or verified measurement or comparison to all other bodies of writing.

When offering a 'support for common source' conclusion, the examiner shall explain the limitations that prevented a 'source identification' conclusion. Likewise, when offering a 'support for different sources' conclusion, the examiner shall explain the limitations that prevented a 'source exclusion' conclusion.

Factors that may affect the examination process and/or the results rendered include:

- Non-comparability of writing styles for comparison (Cursive vs. printing)
- Non-comparability of wording for comparison
- Non-contemporaneous writing for comparison
- Prior destructive examinations
- Non-original writing
- Limited quality or quantity of writing
- Distorted writing