# Attachment B

| | |
|---|---|
| **From:** | Call, Heather (ATR) |
| **To:** | Quinn, Brian P.; Tubach, Michael; Pletcher, Anna T.; bryan.lavine@troutman.com; megan.rahman@troutman.com; rick@rklawpc.com; david@rklawpc.com; kelly@rklawpc.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; elizabeth.prewitt@lw.com; caroline.rivera@lw.com; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; denniscanty@byrnenixon.com; henry.roxann@me.com; frankschall@mvalaw.com; fieldinghuseth@mvalaw.com; jimmcloughlin@mvalaw.com; kaitlinprice@mvalaw.com; dru@eytan-nielsen.com; johnfagg@mvalaw.com; Koenig, Michael (ATR); Call, Heather (ATR); Torzilli, Paul (ATR); Sweeney, Carolyn (ATR); Butte, Laura (ATR); Cheng, Cecilia (ATR); Rogowski, Jillian (ATR) |
| **Subject:** | RE: U.S. v. Penn et al - Summary Exhibits |
| **Date:** | Monday, February 21, 2022 11:48:09 PM |
| **Attachments:** | 1-1.pdf<br>2-1.pdf<br>3-1.pdf<br>4-1.pdf<br>7-1.pdf<br>9-1.pdf<br>10-1.pdf<br>10-2.pdf<br>10-3.pdf<br>14-1.pdf<br>14-2.pdf<br>14-3.pdf<br>17-1.pdf<br>18-1.pdf<br>18-3.pdf<br>5-1.pdf<br>20-1.pdf<br>16-1.pdf |

Counsel,

Attached please find near final summary exhibits for the testimony of Ms. Evans. We will be responding to your motion filed Friday at the appropriate time. A number of changes have been made in response to the Court's recent rulings, accuracy checks, etc., as outlined below:

- Added call durations for all phone calls
- GX 1-1:
    - Updated header date range
    - Added entries for GX 108 and 119
    - GX 120 and 114: Updated limiting instructions and added missing date
    - GX 113: Updated excerpt for email on 5/31/2013 at 2:18pm
    - GX 118: Updated excerpt for email on 6/3/2013 at 5:20pm
- GX 2-1:
    - Removed Exhibit 247
    - Changed formatting of date on 12/20/2013 (GX 224)
    - GX 224, 221: Updated limiting instructions per the Court's ruling. ECF 1031.1
- GX 3-1:
    - Color-coding correction to Chick-fil-A press release on 2/11/2014, and to text messages on 4/18/2014
- GX 4-1:
    - GX 450: Updated limiting instruction per ECF 1031.1
- GX 5-1:
    - Color-coding correction to phone call on 9/22/2014 at 12:26pm
    - GX 559, 561, 542, 519-1: Updated limiting instructions per ECF 1031.1

1

- GX 559: Updated excerpt for email on 8/14/2014 at at 7:36am
- GX 7-1:
  - GX 744, 746-1, 752, 753, 754: Updated limiting instruction per ECF 1031.1
  - Color-coding correction to phone call on 9/6/2017 at 9:48am and to email on 9/7/2017 at 11:47am
  - GX 757: Updated time
- GX 10-1:
  - Added time zones for GX 9645, GX 8004
  - Phone calls on 8/11/2014: Added exhibit 1175 and 8058 as referenced exhibits
  - GX 559: Updated limiting instruction
  - GX 1175: Adjusted date
  - Call on 8/15/2014 at 3:49pm (GX 1234): Switched From and To
  - Adjusted format of time or format of call duration for calls on 8/15/2014
- GX 10-2:
  - GX 953: Updated limiting instruction
- GX 10-3:
  - GX 1160, 955: Updated limiting instruction
  - Added entry for GX 1030
- GX 14-1:
  - Updated header date range
  - GX 3037: Updated limiting instructions
- GX 14-2
  - GX 1500: Added quote from email
  - Added entries for GX 1402, G-605, G-606
- GX 14-3
  - Updated header range
  - GX 1403 & 1404: Updated excerpt for email on 12/3/2012 at 9:53pm
  - GX 1722: Updated excerpt for email on 1/29/2013 at 1:36pm
- GX 17-1:
  - Updated header date range
  - GX 9720: Added date
  - GX 9722: Updated excerpt for text messages on 11/1/2013
  - Replaced GX 1737 with D-330 (for email on 11/20/2013) and adjusted the excerpt
- GX 18-1:
  - GX 1882: Updated limiting instruction
- GX 18-3:
  - Color-coding correction to phone call on 2/23/2017 at 10:33am

Thank you,
Heather


**Heather Diefenbach Call**
Trial Attorney
Washington Criminal II Section

2

Antitrust Division, USDOJ
(202) 598-2623 (office)

**From:** Call, Heather (ATR)
**Sent:** Sunday, February 13, 2022 10:50 AM
**To:** Quinn, Brian P. <bquinn@omm.com>; Tubach, Michael <mtubach@omm.com>; Pletcher, Anna T. <apletcher@omm.com>; bryan.lavine@troutman.com; megan.rahman@troutman.com; rick@rklawpc.com; david@rklawpc.com; kelly@rklawpc.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; elizabeth.prewitt@lw.com; caroline.rivera@lw.com; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; denniscanty@byrnenixon.com; henry.roxann@me.com; frankschall@mvalaw.com; fieldinghuseth@mvalaw.com; jimmcloughlin@mvalaw.com; kaitlinprice@mvalaw.com; dru@eytan-nielsen.com; johnfagg@mvalaw.com; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>
**Subject:** U.S. v. Penn et al - Summary Exhibits

Counsel,

For ease of your review, please see below for a list of changes contained in the summary exhibits provided on flash drives in court on the morning of 2/10/2022, as compared to those admitted in *U.S. v. Penn* last November.

- Different color scheme on each exhibit
- GX 1-1:
    - Added email subject line in 2:14 PM entry
    - Added entries relating to GX 113 and 118
- GX 3-1:
    - Added entry for GX 330
- GX 2-1:
    - Added entries for GX 247, 219, 230, 232, and 234
- GX 5-1:
    - Added entries for GX 559, 9740
- GX 7-1:
    - Time zones entered for exhibits 752-758
- GX 10-1:
    - Added calls on 8/7/14 and 8/11/14
    - Added entries for GX 1135, 9703, 1175
- GX 10-2:
    - Added entry for GX 900
- GX 10-3:
    - Added entry for GX 1256

- GX 14-1:
    - Added phone calls on 10/8/2012
- GX 14-2:
    - Added duration of calls on 11/13/2012
- GX 14-3:
    - Added entries for GX 1446, 1403, 1404, 1722
- GX 17-1:
    - Added entries for GX 1713

Best,
Heather


**Heather Diefenbach Call**
Trial Attorney
Washington Criminal II Section
Antitrust Division, USDOJ
(202) 598-2623 (office)

4