IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Sabrina Grimm

Date: March 1, 2022  
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 5**

**8:27 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Ms. Sweeney informs the Court of a discussion with Carl Pepper's counsel.

8:37 a.m.     Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-810, F-750, F808 are admitted.**
**Exhibits I-731, I-732 are displayed for demonstrative purposes only.**

Jury excused.

**10:20 a.m.    Court in recess.**
**10:38 a.m.    Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-815, F-813 are admitted.**
**Exhibit I-733 is displayed for demonstrative purposes only.**

11:18 a.m.    Cross examination of Mr. Ledford by Mr. Feldberg.

11:35 a.m. to 11:36 a.m.    Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

11:40 a.m. to 11:42 a.m.    Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit D-509 (only portion from Mr. Ledford) is admitted.**

Jury excused.

Discussion regarding scheduling.

**12:05 p.m.**     **Court in recess.**
**1:33 p.m.**     **Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

1:38 p.m. to 1:40 p.m.      Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit D-546 is admitted.**

1:50 p.m. to 1:51 p.m.      Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibits D-564, E-799 (top email Ledford to Austin), D-563 are admitted.**
**Exhibit I-241 is displayed for demonstrative purposes only.**

2:07 p.m.      Cross examination of Mr. Ledford by Mr. Pollack.

2:21 p.m. to 2:22 p.m.      Bench conference.

Continued cross examination of Mr. Ledford by Mr. Pollack.

**Exhibits B-927, H-855, 1407, C-021, C-022, C-022-1 are admitted.**
**Exhibit I-698 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding Pete Suerken's testimony.

**3:16 p.m.**     **Court in recess.**
**3:34 p.m.**     **Court in session.**

Discussion regarding documents that may be used on redirect examination.

3:49 p.m.     Jury present.

Continued cross examination of Mr. Ledford by Mr. Pollack.

4:00 p.m.     Cross examination of Mr. Ledford by Ms. Henry.

**Exhibit F-768 is admitted.**

4:12 p.m.     Cross examination of Mr. Ledford by Mr. Prewitt.

4:13 p.m.     Cross examination of Mr. Ledford by Mr. Canty.

4:14 p.m.     Cross examination of Mr. Ledford by Mr. Gillen.

4:17 p.m.     Redirect examination of Mr. Ledford by Mr. Torzilli.

4:28 p.m. to 4:32 p.m.     Bench conference.

Continued redirect examination of Mr. Ledford by Mr. Torzilli.

Government witness, Pete Suerken, sworn.

4:51 p.m.     Direct examination of Mr. Suerken by Mr. Torzilli.

Jury excused until March 2, 2022 at 8:30 a.m.

Discussion regarding issues with Mr. Suerken's testimony and summary exhibits.

**ORDERED:   Defendants' bond is continued.**

**5:55 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:24