IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 2, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 6**

**8:02 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding summary exhibits.

**8:35 a.m.**     **Court in recess.**
**8:42 a.m.**     **Court in session.**

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 1801 is admitted.**

9:15 a.m. to 9:25 a.m.     Bench conference.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 9992 is admitted.**

9:39 a.m. to 9:43 a.m.     Bench conference.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 9704 (lower half) is admitted.**

Jury excused.

**10:11 a.m.**     **Court in recess.**
**10: 33 a.m.**    **Court in session.**

Jury present.

10:35 a.m.    Cross examination of Mr. Suerken by Mr. Gillen.

**Exhibit G-508 (top email) is admitted.**

11:20 a.m.    Cross examination of Mr. Suerken by Ms. Nielsen.

11:26 a.m. to 11:31 a.m.    Bench conference.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

Jury excused.

**12:00 p.m.    Court in recess.**
**1:35 p.m.    Court in session.**

Jury present.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

1:38 p.m. to 1:43 p.m.    Bench conference.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

**Exhibits E-158, 1073 are admitted.**

2:00 p.m.    Cross examination of Mr. Suerken by Mr. Feldberg.

2:02 p.m.    Cross examination of Mr. Suerken by Mr. Kornfeld.

2:06 p.m.    Cross examination of Mr. Suerken by Ms. Henry.

**Exhibit C-440 (lower half) is admitted.**

2:14 p.m.    Cross examination of Mr. Suerken by Ms. Johnson.

2:16 p.m. to 2:18 p.m.    Bench conference.

Continued cross examination of Mr. Suerken by Ms. Johnson.

**Exhibits F-761, 1008 are admitted.**

2:42 p.m. to 2:45 p.m.    Bench conference.

Continued cross examination of Mr. Suerken by Ms. Johnson.

2:48 p.m.     Cross examination of Mr. Suerken by Mr. Lavine.

2:53 p.m.     Redirect examination of Mr. Suerken by Mr. Torzilli.

Ms. Call requests to display admitted exhibits to the jury.

3:08 p.m. to 3:10 p.m.     Bench conference.

Jury excused.

Discussion regarding Carl Pepper's testimony.

**3:17 p.m.     Court in recess.**
**3:33 p.m.     Court in session.**

Jury present.

Government witness, Carl Pepper, sworn.

3:36 p.m.     Direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 959 is admitted.**

3:51 p.m. to 3:53 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 9834, 9834-1, 9816 are admitted.**

4:19 p.m. to 4:30 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

4:31 p.m. to 4:34 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

4:45 p.m. to 4:48 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

Jury excused until March 3, 2022 at 8:30 a.m.

Discussion regarding scheduling.

**ORDERED:   Defendants' bond is continued.**

**5:04 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    6:42