IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 7, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                                      *Counsel:*

UNITED STATES OF AMERICA,                       Michael Koenig
                                                                Carolyn Sweeney
                                                                Heather Call
                                                                Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,                         Michael Tubach
                                                                Anna Pletcher
                                                                Brian Quinn
2. MIKELL REEVE FRIES,                          Richard Kornfeld
                                                                David Beller
                                                                Kelly Page
3. SCOTT JAMES BRADY,                           Bryan Lavine
                                                                Megan Rahman
                                                                Tiffany Bracewell
4. ROGER BORN AUSTIN,                           Michael Feldberg
                                                                Laura Carwile
                                                                Julie Withers
5. TIMOTHY R. MULRENIN,                         Elizabeth Prewitt
                                                                Marci LaBranche
6. WILLIAM VINCENT KANTOLA,                     Roxann Henry
                                                                James Backstrom
7. JIMMIE LEE LITTLE,                           Mark Byrne
                                                                Dennis Canty
8. WILLIAM WADE LOVETTE,                        John Fagg, Jr.
                                                                Dru Nielsen
                                                                James McLoughlin
                                                                Kaitlin Price
9. GARY BRIAN ROBERTS, and                      Craig Gillen
                                                                Richard Tegtmeier
                                                                Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 8**

**8:02 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding pending motion.

**ORDERED:** United States' Motion for a Curative Instruction [1122] is GRANTED IN PART, as discussed.

Further discussion regarding summary exhibits.  Objections ruled upon by the Court, as stated on record.

**8:45 a.m.     Court in recess.**
**8:52 a.m.     Court in session.**

Jury present.

Court instructs jurors on Fifth Amendment rights.

8:55 a.m.     Cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibit I-777 is admitted.**

9:21 a.m. to 9:31 a.m.     Bench conference.

Continued cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibits G-356, G-444, G-446 are admitted.**

Jury excused.

**10:16 a.m.     Court in recess.**
**10:31 a.m.     Court in session.**

Discussion regarding government's motion at Doc. No. 543.

Jury present.

10:36 a.m.     Continued cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibits I-807, I-821, I-822, G-748, G-749 are admitted.**

11:36 a.m.     Cross examination of Mr. Pepper by Mr. Feldberg.

**Exhibits I-932, I-933 (as redacted) are admitted.**

11:43 a.m.     Cross examination of Mr. Pepper by Ms. Johnson.

Jury excused.

Discussion regarding scheduling.

**12:04 p.m.     Court in recess.**
**1:31 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Pepper by Ms. Johnson.

**Exhibit I-805 is admitted.**

1:45 p.m. to 1:50 p.m.      Bench conference.

Continued cross examination of Mr. Pepper by Ms. Johnson.

**Exhibit I-872 is admitted.**

2:03 p.m.     Cross examination of Mr. Pepper by Mr. Byrne.

**Exhibits G-422, G-423, I-815 are admitted.**

2:42 p.m.     Cross examination of Mr. Pepper by Mr. Tubach.

2:43 p.m.     Cross examination of Mr. Pepper by Ms. Henry.

2:44 p.m.     Cross examination of Mr. Pepper by Mr. Lavine.

**Exhibits I-954, I-953, 9876 (as redacted), I-958, I-919 are admitted.**

Jury excused.

**3:15 p.m.     Court in recess.**
**3:31 p.m.     Court in session.**

Jury present.

3:33 p.m.     Redirect examination of Mr. Pepper by Ms. Sweeney.

3:57 p.m. to 4:00 p.m.          Bench conference.

Continued redirect examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 9977 is admitted.**

4:14 p.m. to 4:17 p.m.          Bench conference.

Continued redirect examination of Mr. Pepper by Ms. Sweeney.

4:21 p.m.     Recross examination of Mr. Pepper by Ms. Johnson.

4:23 p.m.     Recross examination of Mr. Pepper by Mr. Kornfeld.

4:43 p.m.     Recross examination of Mr. Pepper by Mr. Gillen.

Government witness, Sara Fisher, sworn.

4:42 p.m.     Direct examination of Ms. Fisher by Ms. Sweeney.

**Exhibits 1921, 1922, 1924, 1926, 1927, 1928, 1929, 1941, 1942, 1943, 1944, 1945, 1946, 1947, 1957, 1958 are admitted.**

Jury excused until March 8, 2022 at 8:30 a.m.

Discussion regarding revised witness list and scheduling.

**ORDERED:  Defendants' bond is continued.**

**5:13 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:06