**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB      Date:  March 8, 2022
Courtroom Deputy:  Sabrina Grimm      Court Reporter:   Janet Coppock

_Parties:_                                 _Counsel:_

UNITED STATES OF AMERICA,        Michael Koenig
                                         Carolyn Sweeney
                                         Heather Call
                                         Paul Torzilli

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,        Michael Tubach
                                         Anna Pletcher
                                         Brian Quinn

2. MIKELL REEVE FRIES,        Richard Kornfeld
                                         David Beller
                                         Kelly Page

3. SCOTT JAMES BRADY,        Bryan Lavine
                                         Megan Rahman
                                         Tiffany Bracewell

4. ROGER BORN AUSTIN,        Michael Feldberg
                                         Laura Carwile
                                         Julie Withers

5. TIMOTHY R. MULRENIN,        Elizabeth Prewitt
                                         Marci LaBranche

6. WILLIAM VINCENT KANTOLA,        Roxann Henry
                                         James Backstrom

7. JIMMIE LEE LITTLE,        Mark Byrne
                                         Dennis Canty

8. WILLIAM WADE LOVETTE,        John Fagg, Jr.
                                         Dru Nielsen
                                         James McLoughlin
                                         Kaitlin Price

9. GARY BRIAN ROBERTS, and        Craig Gillen
                                         Richard Tegtmeier
                                         Anthony Lake

10.  RICKIE PATTERSON BLAKE,                    Wendy Johnson
                                                Barry Pollack
                                                Christopher Plumlee

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 9**

**8:37 a.m.      Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Ms. Fisher by Ms. Sweeney.

**Exhibits F-852, F-853. 1930, 1920, C-465, C-207, F-789, F-796, G-474, B-963, F-747, F-783 are admitted.**

8:51 a.m.      Cross examination of Ms. Fisher by Ms. Carwile.

**Exhibit I-054 is admitted.**

9:30 a.m.      Cross examination of Ms. Fisher by Ms. Bracewell.

**Exhibits F-915, F-916, F-868, F-756, F-754 are admitted.**

9:51 a.m. to 9:52 a.m.      Bench conference.

Court is experiencing issues with Bridge.

Continued cross examination of Ms. Fisher by Ms. Bracewell.

9:56 a.m.      Cross examination of Ms. Fisher by Ms. Johnson.

**Exhibits F-764, F-765, F-774 are admitted.**
**Exhibit I-979 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding Mr. Bryant's testimony.

**10:40 a.m.    Court in recess.**
**10:52 a.m.    Court in session.**

Discussion regarding jury note, proposed response to the jury note, and using the term "price fixing".

11:00 a.m.    Jury present.

Court provides an oral response to the jury note.

Continued cross examination of Ms. Fisher by Ms. Johnson.

**Exhibit I-979 is admitted.**

11:08 a.m.    Cross examination of Ms. Fisher by Mr. Quinn.

11:15 a.m.    Cross examination of Ms. Fisher by Ms. Price.

11:16 a.m.    Cross examination of Ms. Fisher by Mr. Prewitt.

11:29 a.m.    Cross examination of Ms. Fisher by Mr. Tegtmeier.

11:30 a.m.    Cross examination of Ms. Fisher by Ms. Henry.

**Exhibits C-264, C-265 are admitted.**

11:41 a.m.    Redirect examination of Ms. Fisher by Ms. Sweeney.

**Exhibits 1, 2, 3, 7 are admitted.**

11:44 a.m. to 11:48 a.m.    Bench conference.

Government witness, Robert Bryant, sworn.

11:50 a.m.    Direct examination of Mr. Bryant by Ms. Call.

Voir dire on Exhibit 9994 by Mr. Tubach.

**Exhibit 9994 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding limiting instruction on summary exhibits.

**12:07 p.m.    Court in recess.**
**1:30 p.m.    Court in session.**

Discussion regarding Mr. Bryant's testimony.

1:46 p.m.      Jury present.

Exhibits displayed for jury.

1:56 p.m. to 2:00 p.m.      Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

2:17 p.m. to 2:19 p.m.      Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

2:28 p.m. to 2:30 p.m.      Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibits 9273, 9271 are admitted.**

2:54 p.m. to 2:56 p.m.      Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

3:00 p.m. to 3:01 p.m.      Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

Jury excused.

**3:15 p.m.      Court in recess.**
**3:31 p.m.      Court in session.**

Jury present.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibit 1055 is admitted.**

3:48 p.m. to 3:50 p.m.              Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:06 p.m. to 4:10 p.m.              Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:14 p.m. to 4:16 p.m.                Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:21 p.m. to 4:23 p.m.                Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:25 p.m. to 4:37 p.m.                Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

Jury excused until March 9, 2022 at 8:30 a.m.

Discussion regarding exhibits.

**ORDERED:   Defendants' bond is continued.**

**5:19 p.m.        Court in recess.**

Trial continued.
Total time in court:    6:51