IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 9, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 10**

**8:21 a.m.    Court in session.**

Defendants present on bond.

Discussion regarding Defendant's witness list.

**ORDERED:   Defendants shall provide the first day's witness list to the Government by the end of the day, as discussed.**

**8:25 a.m.    Court in recess.**
**8:41 a.m.    Court in session.**

Jury present.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibit 1919 is admitted.**

8:58 a.m. to 9:02 a.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

9:06 a.m. to 9:10 a.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

9:17 a.m. to 9:19 a.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

9:21 a.m. to 9:26 a.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibits 9140, 9139, 3039 are admitted.**

9:40 a.m. to 9:41 a.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibit 979 is admitted.**

9:53 a.m. to 10:03 a.m.     Bench conference.

10:03 a.m.     Cross examination of Mr. Bryant by Ms. Page.

Jury excused.

**10:25 a.m.     Court in recess.**
**10:41 a.m.     Court in session.**

Discussion regarding scheduling.

10:44 a.m.     Jury present.

Continued cross examination of Mr. Bryant by Ms. Page.

11:09 a.m.     Cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibits A-112, A-113 (as redacted) are admitted.**

Jury excused.

**11:58 a.m.     Court in recess.**
**1:31 p.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibits E-174 (as redacted), H-911, J-018, E-014 are admitted.**

2:01 p.m.     Cross examination of Mr. Bryant by Mr. Tubach.

**Exhibits J-030, J-027 are admitted.**

2:42 p.m.     Cross examination of Mr. Bryant by Mr. Pollack.

**Exhibit F-065 (as redacted) is admitted.**
**Exhibit J-008 is displayed for demonstrative purposes only.**

Jury excused.

**3:15 p.m.        Court in recess.**
**3:32 p.m.        Court in session.**

Discussion regarding reference to the previously trial.

3:37 p.m.        Jury present.

Continued cross examination of Mr. Bryant by Mr. Pollack.

**Exhibits F-744, F-743, J-008, C-938 are admitted.**
**Exhibit J-012 is displayed for demonstrative purposes only.**

Jury excused until March 10, 2022 at 8:30 a.m.

Discussion regarding summary exhibits and status of witness list.

**ORDERED:   Defendants' bond is continued.**

**4:40 p.m.        Court in recess.**

Trial continued.
Total time in court:     5:57