**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Criminal No. 1:20-cr-00152-PAB |
| v. | ) |
| 1.  JAYSON JEFFREY PENN, | ) |
| 2.  MIKELL REEVE FRIES, | ) |
| 3.  SCOTT JAMES BRADY, | ) |
| 4.  ROGER BORN AUSTIN, | ) |
| 5.  TIMOTHY R. MULRENIN, | ) |
| 6.  WILLIAM VINCENT KANTOLA, | ) |
| 7.  JIMMIE LEE LITTLE, | ) |
| 8.  WILLIAM WADE LOVETTE, | ) |
| 9.  GARY BRIAN ROBERTS, | ) |
| 10. RICKIE PATTERSON BLAKE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for:

Non-Party Charles Solomon

Dated: March 11, 2022          Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Mark R. Rosman*
Mark R. Rosman (D.C. Bar No. 1006934)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8877
Email: mrosman@wsgr.com

*Counsel for Non-Party Charles Solomon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2022, a copy of the foregoing document was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case.

Dated: March 11, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Mark R. Rosman*
Mark R. Rosman (D.C. Bar No. 1006934)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8877
Email: mrosman@wsgr.com

*Counsel for Non-Party Charles Solomon*