IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 14, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 12**

**8:26 a.m.      Court in session.**

Defendants present on bond.

Discussion regarding sick juror.  Defendants' request to postpone the trial for 1 day.  Government objects to the request.

**8:36 a.m.      Court in recess.**
**8:48 a.m.      Court in session.**

Discussion regarding attempts to contact the sick juror.  The trial will proceed without the sick juror.

8:50 a.m.      Jury present.

Exhibits displayed for jury.

**Exhibits 17, 1700, 1713 are admitted.**

Government witness, Robert Lewis, sworn.

9:11 a.m.      Direct examination of Mr. Lewis by Mr. Torzilli.

9:16 a.m. to 9:18 a.m.      Bench conference.

Continued direct examination of Mr. Lewis by Mr. Torzilli.

**Exhibits 1139, 1137, 1138, 1135, 1134, 11136, 1221-1, 1007, 1026, 1028, 1029, 1165, 1166, 1167, 1160 are admitted.**

9:49 a.m.      Cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits 1244, F-660, J-016 are admitted.**

Jury excused.

**10:15 a.m.    Court in recess.**
**10:32 a.m.    Court in session.**

Jury present.

Continued cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits I-074, J-015, J-014 are admitted.**

11:15 a.m. to 11:17 a.m.    Bench conference.

Continued cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits A-644, G-504, C-451, C-872, F-384 are admitted.**

11:43 a.m. to 11:49 a.m.    Bench conference.

Continued cross examination of Mr. Lewis by Mr. Lavine.

11:51 a.m.    Cross examination of Mr. Lewis by Mr. Tubach.

Jury excused.

**ORDERED:    Defendants' Motion to Compel Disclosure of All Brady Materials Regarding Witness Interviews and for Other Appropriate Relief [1130] is DENIED, as stated on record.**

Discussion regarding United States' Motion to Compel Defendants' Summary Exhibits [1177].

**12:12 p.m.    Court in recess.**
**1:31 p.m.    Court in session.**

Discussion regarding procedure once Government rests.

Jury present.

1:34 p.m.    Cross examination of Mr. Lewis by Mr. Gillen.

2:00 p.m.    Cross examination of Mr. Lewis by Mr. McLoughlin.

Voir dire on Exhibit C-602 by Mr. Torzilli.

Continued cross examination of Mr. Lewis by Mr. McLoughlin.

**Exhibits H-655, H-656, I-829 are admitted.**

2:50 p.m. to 2:55 p.m.        Bench conference.

Continued cross examination of Mr. Lewis by Mr. McLoughlin.

2:57 p.m. to 3:00 p.m.        Bench conference.

Continued cross examination of Mr. Lewis by Mr. McLoughlin.

Jury excused.

**3:13 p.m.      Court in recess.**
**3:30 p.m.      Court in session.**

Jury present.

3:32 p.m.     Cross examination of Mr. Lewis by Mr. Pollack.

**Exhibit H-684 is displayed for demonstrative purposes only.**

4:05 p.m.     Cross examination of Mr. Lewis by Mr. Feldberg.

**Exhibit J-081 is admitted.**

4:11 p.m. to 4:12 p.m.        Bench conference.

**Exhibits H-684 (pg. 6) is admitted.**

4:13 p.m.     Cross examination of Mr. Lewis by Ms. Henry.

**Exhibits 1224, C-454 are admitted.**

4:30 p.m.     Redirect examination of Mr. Lewis by Mr. Torzilli.

4:45 p.m. to 4:50 p.m.        Bench conference.

Continued redirect examination of Mr. Lewis by Mr. Torzilli.

4:51 p.m. to 4:53 p.m.        Bench conference.

Continued redirect examination of Mr. Lewis by Mr. Torzilli.

4:59 p.m. to 5:03 p.m.        Bench conference.

Jury excused until March 15, 2022 at 8:30 a.m.

Discussion regarding defendants' summary exhibits.

**ORDERED: Defendants' bond is continued.**

**5:07 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:36