# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB    Date: 03/15/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) **WITNESS LIST**

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Richard Eddington | 03/15/2022 - 3 hrs |
| Darrell Bowlin | 03/15/2022 to 03/16/2022 - 1.5 hrs |
| Brandon Campbell | 03/16/2022 - 2 hrs |
| Marcus Shelton | 03/16/2022 - 0.5 hr |
| Bruce Bagshaw | 03/16/2022 - 0.5 hr |
| Mike Brown | 03/16/2022 - 0.5 hr |
| Rhonda Warble | 03/16/2022 - 0.75 hr |
| Greg Finch | 03/16/2022 to 03/17/2022 - 3 hrs |
| Edward Snyder | 03/17/2022 - 4 hrs |
| Custodian of Records - Tyson | 03/17/2022 - 0.5 hrs |
| Kent Kronague | 03/21/2022 - 2 hr |
| Eric Oare | 03/21/2022 - 2 hrs |
| Thomas Lane | 03/21/2022 - 1.5 hrs |
| Brenda Ray | 03/21/2022 - 0.5 hr |
| Mike Ledford | 03/21/2022 to 03/22/2022 - 1 hr |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB     Date: 03/15/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| David Blackmon | 03/22/2022 - 0.5 hr |
| Charles Solomon | 03/22/2022 - 1 hrs |
| Steven Cullen | 03/22/2022 - 1.5 hrs |
| Fabio Sandri | 03/22/2022 - 1 hr |

At present, Defendants do not intend to call any additional witnesses, but we reserve the right to do so with appropriate notice to the government. Defendants also reserve the right to revise the order of appearance of witnesses, if necessary. Defendants all reserve the right to testify at any point during the defense.