# DOJ Indicators of Bid Rigging and Price Fixing

1. Setting identical prices
2. Holding prices firm
3. Refusing to bid
4. Taking turns winning
5. Eliminating or reducing discounts

Source: *Price Fixing, Bid Rigging, and Market Allocation Schemes: What are They and What to Look For, An Antitrust Primer,* U.S. Department of Justice (DOJ)

9



DEF EXHIBIT
20-cr-152-PAB
**J-214**



# Are Bids and Prices Identical?

**Supplier Bids and Final Prices for Small Bird 8-pc COB for KFC 2013 Contract**

Note: Mar-Jac is not included due to lack of information on initial bid.
Sources: *KFC 2013 Supplier Bids and Contracts*



DEF EXHIBIT
20-cr-152-PAB
**J-215**

# Are Bids and Prices Identical?

## Supplier Bids and Final Prices for Small Bird 8-pc COB for KFC 2015 Contract



Price Per Pound

Bids (August 2014) — Final Prices (January 2015)

| Supplier | Bids (August 2014) | Final Prices (January 2015) |
|---|---|---|
| Pilgrim's | $1.1026 | $1.0856 |
| Claxton Chicken | $1.1099 | $1.0669 |
| Tyson | $1.0919 | $1.0762 |
| Koch Foods | $1.0549 | $1.0369 |
| George's | $1.0913 | $1.0307 |
| Mar-Jac | $1.1062 | $1.0775 |

Note: Marshall Durbin was acquired by Mar-Jac in 2014 and therefore, does not appear as a supplier here.
Sources: *KFC 2015 Contracts and Supplier Bids*

11



DEF EXHIBIT
20-cr-152-PAB
**J-216**



