# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB

Date: 03/18/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) **WITNESS LIST**

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Richard Eddington | Complete |
| Darrell Bowlin | Complete |
| Brandon Campbell | Complete |
| Marcus Shelton | Complete |
| Bruce Bagshaw | Complete |
| Mike Brown | Complete |
| Rhonda Warble | Complete |
| Greg Finch | Complete |
| Edward Snyder | 03/17/2022 to 3/21/2022- 4 hrs |
| Custodian of Records - Tyson | 03/17/2022 - 0.5 hr |
| Brenda Ray | 03/21/2022  - 1 hr |
| Kent Kronague | 03/21/2022 - 2 hrs |

At present, Defendants do not intend to call any additional witnesses, but we reserve the right to do so with appropriate notice to the government. Defendants also reserve the right to revise the order of appearance of witnesses, if necessary. Defendants all reserve the right to testify at any point during the defense.