IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 21, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Michael Koenig
 Carolyn Sweeney
 Heather Call
 Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,  Michael Tubach
 Anna Pletcher
 Brian Quinn

2. MIKELL REEVE FRIES,  Richard Kornfeld
 David Beller
 Kelly Page

3. SCOTT JAMES BRADY,  Bryan Lavine
 Megan Rahman
 Tiffany Bracewell

4. ROGER BORN AUSTIN,  Michael Feldberg
 Laura Carwile
 Julie Withers

5. TIMOTHY R. MULRENIN,  Elizabeth Prewitt
 Marci LaBranche

6. WILLIAM VINCENT KANTOLA,  Roxann Henry
 James Backstrom

7. JIMMIE LEE LITTLE,  Mark Byrne
 Dennis Canty

8. WILLIAM WADE LOVETTE,  John Fagg, Jr.
 Dru Nielsen
 James McLoughlin
 Kaitlin Price

9. GARY BRIAN ROBERTS, and  Craig Gillen
 Richard Tegtmeier
 Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 16**

**8:33 a.m.    Court in session.**

Defendants present on bond.

Discussion regarding scheduling.

Jury present.

Professor Snyder appears via VTC.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibit J-211 is admitted.**

8:48 a.m. to 8:50 a.m.    Bench conference.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibits J-215 (as redacted), J-216 (as redacted), J-217 (as redacted), J-218 (as redacted) are admitted.**
**Exhibits J-212, J-213 are displayed for demonstrative purposes only.**

9:41 a.m.    Voir dire on Exhibit J-219 by Mr. Torzilli.

9:47 a.m. to 9:51 a.m.    Bench conference.

**Exhibit J-219 is displayed for demonstrative purposes only.**

10:04 a.m. to 10:10 a.m.    Bench conference.

10:10 a.m.    Cross examination of Professor Snyder by Mr. Torzilli.

Jury excused.

**10:14 a.m.** Court in recess.
**10:32 a.m.** Court in session.

Jury present.

Continued cross examination of Professor Snyder by Mr. Torzilli.

11:11 a.m. to 11:20 a.m.    Bench conference.

Continued cross examination of Professor Snyder by Mr. Torzilli.

Jury excused.

Discussion and argument regarding pending motions.

**ORDERED:   Jayson Penn's Motion for Judicial Notice [1198] is GRANTED, as stated on record.**

**12:30 p.m.** Court in recess.
**1:32 p.m.** Court in session.

Jury present.

Continued cross examination of Professor Snyder by Mr. Torzilli.

1:43 p.m.    Redirect examination of Professor Snyder by Ms. Pletcher.

**Exhibit J-212 (as redacted) is admitted.**

1:52 p.m. to 1:59 p.m.    Bench conference.

**Exhibit J-219 (as redacted) is admitted.**

Continued redirect examination of Professor Snyder by Ms. Pletcher.

Defendants' witness, Brenda Ray, sworn.

2:03 p.m.    Direct examination of Ms. Ray by Mr. Fagg.

**Exhibits 843, 844, D-989, D-990, 850, 851, 9700 are admitted.**

2:41 p.m.    Direct examination of Ms. Ray by Mr. Pollack.

2:45 p.m.    Direct examination of Ms. Ray by Mr. Tubach.

**Exhibit D-930 is admitted.**

3:00 p.m. to 3:03 p.m.      Bench conference.

Continued direct examination of Ms. Ray by Mr. Tubach.

3:04 p.m.      Cross examination of Ms. Ray by Mr. Koenig.

Jury excused.

**3:10 p.m.      Court in recess.**
**3:26 p.m.      Court in session.**

Jury present.

Continued cross examination of Ms. Ray by Mr. Koenig.

**Exhibit 10677 is admitted.**

Defendants' witness, Kent Kronague, sworn.

4:03 p.m.      Direct examination of Mr. Kronague by Mr. Kornfeld.

**Exhibits A-304 (as redacted), 6034 (as redacted) are admitted.**

4:45 p.m. to 4:49 p.m.      Bench conference.

Continued direct examination of Mr. Kronague by Mr. Kornfeld.

**Exhibit 600 (as redacted) is admitted.**

Jury excused until March 22, 2022 at 8:30 a.m.

**5:00 p.m.      Court in recess.**
**5:17 p.m.      Court in session.**

Discussion regarding Doc. Nos. 1199 and 1201.

**ORDERED:   Jayson Penn and Roger Austin's Motion to Admit Exhibits Without a Sponsoring Witness [1199] is GRANTED IN PART AND DENIED IN PART, as discussed.**

**ORDERED:   Mr. Blake's Motion to Admit Exhibit Without a Sponsoring Witness [1201] is GRANTED, as discussed.**

Discussion regarding issues with Government's rebuttal case and length of closing arguments.

**ORDERED:** United States' Motion to Rebut Defendants' Arguments and Evidence on Information-Sharing Norms with Policy Approved by the Defendants [1206] is DENIED, as discussed.

**ORDERED:** Defendants' bond is continued.

**6:15 p.m.**    **Court in recess.**

Trial continued.
Total time in court:    7:49