IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 23, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Michael Koenig
 Carolyn Sweeney
 Heather Call
 Paul Torzilli

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,  Michael Tubach
 Anna Pletcher
 Brian Quinn

2. MIKELL REEVE FRIES,  Richard Kornfeld
 David Beller
 Kelly Page

3. SCOTT JAMES BRADY,  Bryan Lavine
 Megan Rahman
 Tiffany Bracewell

4. ROGER BORN AUSTIN,  Michael Feldberg
 Laura Carwile
 Julie Withers

5. TIMOTHY R. MULRENIN,  Elizabeth Prewitt
 Marci LaBranche

6. WILLIAM VINCENT KANTOLA,  Roxann Henry
 James Backstrom

7. JIMMIE LEE LITTLE,  Mark Byrne
 Dennis Canty

8. WILLIAM WADE LOVETTE,  John Fagg, Jr.
 Dru Nielsen
 James McLoughlin
 Kaitlin Price

9. GARY BRIAN ROBERTS, and  Craig Gillen
 Richard Tegtmeier
 Anthony Lake

| | | |
|---|---|---|
| 10. | RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| | Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 18**

**8:31 a.m.      Court in session.**

Defendants present on bond.

Jury present.

8:35 a.m.     Defendant Fries' closing argument by Mr. Kornfeld.

9:16 a.m.     Defendant Brady's closing argument by Mr. Lavine.

Jury excused.

**10:05 a.m.    Court in recess.**
**10:21 a.m.    Court in session.**

Jury present.

10:24 a.m.    Defendant Lovette's closing argument by Ms. Neilsen.

11:10 a.m.    Defendant Penn's closing argument by Mr. Tubach.

Jury excused.

**11:58 a.m.    Court in recess.**
**1:00 p.m.     Court in session.**

Jury present.

1:02 p.m.     Defendant Austin's closing argument by Mr. Feldberg.

1:46 p.m.     Defendant Little's closing argument by Mr. Byrne.

2:42 p.m.     Defendant Kantola's closing argument by Ms. Henry.

Jury excused.

**3:31 p.m.      Court in recess.**
**3:40 p.m.      Court in session.**

Jury present.

3:40 p.m.      Defendant Mulrenin's closing argument by Ms. Prewitt.

4:30 p.m. to 4:31 p.m.      Bench conference.

4:33 p.m.      Defendant Roberts' closing argument by Mr. Gillen.

Jury excused until March 24, 2022 at 8:30 a.m.

**ORDERED:   Defendants' bonds are continued.**

**5:24 p.m.      Court in recess.**

Trial continued.
Total time in court:    7:26