IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Sabrina Grimm

Date: March 25, 2022  
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Megan Rahman
Tiffany Bracewell
Michael Feldberg
Laura Carwile
Julie Withers
Elizabeth Prewitt
Marci LaBranche
Roxann Henry
James Backstrom
Mark Byrne
Dennis Canty
John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price
Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 20**

**8:01 a.m.**     **Court in session.**

Defendants present on bond.

Further discussion regarding response to jury notes received yesterday.

The Court will provide a response consistent with the discussions held.

**ORDERED:**   Defendants' oral motion for extension of time to supplement Rule 29 motions is GRANTED. Defendants shall file any supplements on or before April 4, 2022. Government shall file a response to the original Rule 29 motions and the supplements on or before April 15, 2022, as discussed.

**8:50 a.m.**     **Court in recess.**
**5:00 p.m.**     **Court in session.**

Jury present.

Jury excused until March 28, 2022 at 8:30 a.m.

**ORDERED:**   Defendants' bonds are continued.

**5:03 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    00:52