IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Sabrina Grimm  

Date: March 28, 2022  
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 21**

**12:05 p.m.    Court in session.**

Defendants present on bond.

The Court has received five notes from the jury.

Discussion regarding a response to the notes.

The Court will provide a response to the jury consistent with the discussions held.

**1:14 p.m.    Court in recess.**
**4:44 p.m.    Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The Court will provide a modified Allen instruction to the jury consistent with the discussions held.

**4:55 p.m.    Jury present.**

Court reads modified Allen instruction to the jury.

Jury excused until March 29, 2022.

**ORDERED:  Defendants' bonds are continued.**

**5:03 p.m.    Court in recess.**

Trial continued.
Total time in court:    1:28