IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 29, 2022
Court Reporter: Kevin Carlin

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 22**

**4:13 p.m.**     Court in session.

Defendants present on bond.

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.

Court declares a mistrial.

Mr. Koenig states the government will retry the case.

**ORDERED:** The jury trial is reset for June 6, 2022 at 8:00 a.m. in Courtroom A201 before Chief Judge Philip A. Brimmer.

**ORDERED:** The head of the United States Antitrust Division shall appear in one week before Chief Judge Philip A. Brimmer to explain why the case should be retried, as discussed.

**4:37 p.m.**     Jury present.

**ORDERED:** Counsel for a party or any party is not permitted to contact or speak to the jury after the termination of the trial, as stated on record.

Court thanks the jury for their service.  Jury is dismissed.

**ORDERED:** Defendants' bonds are continued.

**4:41 p.m.**     Court in recess.

Trial concluded.
Total time in court:    00:28