**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

     Defendants.

## GOVERNMENT'S NOTICE OF EXHIBITS WITHOUT A TESTIFYING WITNESS

The government hereby gives notice to the Court and parties of exhibits it anticipates seeking admission of without a testifying witness, pursuant to the Court's April 15, 2022 Order, ECF 1263. The government's previously-filed Notice Regarding the Offering of Exhibits Without a Sponsoring Witness or an Authenticating Witness, ECF 1086, explained the admissibility of a majority of these exhibits. The government will explain the admissibility of additional exhibits included here in a subsequent filing prior to the May 25, 2022 Trial Preparation Conference. The government reserves the right to seek admission of or testimony regarding the exhibits during the testimony of percipient witnesses during its case-in-chief.

## Exhibits from ECF 1086

| | | | | | | |
|---|---|---|---|---|---|---|
| 108 | 442 | 586 | 982 | 1256 | 1733 | 1964 |
| 109 | 443 | 587 | 1035 | 1258 | 1734 | 2000 |
| 113 | 444 | 588 | 1036 | 1409 | 1825 | 2001 |
| 114 | 445 | 589 | 1051 | 1427 | 1826 | 2002 |
| 143 | 446 | 590 | 1056 | 1444 | 1846 | 2005 |
| 219 | 447 | 617 | 1058 | 1500 | 1847 | 3025 |
| 245 | 448 | 622 | 1066 | 1501 | 1848 | 3037 |
| 246 | 449 | 623 | 1074 | 1503 | 1849 | 6047 |
| 247 | 450 | 624 | 1119 | 1505 | 1850 | 6088 |
| 330 | 451 | 625 | 1120 | 1522 | 1851 | 6089 |
| 352 | 453 | 702 | 1121 | 1523 | 1852 | 6134 |
| 353 | 494 | 703 | 1122 | 1526 | 1853 | 6198 |
| 354 | 495 | 710 | 1123 | 1528 | 1854 | 6235 |
| 355 | 496 | 733 | 1124 | 1538 | 1856 | 6282 |
| 356 | 497 | 764 | 1125 | 1539 | 1858 | 7040 |
| 404 | 498 | 765 | 1126 | 1544 | 1862 | 8000 |
| 433 | 499 | 766 | 1127 | 1546 | 1864 | 8001 |
| 434 | 518 | 803 | 1132 | 1547 | 1882 | 8002 |
| 435 | 542 | 901 | 1133 | 1614 | 1894 | 8003 |
| 436 | 546 | 920 | 1175 | 1615 | 1923 | 8004 |
| 437 | 559 | 933 | 1177 | 1700 | 1959 | 8005 |
| 438 | 563 | 940 | 1190 | 1713 | 1960 | 8006 |
| 439 | 564 | 953 | 1191 | 1722 | 1961 | 8007 |
| 440 | 584 | 955 | 1238 | 1728 | 1962 | 8008 |
| 441 | 585 | 980 | 1247 | 1729 | 1963 | 8024 |

| 8025 | 8051 | 8078 | 1036-1 | | |
|------|------|------|--------|--|--|
| 8026 | 8052 | 8079 | 410-1 | | |
| 8027 | 8053 | 8080 | 519-1 | | |
| 8028 | 8054 | 8081 | 9010-1 | | |
| 8029 | 8055 | 8082 | D-839 | | |
| 8030 | 8057 | 8083 | E-570 | | |
| 8031 | 8058 | 8084 | E-873 | | |
| 8032 | 8059 | 8085 | E-874 | | |
| 8033 | 8060 | 8098 | I-141 | | |
| 8034 | 8061 | 9010 | | | |
| 8035 | 8062 | 9264 | | | |
| 8036 | 8063 | 9645 | | | |
| 8037 | 8064 | 9672 | | | |
| 8038 | 8065 | 9707 | | | |
| 8039 | 8066 | 9708 | | | |
| 8040 | 8067 | 9709 | | | |
| 8041 | 8068 | 9714 | | | |
| 8042 | 8069 | 9715 | | | |
| 8043 | 8071 | 9716 | | | |
| 8045 | 8072 | 9720 | | | |
| 8046 | 8073 | 9721 | | | |
| 8047 | 8074 | 9722 | | | |
| 8048 | 8075 | 9744 | | | |
| 8049 | 8076 | 9745 | | | |
| 8050 | 8077 | 9748 | | | |

## Additional Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 50 | 748 | 1569 | 9692 | 10031 | 10056 |
| 51 | 749 | 1707 | 9694 | 10032 | 10057 |
| 52 | 750 | 1747 | 9696 | 10033 | 10581 |
| 53 | 959 | 1890 | 9703 | 10034 | 10602 |
| 54 | 1008 | 1891 | 9710 | 10035 | 10603 |
| 55 | 1025 | 3074 | 9743 | 10036 | 10604 |
| 56 | 1030 | 5016 | 9816 | 10037 | 10605 |
| 57 | 1069 | 9004 | 9833 | 10038 | 10616 |
| 58 | 1145 | 9018 | 9834 | 10039 | 10651 |
| 59 | 1146 | 9020 | 9870 | 10040 | 1438-1 |
| 60 | 1403 | 9265 | 9871 | 10041 | 1500-1 |
| 61 | 1404 | 9266 | 9874 | 10042 | 1700-1 |
| 62 | 1406 | 9267 | 9876 | 10043 | 1713-1 |
| 118 | 1407 | 9268 | 9885 | 10044 | 231-1 |
| 119 | 1410 | 9269 | 9905 | 10045 | 746-1 |
| 120 | 1427 | 9270 | 9977 | 10046 | 9255-1 |
| 221 | 1435 | 9272 | 9980 | 10047 | 9834-1 |
| 224 | 1438 | 9274 | 9984 | 10048 | |
| 230 | 1439 | 9275 | 10018 | 10049 | |
| 231 | 1510 | 9276 | 10024 | 10050 | |
| 232 | 1511 | 9278 | 10026 | 10051 | |
| 234 | 1514 | 9279 | 10027 | 10052 | |
| 413 | 1515 | 9281 | 10028 | 10053 | |
| 618 | 1542 | 9690 | 10029 | 10054 | |
| 744 | 1552 | 9691 | 10030 | 10055 | |

Dated: April 25, 2022

Respectfully submitted,

/s/ Aidan McCarthy
AIDAN MCCARTHY
KEVIN HART
LESLIE WULFF
PAUL TORZILLI
DANIEL A. LOVELAND, JR.
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 549-6183
Email: aidan.mccarthy@usdoj.gov
*Attorneys for the United States*