# EXHIBIT B



Pilgrim's Pride Corporation
GENERAL OFFICES
1770 PROMONTORY CIRCLE
GREELEY, COLORADO 80634

# INVOICE

**INVOICE NO: 922142205**

### PLEASE REMIT PAYMENT TO:
PILGRIM'S PRIDE CORPORATION
PO Box 809225
CHICAGO IL  60680-9225

Product of USA

| | |
|---|---|
| Invoice Date | 12/30/2015 |
| PO Number | 1228-411 |
| Order Number | 21338412 |
| Account Number | 310584 |
| Incoterm | PLANT |

**Terms /Payment Method**
CASH DUE IN BANK 14 DAYS FROM INVOICE DATE

SOLD-TO: 23953

JRN INC - EDI
PO Box 1257
COLUMBIA  TN  38401-6153

SHIP-TO: 267221

KFC JRN 403
5405 HIGHWAY 90 W
MOBILE AL  36619-4219
TEL:

| | | | | |
|---|---|---|---|---|
| CONTACT PERSON: | Kimberly Soto-Ramirez | SHIP DATE: | 12/30/2015 | ROUTE: | CL71EM |
| CONTACT PHONE: | 970-506-7730 | MANIFEST NO: | 821139221 | CARRIER: | CUSTOMER PICK UP |

| MATERIAL | DESCRIPTION | QUANTITY | WEIGHT | PRICE | ADJUSTMENT | FREIGHT | NET DUE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| 000020158 | KFC MAR 8PC W/TAIL 20HD CWT CVP | 27 CS | 1,342.59 LB | 57.1500 CS | | | 57.1500 | 1,543.05 |
| 000020046 | KFC 2.5 MAR 4PC HH 42HD CWT CVP | 10 CS | 538.40 LB | 42.2000 CS | | | 42.2000 | 422.00 |
| 000024287 | CPRIDE LIVER 4/5# CVP | 2 CS | 40.00 LB | 11.2300 CS | | | 11.2300 | 22.46 |
| | TOTALS in USD | 39 CS | 1,920.99 LB | | | | | 1,987.51 |

**Government Exhibit**

20-cr-152-PAB

**10048**

IMPORTANT:  Please report discrepancies immediately. Claims not submitted within 30 days of invoice date will be subject to denial.

SALES GROUP:  S08

1 of 1

| NET AMOUNT |
|---|
| 1,987.51 |



# INVOICE

**INVOICE NO: 922147108**

Pilgrim's Pride Corporation
GENERAL OFFICES
1770 PROMONTORY CIRCLE
GREELEY, COLORADO 80634

**PLEASE REMIT PAYMENT TO:**
PILGRIM'S PRIDE CORPORATION
PO Box 809225
CHICAGO IL 60680-9225

| | |
|---|---|
| Invoice Date | 12/30/2015 |
| PO Number | 6290 |
| Order Number | 21330781 |
| Account Number | 400297 |
| Incoterm | PLANT |

**Terms /Payment Method**
CASH DUE IN BANK 10 DAYS FROM INVOICE DATE

Product of USA

SOLD-TO: 17424

NEWMANS REFRIGERATED SERVICES
INC
351 ROOSEVELT AVE
CARTERET NJ  07008-3500

SHIP-TO: 211920

NEWMANS REFRIGERATED
351 ROOSEVELT AVE
CARTERET NJ  07008-3500
TEL: 732-541-7900

| | | |
|---|---|---|
| CONTACT PERSON: Camilo Ortiz-Leon | SHIP DATE: 12/30/2015 | ROUTE: CPU |
| CONTACT PHONE: 970-347-5556 | MANIFEST NO: 821129704 | CARRIER: CUSTOMER PICK UP |

| MATERIAL | DESCRIPTION | QUANTITY | WEIGHT | PRICE | ADJUSTMENT | FREIGHT | NET DUE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| 000020158 | KFC MAR 8PC W/TAIL 20HD CWT CVP | 525 CS | 25,868.38 LB | 53.9400 CS | | | 53.9400 | 28,318.50 |
| 000020046 | KFC 2.5 MAR 4PC HH 42HD CWT CVP | 105 CS | 4,917.87 LB | 38.9800 CS | | | 38.9800 | 4,092.90 |
| | TOTALS in USD | 630 CS | 30,786.25 LB | | | | | 32,411.40 |

**Government Exhibit**
20-cr-152-PAB
**10049**

**IMPORTANT:** Please report discrepancies immediately. Claims not submitted within 30 days of invoice date will be subject to denial.

**SALES GROUP:** NAT

1 of 1

| NET AMOUNT |
|---|
| 32,411.40 |

# DELIVERY CONFIRMATION

**INVOICE NO: 922147868**

**Pilgrim's**
Pilgrim's Pride Corporation
GENERAL OFFICES
1770 PROMONTORY CIRCLE
GREELEY, COLORADO 80634

**PLEASE REMIT PAYMENT TO:**
PILGRIM'S PRIDE CORPORATION
PO Box 809225
CHICAGO IL  60680-9225

| | |
|---|---|
| Invoice Date | 12/30/2015 |
| PO Number | at 11  12/30/15 |
| Order Number | 21337932 |
| Account Number | 370889 |
| Incoterm | PLANT |

**Terms /Payment Method**
CASH DUE IN BANK 14 DAYS FROM INVOICE DATE
CHECK

Product of USA

SOLD-TO: 165992

KENTUCKY FRIED CHICKEN - DO NOT MAIL
ATTN: LINDA JACKSON
PO Box 13503
ATLANTA GA  30324

SHIP-TO: 266660

KFC AMF BUFORD DR
928 BUFORD DR
LAWRENCEVILLE GA  30043-4523
TEL: 770-962-1330

| | | | |
|---|---|---|---|
| **CONTACT PERSON:** Kevin Blum | **SHIP DATE:** 12/30/2015 | **ROUTE:** | GL41AT |
| **CONTACT PHONE:** 970-506-7448 | **MANIFEST NO:** 821137479 | **CARRIER:** | CUSTOMER PICK UP |

| MATERIAL | DESCRIPTION | QUANTITY | WEIGHT | PRICE | ADJUSTMENT | FREIGHT | NET DUE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| 000020158 | KFC MAR 8PC W/TAIL 20HD CWT CVP | 22 CS | 1,153.14 LB | 57.2600 CS | | | 57.2600 | 1,259.72 |
| 000020046 | KFC 2.5 MAR 4PC HH 42HD CWT CVP | 3 CS | 160.44 LB | 42.3100 CS | | | 42.3100 | 126.93 |
| | TOTALS in USD | 25 CS | 1,313.58 LB | | | | | 1,386.65 |

**Government Exhibit**
20-cr-152-PAB
**10050**

**IMPORTANT:** Please report discrepancies immediately. Claims not submitted within 30 days of invoice date will be subject to denial.

**SALES GROUP:** S13

1 of 1

**NET AMOUNT**
1,386.65

# DELIVERY CONFIRMATION

**INVOICE NO: 922147876**

**Pilgrim's**

Pilgrim's Pride Corporation
GENERAL OFFICES
1770 PROMONTORY CIRCLE
GREELEY, COLORADO 80634

**PLEASE REMIT PAYMENT TO:**

PILGRIM'S PRIDE CORPORATION
PO Box 809225
CHICAGO IL  60680-9225

| | |
|---|---|
| Invoice Date | 12/30/2015 |
| PO Number | at 12  12/30/15 |
| Order Number | 21337948 |
| Account Number | 375761 |
| Incoterm | PLANT |

**Terms /Payment Method**
CASH DUE IN BANK 14 DAYS FROM INVOICE DATE
CHECK

Product of USA

SOLD-TO: 171751

PENDERGRASS FOODS INC
DBA: KFC/ TACO BELL OF JEFFERSON
62 WASHINGTON ST
JEFFERSON GA  30549-1002

SHIP-TO: 275124

KFC / TACO BELL OF JEFFERSON
4821 HIGHWAY 129 N
JEFFERSON GA  30549-2591
TEL:

**CONTACT PERSON:** Shawna Midence
**CONTACT PHONE:** 970-506-8135

**SHIP DATE:** 12/30/2015
**MANIFEST NO:** 821137566

**ROUTE:** GL41AT
**CARRIER:** CUSTOMER PICK UP

| MATERIAL | DESCRIPTION | QUANTITY | WEIGHT | PRICE | ADJUSTMENT | FREIGHT | NET DUE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| 000020158 | KFC MAR 8PC W/TAIL 20HD CWT CVP | 22 CS | 1,083.24 LB | 57.2600 CS | | | 57.2600 | 1,259.72 |
| 000020046 | KFC 2.5 MAR 4PC HH 42HD CWT CVP | 1 CS | 53.56 LB | 42.3100 CS | | | 42.3100 | 42.31 |
| 000024284 | CPRIDE LIVER 8/5# CVP | 1 CS | 40.00 LB | 22.5400 CS | | | 22.5400 | 22.54 |
| | TOTALS in USD | 24 CS | 1,176.80 LB | | | | | 1,324.57 |

**Government Exhibit**
**20-cr-152-PAB**
**10051**

**IMPORTANT:** Please report discrepancies immediately. Claims not submitted within 30 days of invoice date will be subject to denial.

**SALES GROUP:** S13

1 of 1

**NET AMOUNT**

1,324.57



**Pilgrim's**

Pilgrim's Pride Corporation
GENERAL OFFICES
1770 PROMONTORY CIRCLE
GREELEY, COLORADO 80634

# INVOICE

**INVOICE NO: 922148054**

PLEASE REMIT PAYMENT TO:
PILGRIM'S PRIDE CORPORATION
PO Box 560406
DENVER CO 80256-0406

| | |
|---|---|
| Invoice Date | 12/30/2015 |
| PO Number | 4760398 |
| Order Number | 21317145 |
| Account Number | 400305 |
| Incoterm | PLANT |

**Terms /Payment Method**
PYMT 10 DAYS FROM INVCE DATE

Product of USA

SOLD-TO: 17036

MCLANE COMPANY
CONTACT DELORIS CULBERT 972-364-2864
PO Box 115043
CARROLLTON TX  75006-5043

SHIP-TO: 219995

MCLANE FOODSERVICE - STURTEVANT
1906 GRANDVIEW PKWY
STURTEVANT WI  53177-1272
TEL: 262-504-1626

| CONTACT PERSON: | Camilo Ortiz-Leon | SHIP DATE: | 12/30/2015 | ROUTE: | I01541 |
|---|---|---|---|---|---|
| CONTACT PHONE: | 970-347-5556 | MANIFEST NO: | 821123926 | CARRIER: | G & P DISTRIBUTING INC |

| MATERIAL | DESCRIPTION | QUANTITY | WEIGHT | PRICE | ADJUSTMENT | FREIGHT | NET DUE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| 000059035 | KFC 3 OZ WHL WING BULK 41# CVP | 2 CS | 82.00 LB | 66.9300 CS | | | 66.9300 | 133.86 |
| | Cust. material: 025785 | | | | | | | |
| 000024284 | CPRIDE LIVER 8/5# CVP | 2 CS | 80.00 LB | 20.0000 CS | | | 20.0000 | 40.00 |
| | Cust. material: 022598 | | | | | | | |
| 000080225 | CPRIDE GIZZ 8/5# CVP | 2 CS | 80.00 LB | 24.0000 CS | | | 24.0000 | 48.00 |
| | Cust. material: 022599 | | | | | | | |
| 000020163 | KFC 2.75 SEAS SP BRST 47-53# CWT CVP | 3 CS | 158.00 LB | 69.1200 CS | | | 69.1200 | 207.36 |
| | Cust. material: 029718 | | | | | | | |
| 000020046 | KFC 2.5 MAR 4PC HH 42HD CWT CVP | 70 CS | 3,415.37 LB | 38.9800 CS | | | 38.9800 | 2,728.60 |
| | Cust. material: 029693 | | | | | | | |
| 000020158 | KFC MAR 8PC W/TAIL 20HD CWT CVP | 595 CS | 31,254.90 LB | 53.9400 CS | | | 53.9400 | 32,094.30 |
| | Cust. material: 029692 | | | | | | | |
| | Item Total | | | | | | | 35,252.12 |
| | Flat Freight | | | | | | | 1,325.00 |
| | Fuel Surcharge | | | | | | | 89.80 |
| | TOTALS in USD | 674 CS | 35,070.27 LB | | | | | 36,666.92 |

**Government Exhibit**

20-cr-152-PAB

**10052**

IMPORTANT:  Please report discrepancies immediately. Claims not submitted within 30 days of invoice date will be subject to denial.

SALES GROUP: NAT

1 of 1

**NET AMOUNT**

36,666.92

**HIGHLY CONFIDENTIAL**

PILGRIMS2-DOJ-0000000005



**Pilgrim's**

Pilgrim's Pride Corporation
GENERAL OFFICES
1770 PROMONTORY CIRCLE
GREELEY, COLORADO 80634

# INVOICE

**INVOICE NO: 922148064**

PLEASE REMIT PAYMENT TO:

PILGRIM'S PRIDE CORPORATION
PO Box 809225
CHICAGO IL 60680-9225

| Invoice Date | 12/30/2015 |
| PO Number | 4692631 |
| Order Number | 21344127 |
| Account Number | 305602 |
| Incoterm | PLANT |

**Terms /Payment Method**
CASH DUE IN BANK 10 DAYS FROM INVOICE DATE

Product of USA

SOLD-TO: 17092

HAAG FOOD SERVICE INC
PO Box 348
BREESE IL  62230

SHIP-TO: 202404

HAAG FOOD SERVICE INC
1154 N 4TH ST
BREESE IL  62230-1781
TEL: 618/526-7120

| CONTACT PERSON: | Elizabeth Damico | SHIP DATE: | 12/30/2015 | ROUTE: | I01542 |
| CONTACT PHONE: | 970-506-7744 | MANIFEST NO: | 821137448 | CARRIER: | JOHNSTON |

| MATERIAL | DESCRIPTION | QUANTITY | WEIGHT | PRICE | ADJUSTMENT | FREIGHT | NET DUE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| 000020158 | KFC MAR 8PC W/TAIL 20HD CWT CVP | 385 CS | 20,563.44 LB | 55.6300 CS | | | 55.6300 | 21,417.55 |
| 000020046 | KFC 2.5 MAR 4PC HH 42HD CWT CVP | 42 CS | 2,083.04 LB | 40.6700 CS | | | 40.6700 | 1,708.14 |
| 000031375 | 2.75-3.00 MAR NEU 8PC 16HD CWT CVP | 14 CS | 654.00 LB | 1.1000 LB | | | 1.1000 | 719.40 |
| 000001516 | 8 OZ B/S BFLY BRST 2/10# CVP | 3 CS | 60.00 LB | 2.0400 LB | | | 2.0400 | 122.40 |
| 000024284 | CPRIDE LIVER 8/5# CVP | 42 CS | 1,680.00 LB | 21.2900 CS | | | 21.2900 | 894.18 |
| 000080225 | CPRIDE GIZZ 8/5# CVP | 1 CS | 40.00 LB | 25.2900 CS | | | 25.2900 | 25.29 |
| 000025138 | SM BIRD DRUM 40# CVP | 5 CS | 200.00 LB | 0.7700 LB | | | 0.7700 | 154.00 |
| 000033250 | WHL WING 40# CVP | 35 CS | 1,400.00 LB | 1.4300 LB | | | 1.4300 | 2,002.00 |
| 000012907 | CPRIDE LEG QTR 40# CVP | 7 CS | 280.00 LB | 0.2500 LB | | | 0.2500 | 70.00 |
| 000024303 | HEART 40# CVP | 2 CS | 80.00 LB | 0.6200 LB | | | 0.6200 | 49.60 |
| | TOTALS in USD | 536 CS | 27,040.48 LB | | | | | 27,162.56 |

**Government Exhibit**

20-cr-152-PAB

**10053**

**IMPORTANT:** Please report discrepancies immediately. Claims not submitted within 30 days of invoice date will be subject to denial.

**SALES GROUP:** NAT

1 of 1

| NET AMOUNT |
|---|
| 27,162.56 |

**HIGHLY CONFIDENTIAL**

PILGRIMS2-DOJ-0000000006



# INVOICE

**INVOICE NO: 922160015**

**PLEASE REMIT PAYMENT TO:**
PILGRIM'S PRIDE CORPORATION
PO Box 809225
CHICAGO IL 60680-9225

| | |
|---|---|
| Invoice Date | 01/04/2016 |
| PO Number | Butts Jackson 12/30/ |
| Order Number | 21344120 |
| Account Number | 317754 |
| Incoterm | PLANT |

**Terms /Payment Method**
CASH DUE IN BANK 10 DAYS FROM INVOICE DATE
CHECK BY FAX

Pilgrim's Pride Corporation
GENERAL OFFICES
1770 PROMONTORY CIRCLE
GREELEY, COLORADO 80634

Product of USA

SOLD-TO: 25865

BUTTS FOODS INC
PO Box 2466
JACKSON TN 38302

SHIP-TO: 219723

BUTTS FOODS
432 N ROYAL ST
JACKSON TN 38301-5466
**TEL: 731-423-3456**

| | | | | |
|---|---|---|---|---|
| **CONTACT PERSON:** Kevin Blum | **SHIP DATE:** 12/30/2015 | | **ROUTE:** | CPU |
| **CONTACT PHONE:** 970-506-7448 | **MANIFEST NO:** 821138049 | | **CARRIER:** | CUSTOMER PICK UP |

| MATERIAL | DESCRIPTION | QUANTITY | WEIGHT | PRICE | ADJUSTMENT | FREIGHT | NET DUE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| 000054526 | 2.25-2.5 WOG 16 HD CVP | 35 CS | 1,360.90 LB | 0.7900 LB | | | 0.7900 | 1,075.11 |
| 000012936 | 2.75-3.0 WOG 24HD CWT CVP | 14 CS | 937.60 LB | 0.7900 LB | | | 0.7900 | 740.70 |
| 000019333 | CPRIDE 3.0-3.25 SPWOG NFNT 12HD SONNYCVP | 42 CS | 1,596.00 LB | 1.0400 LB | | | 1.0400 | 1,659.84 |
| 000019173 | POPEYES 2.31-2.69 8PC 16HD NF CB CWT CVP | 60 CS | 2,387.70 LB | 39.6700 CS | | | 39.6700 | 2,380.20 |
| 000019557 | POPEYES HH C-UP 32HD BOX CB CWT CVP | 1 CS | 44.00 LB | 27.8800 CS | | | 27.8800 | 27.88 |
| 000020158 | KFC MAR 8PC W/TAIL 20HD CWT CVP | 100 CS | 5,233.93 LB | 53.9400 CS | | | 53.9400 | 5,394.00 |
| 000020046 | KFC 2.5 MAR 4PC HH 42HD CWT CVP | 8 CS | 439.37 LB | 38.9800 CS | | | 38.9800 | 311.84 |
| 000094137 | LEES 8PC NFT 20HD CWT CO2 | 13 CS | 705.50 LB | 1.0750 LB | | | 1.0750 | 758.41 |
| 000070021 | 2.25-2.50# DRUM/THG NFT CWT IP | 5 CS | 243.10 LB | 0.7850 LB | | | 0.7850 | 190.83 |
| 000025141 | SM BIRD SP BRST 40# CVP | 100 CS | 4,000.00 LB | 0.7500 LB | | | 0.7500 | 3,000.00 |
| 000033250 | WHL WING 40# CVP | 70 CS | 2,800.00 LB | 1.3400 LB | | | 1.3400 | 3,752.00 |
| 000025138 | SM BIRD DRUM 40# CVP | 252 CS | 10,080.00 LB | 0.6500 LB | | | 0.6500 | 6,552.00 |
| 000020675 | CPRIDE THG 40# FWT CVP | 100 CS | 4,000.00 LB | 0.2600 LB | | | 0.2600 | 1,040.00 |
| | TOTALS in USD | 800 CS | 33,828.10 LB | | | | | 26,882.81 |

**Government Exhibit**

20-cr-152-PAB

**10054**

**IMPORTANT:** Please report discrepancies immediately. Claims not submitted within 30 days of invoice date will be subject to denial.

**SALES GROUP:** NAT

1 of 1

| NET AMOUNT |
|---|
| 26,882.81 |