IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Case No. 20-cr-00152-PAB |
| v. | |
| 1. JAYSON JEFFREY PENN, <br> 2. MIKELL REEVE FRIES, <br> 3. SCOTT JAMES BRADY, <br> 4. ROGER BORN AUSTIN, and <br> 8. WILLIAM WADE LOVETTE, | |
| Defendants. | |

### DEFENDANTS' MOTION TO FILE OPPOSITIONS TO MOTIONS IN LIMINE IN EXCESS OF PAGE LIMITS

Defendants, by and through their respective counsel, respectfully move this Court for permission to file Oppositions to the Department of Justice's Omnibus Motions in Limine in excess of the Court's fifteen-page limit. Defendants seek an additional five (5) pages to respond to the six issues raised in the DOJ's omnibus motions. Opposition papers are due on Thursday, May 12, 2022, and granting this request for additional pages would not cause any delay or hinder compliance with this deadline.

Good cause exists for permitting an additional five pages. Defendants are responding as one group to six separate arguments. *See* ECF 1306. These additional pages will permit Defendants to better address the Department of Justice's various arguments as a group, rather than individually. Defendants believe that the additional length will better allow the Court to

1

efficiently and accurately evaluate the issues presented.

Dated:  May 11, 2022                                              Respectfully submitted,

s/ *Michael F. Tubach*

Michael F. Tubach (Cal. Bar No. 145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701
E-mail:  mtubach@omm.com
*Attorney for Defendant Jayson Jeffrey Penn*

s/ *Bryan B. Lavine*

Bryan B. Lavine
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30308
404-885-3170
Fax: 404-962-6613
Email: bryan.lavine@troutman.com
*Attorney for Defendant Scott James Brady*

s/ *John A. Fagg, Jr.*

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
704-331-3622
Fax: 704-378-2092
Email: johnfagg@mvalaw.com
*Attorney for Defendant William Wade Lovette*

s/ *Richard K. Kornfeld*

Richard K. Kornfeld
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
303-573-1900
Fax: 303-446-9400
Email: rick@rklawpc.com
*Attorney for Defendant Mikell Reeve Fries*

s/ *Michael S. Feldberg*

Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP - New York
750 Third Avenue, 24th Floor
New York, New York 10017
212-381-4970
Fax: 212-381-4971
Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Roger Born Austin*

2

3

CERTIFICATE OF SERVICE

I hereby certify that on this 11th of May, 2022, I electronically filed the foregoing **DEFENDANTS' MOTION TO FILE OPPOSITIONS TO MOTIONS IN LIMINE IN EXCESS OF PAGE LIMITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Laura Carwile*