# ATTACHMENT B

January 14, 2011

William W. Lovette
Pilgrim's Pride Corporation
2412 Selwyn Ave.
Charlotte, NC 28209

Employment Agreement

Dear Bill:

      The following sets forth our agreement regarding your employment with Pilgrim's Pride Corporation, a Delaware corporation (the "Company").

      1.    Effective Date and Term. The period of your employment (the "Term") under this agreement (the "Agreement") will begin on January 3, 2011 (the "Effective Date") and continue until December 31, 2013 (the "End Date"), unless earlier terminated in accordance with Section 4. Neither you nor the Company has any obligation to extend the Term beyond the End Date, and if your employment with the Company and its subsidiaries (collectively, the "Company Group") continues after the End Date, it shall be for such period and be subject to such terms as you and the Company shall agree in connection with the continuation of your employment.



Highly Confidential

Government Exhibit
20-cr-152-PAB
10045

PILGRIMS-DOJ-0006165328



2. Compensation.

(a) The Company will pay you a base salary ("Base Salary") at the annual rate of ▓▓▓▓ payable in accordance with the Company's payroll practices for executive employees in effect from time to time.

(b) For each full year during the Term, you will be eligible to earn an annual cash bonus (the "Annual Bonus") under the Company's Short-Term Incentive Plan (the "STIP"). The performance objectives applicable to 2011 Annual Bonus will be as follows:

| 2011 EBITDA | Bonus Amount |
|---|---|
| $400 million | ▓▓▓▓ |
| $500 million | ▓▓▓▓ |
| Above $500 million | ▓▓▓▓ |

If applicable, any Annual Bonus for 2011 will be prorated for amounts between $400 and $500 million EBITDA. Notwithstanding the performance objectives above, the Annual Bonus for 2011 will not be less than ▓▓▓▓. For purposes of the 2011 Annual Bonus and the STIP, "EBITDA" for each applicable period shall be determined by the Board in accordance the Company's audited financial statements and U.S. generally accepted accounting principles as applied on a consistent basis to the Company.

Your annual bonus opportunity for years after 2011 will be set by the Board so as to align your bonus opportunity with the Company's annual budget for that year and shall be based on such objective and subjective performance factors as the Board shall determine after consultation with you. The Board shall have the exclusive authority to determine whether and to what extent the performance objectives for a given year have been achieved. The Annual Bonus for each year under the STIP will be paid in the year following the year for which bonus is earned in accordance with the payment and other terms of the STIP, subject to your continued employment through the applicable bonus payment date, and no Annual Bonus for a year will be payable to you if you are not employed on the applicable payment date. The maximum Annual Bonus for a year will be capped in an amount specified in the STIP.

[Pages 3-8 Redacted]

Highly Confidential

PILGRIMS-DOJ-0006165330



\* \* \* \*

      If the foregoing correctly sets forth your understanding of our agreement, please indicate your acceptance by signing and dating the attached copy of this Agreement and returning it to the Company, attention of the undersigned.

PILGRIMS PRIDE CORPORATION

By: _____

Title: Principal Financial ; Chief Acctg Officer

ACCEPTED AND AGREED:

_____
William W. Lovette

_____
Date

Highly Confidential

PILGRIMS-DOJ-0006165336