# Exhibit A



O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

T: +1 415 984 8700
F: +1 415 984 8701
omm.com

May 11, 2022

**Michael Tubach**
D: +1 415 984 8876
mtubach@omm.com

**VIA EMAIL**

Kevin Hart, Esq.
Leslie Wulff, Esq.
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, D.C. 20530

**Re:**   ***United States of America v. Jayson Penn et al.*, 1:20-CR-00152-PAB-1
(D. Colo.)**

Dear Counsel:

I write on behalf of all Defendants. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), this letter constitutes notice that some or all Defendants in the above-captioned action may tender the expert testimony of Wayne Guay and Robert Daines under Federal Rule of Evidence 702.[1] A summary of the witnesses' qualifications and expected testimony appears below and in the attached appendices. Defendants reserve the right to update and supplement this disclosure in light of the government's new productions to Defendants; the volume of the government's production to date; Defendants' inability to predict the government's trial evidence, and the government's disclosure of new witnesses and trial exhibits. Defendants also reserve the right to update and supplement this disclosure based on the witnesses' further analysis of the discovery and documentary record; new facts or theories that the government discloses or presents at trial; or information Defendants or their counsel discover as the result of their ongoing investigations in this case.

---

[1] Defendants reincorporate by reference their previous expert disclosures, including those dated May 14, 2021, July 19, 2021, and October 22, 2021.

O'Melveny

## I.   Wayne Guay

Professor Wayne Guay, Ph.D. is an expert in executive compensation and incentives. A summary of Professor Guay's qualifications and expected testimony is below. Professor Guay's expert opinions are expected to be based upon:

- His review of the compensation structure for senior executives at Pilgrim's Pride during the years 2012 through 2019, including through relevant information contained in Pilgrim's Pride annual proxy statements and materials pertaining to executive compensation at Pilgrim's Pride, including materials from its compensation committee and independent advisors and consultants retained by Pilgrim's Pride;

- His review of relevant information from publicly-available sources, including financial statements and company websites as well as academic literature and third-party reports related to executive compensation and incentives;

- His analysis of how executive compensation is structured at other companies, including peer firms, and trends in the area of executive compensation among large public companies like Pilgrim's Pride; and

- His experience and specialized knowledge in the field of executive compensation and incentives.

Professor Guay is also expected to offer testimony regarding the evidentiary record at trial related to compensation and incentives, if any, and respond to any relevant witnesses that the government calls in its case in chief.

Professor Guay is being compensated at an hourly rate of $975. He is being assisted by the staff of Analysis Group, Inc. in this matter and receives compensation based on the professional fees of Analysis Group. Professor Guay's compensation is not contingent upon the nature of his findings, the testimony he may give, or on the outcome of this matter.

### A.   Qualifications

Professor Guay is the Yageo Professor of Accounting at The Wharton School of Business at the University of Pennsylvania, where he has been on the faculty since 1997. Professor Guay earned a Ph.D. in accounting and an M.S. in business administration with a concentration in applied economics from the University of Rochester in 1997. He earned his MBA from Northeastern University in 1993. He earned his B.S. in engineering and management from Clarkson University in 1989. Professor Guay specializes in the study of executive compensation, incentives, and corporate governance, and in examining how the pay of individuals and the structure of their organizations provides them with incentives that influence their behavior.

O'Melveny

Over his career, Professor Guay has published numerous peer-reviewed articles in leading accounting, finance, economics, and law journals, including more than two dozen articles on the topics of executive compensation and incentives, executive stock holdings, insider trading, and corporate governance. He has been invited to give keynote addresses, lectures, and research presentations at more than one hundred and fifty universities and conferences around the world, with the vast majority of these talks covering topics in executive compensation and incentives, executive stock trading, and corporate governance. He has taught doctoral-level classes and courses on executive compensation and incentives, executive stock trading, and corporate governance at more than a dozen universities around the world.

Professor Guay currently serves as an Editor of the Journal of Accounting & Economics, a leading academic journal in the field of accounting, and has previously served on the editorial boards of the Journal of Accounting Research and the Accounting Review. He regularly contributes to leading finance journals, such as the Journal of Finance, the Journal of Financial Economics, and the Review of Financial Studies, both as an author and referee. He has testified as an expert at trial in civil and criminal matters, arbitrations, and depositions in over a dozen cases on topics related to executive compensation and incentives, executive stock trading, and corporate governance.

A copy of Professor Guay's curriculum vitae is attached as Appendix A.

**B.    Expected Testimony**

**1.    Assignment**

Professor Guay is expected to provide expert testimony on the following topics:

- Typical components of corporate executive compensation and associated incentives;

- Recent trends in executive compensation components and structure among large public corporations; and

- Evaluation of Pilgrim's Pride executive compensation structure and associated incentives.

**2.    Typical Components of Corporate Executive Compensation & Associated Incentives**

Professor Guay is expected to testify that total annual compensation for executives typically consists of four main components: (i) base salary, (ii) annual

O'Melveny

cash bonus and incentive compensation, (iii) long-term incentive plans, and (iv) other compensation.

Professor Guay is expected to testify that base salary is the fixed cash component of the compensation package. Annual cash bonus and incentive compensation, often referred to as short-term incentive plans ("STIPs"), is an annual cash payout to the executive based on the achievement of specific corporate and/or individual performance objectives. Long-term incentive plans ("LTIPs") are periodic grants of restricted stock, stock options, or performance-based payments of cash, stock, or options based on a performance period of up to five years. Other compensation typically takes such forms as accrued pension benefits, insurance benefits, and reimbursements for certain fees and perquisites. Compensation associated with STIPs and LTIPs can vary each year, and therefore can be described as the variable portion of compensation.

Professor Guay is also expected to describe the variable components of executive compensation in further detail, including the extent to which performance and relative performance hurdles are used in determining compensation under STIPs and/or LTIPs.

### 3. Recent Trends in Executive Compensation Components and Structure Among Large Public Corporations

Professor Guay is expected to testify on the use of relative performance metrics in determining variable executive compensation. He is expected to testify on the findings of academic literature on the topic of relative performance metrics for executive compensation and associated incentives.  He is expected to testify that the prevalence of relative performance evaluation ("RPE") in executive pay has grown substantially in recent years and that RPE puts executives in direct competition with peer managers, thereby incentivizing competition.

Professor Guay is also expected to draw on academic and industry literature to describe the typical processes and considerations used by publicly-held firms in determining compensation and compensation structure for their senior executives.

### 4. Evaluation of Pilgrim's Pride Senior Executive Compensation and Compensation Process

Professor Guay is expected to describe the compensation practices and structure for Pilgrim's Pride senior executives during the 2012 through 2019 time period. He is also expected to evaluate these practices and structures by analyzing information contained in Pilgrim's Pride's Securities and Exchange Commission ("SEC") disclosures and internal documents.

Professor Guay is expected to testify as to how Pilgrim's Pride compensation-setting process and compensation structure compares to peers, including by

O'Melveny

comparison to the set of firms, known as the "pay comparator group," contained in Pilgrim's Pride's proxy statements as well as to large public companies like Pilgrim's Pride.

Professor Guay is also expected to testify that Pilgrim's Pride's emphasis on relative performance compensation—which incentivizes senior executives to compete with peer firms—was on the leading edge of practices at the time.

Professor Guay is also expected to testify that the compensation structure at the two other publicly traded broiler chicken companies—Sanderson Farms and Tyson Foods—incentivized senior executives at those firms to compete with their peers at Pilgrim's Pride.

### 5.    Response to the Government's Evidence

Depending on the evidence presented by the Government, Professor Guay may testify about evidence offered by witnesses within the scope of his expertise and address any testimony, analysis, or evidence offered by the Government.

## II.    Robert Daines

Professor Robert M. Daines is an expert in corporate finance and corporate governance, including the areas of executive and incentive compensation. A summary of Professor Daines' qualifications and expected testimony is below. Professor Daines' expert opinions are expected to be based upon:

- His review of documents reflecting and discussing the compensation structure for executives at Pilgrim's Pride from 2012 through 2019, which includes information contained in Pilgrim's Pride's filings with the SEC and materials produced by the Department of Justice related to executive compensation at Pilgrim's Pride;

- His knowledge and analysis of the structure of executive compensation at public companies;

- His review of publicly-available information, including SEC filings and company websites, as well as academic literature and third-party reports related to executive compensation and incentives; and

- His training, experience, research, and specialized knowledge in the field of executive and incentive compensation.

Professor Daines may also testify regarding the evidentiary record at trial related to compensation, including incentive-based compensation, and he may testify in response to relevant testimony from witnesses that the government offers or is anticipated to offer.

O'Melveny

Professor Daines is being compensated at an hourly rate of $1,300, which is his standard hourly rate. He is being assisted by the staff of Compass Lexecon in this matter. Professor Daines' compensation is not contingent upon the nature of his findings, the testimony he may give, or on the outcome of this matter.

### A. Qualifications

Professor Daines is the Pritzker Professor of Law and Business and Associate Dean at Stanford Law School and Professor of Finance (by courtesy) at the Stanford Graduate School of Business. He is also Senior Faculty at the Arthur and Toni Rembe Rock Center for Corporate Governance.

Professor Daines received his JD from Yale Law School, where he received the Olin Prize for the Best Paper in Law and Economics. He received his BS/BA in Economics and American Studies from Brigham Young University. After law school, Professor Daines served as a law clerk for Judge Ralph Winter on the U.S. Court of Appeals for the Second Circuit.

At Stanford, Professor Daines teaches courses on the Law and Economics of Complex Transactions, International Business Transactions, Regulation and Litigation, Corporations, including mergers and acquisitions ("M&A"), Corporate Finance, and advanced courses on Corporate Governance. Before coming to Stanford, he taught at the New York University School of Law and the Yale Law School, and has also taught at Columbia Law School, the University of Toronto Faculty of Law, and the University of Basel.

Professor Daines' academic research focuses on corporate governance, including the areas of executive and incentive compensation, and law and finance; it has appeared in the Journal of Financial Economics, the Journal of Financial and Quantitative Analysis, the Journal of Law, Economics and Organization, and The Yale Law Journal; and it has been covered in mainstream publications that include The Economist, the New York Times, the Wall Street Journal, the Financial Times, Forbes, and Fortune.

Professor Daines is (or has been) a member of the NASDAQ Stock Market Review Council, the Chair of the Corporate and Securities Law Section of the American Law and Economics Association, the Law and Economics Section of the Association of American Law Schools, and the Program Committee for the Conference on Empirical Legal Studies. He is a member of the American Finance Association and the American Law and Economics Association. In addition, he has served as a referee for various professional journals and publications, including the Journal of Finance, Journal of Law and Economics, Journal of Law, Economics and Organization, Journal of Financial and Quantitative Analysis, Financial Management, Journal of Legal Studies, The American Law and Economics Review, and others.

O'Melveny

Professor Daines regularly provides business and legal training to corporate directors as part of executive education programs on corporate governance and on mergers and acquisitions run by Stanford Graduate School of Business, Stanford Law School.

Before entering academia, Professor Daines was an associate in the investment banking division of Goldman Sachs & Company from 1993 to 1997, where he advised firms and conducted due diligence investigations for public and private financings, bank loans, and potential acquisitions.

Professor Daines has been qualified as an expert, provided testimony, or consulted on many cases involving corporate governance, complex corporate transactions, and corporate finance, among other things. He has been retained on several occasions by the Securities and Exchange Commission and by the United States Department of Justice to provide expert testimony on various issues including corporate finance, corporate governance, and complex corporate transactions.

A copy of Professor Daines's curriculum vitae is attached as Appendix B.

**B.     Expected Testimony**

Professor Daines is expected to testify regarding the topic areas identified below. Because Defendants cannot anticipate the documentary evidence or testimony that the government will offer in its case-in-chief, Defendants reserve the right to ask Professor Daines to provide testimony on other topics and to supplement this disclosure in response to such evidence as appropriate.

**1.     Assignment**

Professor Daines is expected to provide expert analyses of the following topics:

- Typical components and structure of executive compensation, including incentive-based compensation;

- Analysis of Pilgrim's Pride executive compensation structure, including incentive-based components of such compensation;

- The evidentiary record at trial related to compensation, including incentive-based components thereof; and

- Topics in response to relevant testimony from witnesses that the government offers or is anticipated to offer regarding executive compensation.

O'Melveny

    **2.**     **Typical Components of Executive Compensation & Associated Incentives**

Professor Daines is expected to testify that, at public companies, total compensation for executives commonly consists of several components, and can include: (i) base salary, (ii) annual cash bonus and incentive compensation, (iii) long-term incentive compensation, and (iv) other forms of compensation.

Professor Daines is expected to testify that base salary is most commonly the fixed cash component of the compensation package. Incentive compensation is typically based on the achievement of specific corporate and individual performance objectives over a defined period of time and may be in the form of cash, restricted stock, or stock options.

Professor Daines is expected to testify about the use of relative performance metrics (measured against peer companies, for example) to determine incentive or variable components of executive compensation.

Professor Daines also is expected to testify regarding the impact relative performance metrics may have on incentivizing competition both generally and at Pilgrim's Pride during the relevant period.

    **3.**     **Evaluation of Pilgrim's Pride Executive Compensation and Compensation Process**

Professor Daines is expected to describe the compensation practices and structure for Pilgrim's Pride senior executives from 2012 through 2019. He is expected to provide testimony regarding his analysis of these practices and structures based on information contained in Pilgrim's Pride's disclosures on executive compensation contained in their annual proxy statements, known as a Schedule 14A filings, as well as in documents produced in this case.

Professor Daines is expected to describe components of executive compensation at Pilgrim's, including how Pilgrim's financial performance and performance relative to other chicken producers was used to determine awards of executive incentive compensation.

He may testify to the incentives created by the Pilgrim's Pride executive compensation plans during these years and the components of the plan that would incentivize efforts to outperform competitors.

Professor Daines may testify as to how Pilgrim's Pride compensation practices and structure compare to (i) those of other publicly-traded companies and (ii) industry and academic literature regarding such practices and structures.

**O'Melveny**

---

### 4.   Response to the Government's Evidence

Depending on the evidence presented by the Government, Professor Daines may testify about evidence offered by witnesses within the scope of his expertise and address any testimony, analysis, or evidence offered by the Government.

Sincerely,

*/s/ Michael F. Tubach*

Michael F. Tubach

of O'MELVENY & MYERS LLP

cc:     All Counsel of Record

# <u>Appendix A</u>

May, 2022

## WAYNE R. GUAY

**Office**
1329 Steinberg Hall - Dietrich Hall
Philadelphia, PA  19104-6365
Phone: (215) 898-7775
guay@wharton.upenn.edu

**Home**



### EDUCATION

**University of Rochester, William E. Simon Graduate School of Business**
Ph.D., Accounting, 1998.
M.S., Business Administration, Concentration in Applied Economics, 1996.

**Northeastern University**
Masters in Business Administration, 1993.

**Clarkson University**
B.S., Engineering and Management, 1989.

### ACADEMIC APPOINTMENTS

**The Wharton School of Business, University of Pennsylvania, 1997-Present**
Yageo Professor of Accounting, 2010-Present
Associate Professor of Accounting, 2004-2010
Assistant Professor of Accounting, 1997-2004

### PROFESSIONAL SERVICE

Editor, *Journal of Accounting & Economics*, 2012-Present

### PUBLICATIONS

<u>Refereed papers</u>

"Busy Directors and Shareholder Satisfaction," with Kevin Chen, *Journal of Financial and Quantitative Analysis* 55 (2020): 2181-2210.

"The Role of Executive Cash Bonuses in Providing Individual and Team Incentives," with John Kepler and David Tsui, *Journal of Financial Economics* 133, (2019): 441-471.

"Tax Aggressiveness and Corporate Transparency," with Karthik Balakrishnan and Jennifer Blouin, *The Accounting Review* 94 (2019): 45-69.

"Conservative Disclosure," with Ro Verrecchia, *Journal of Financial Reporting* 3, (2018): 73-91.

May, 2022

"Guiding Through the Fog: Financial Statement Complexity and Voluntary Disclosure," with Delphine Samuels and Daniel Taylor, *Journal of Accounting & Economics* 62, (2016): 234-269.

"Do Independent Directors Cause Improvements in Firm Transparency?," with Christopher Armstrong and John Core, *Journal of Financial Economics* 113, (2014): 383-403.

"Are US CEOs Paid More Than UK CEOs? Inferences From Risk-Adjusted Pay?," with John Core and Martin Conyon, *Review of Financial Studies* 24, (2011): 402-438.

"Properties of Implied Cost of Capital Using Analysts' Forecasts," with S.P. Kothari and Susan Shu, *Australian Journal of Management* 36, (2011): 125-149.
    Best Paper Award – *Australian Journal of Management* Article of the Year, 2011

"Have the tax benefits of debt been overestimated?," with Jennifer Blouin and John Core, *Journal of Financial Economics* 98, (2010): 195-213.

"The Role of the Business Press as an Information Intermediary," with Brian Bushee, John Core, and Sophia Hamm, *Journal of Accounting Research* 48, (2010): 1-19.

"The Power of the Pen and Executive Compensation," with John Core and David Larcker, *Journal of Financial Economics* 88, (2008): 1-25.

"Is Accruals Quality a Priced Risk Factor?," with John Core and Rodrigo Verdi, *Journal of Accounting & Economics* 46, (2008): 2-22.

"Agency Problems of Excess Endowment Holdings in Not-For-Profit Firms," with John Core and Rodrigo Verdi, *Journal of Accounting & Economics* 41, (2006): 307-333.

"Does Weak Governance Cause Weak Stock Returns?  An Examination of Firm Operating Performance and Investors' Expectations," with John Core and Tjomme Rusticus, *Journal of Finance* 56, (2006): 655-687.

"Stock Market Anomalies: What Can We Learn from Repurchases and Insider Trading?," with John Core, Scott Richardson and Rodrigo Verdi, *Review of Accounting Studies* 11 (2006): 49-70.

"Price versus Non-Price Performance Measures in Optimal CEO Compensation Contracts," with John Core and Ro Verrecchia, *The Accounting Review* 78, (2003): 957-981.

"Market Valuations in the New Economy: An Investigation of What Has Changed," with John Core and Andy Van Buskirk, *Journal of Accounting & Economics* 34, (2003): 43-67.
    Best Paper Award – second prize, *Journal of Accounting & Economics Conference*, 2001.

May, 2022

"How Much Do Firms Hedge with Derivatives?," with S.P. Kothari, *Journal of Financial Economics* 70, (2003): 423-461.

"The Economic Dilution of Employee Stock Options: Diluted EPS for Valuation and Financial Reporting," with John Core and S.P. Kothari, *The Accounting Review* 77, (2002): 627-652.
> Best Paper Award – *The Accounting Review* Article of the Year 2002, selected by the Financial Executive Research Foundation.

"Estimating the Value of Employee Stock Option Portfolios and Their Sensitivities to Price and Volatility," with John Core, *Journal of Accounting Research* 40, (2002): 613-630.

"Stock Option Plans for Non-Executive Employees," with John Core, *Journal of Financial Economics* 61, (2001): 253-287.
> All Star Paper Award, *Journal of Financial Economics*, 2005.

"The Usefulness of Long-Term Accruals," with Baljit K. Sidhu, *Abacus* 37, (2001) 110-131.

"The Cash-Flow Permanence and Information Content of Dividend Increases vs. Repurchases," with Jarrad Harford, *Journal of Financial Economics* 57, (2000): 385-415.

"The Use of Equity Grants to Manage Optimal Equity Incentive Levels," with John Core, *Journal of Accounting & Economics* 28, (1999): 151-184.

"The Sensitivity of CEO Wealth to Equity Risk: An Analysis of the Magnitude and Determinants," *Journal of Financial Economics* 53, (1999): 43-78.

"The Impact of Derivatives on Firm Risk: An Empirical Examination of New Derivatives Users," *Journal of Accounting & Economics* 26, (1999): 319-351.

"A Market-Based Evaluation of Discretionary-Accruals Models," with S.P. Kothari and Ross L. Watts, *Journal of Accounting Research* 34, Supplement (1996): 83-105.

Invited papers

"Identification and generalizability in accounting research: A discussion of Christensen, Floyd, Liu, and Maffett (2017)," with Stephen Glaeser, *Journal of Accounting & Economics* 64, (2017): 305-312.

"The Role of Financial Reporting and Transparency in Corporate Governance," with Christopher Armstrong, Hamid Mehran, and Joseph Weber, *Economic Policy Review* 22 No.1, (2016): 107-128.

"The Role of Information and Financial Reporting in Corporate Governance and Debt Contracting," with Christopher Armstrong and Joseph Weber, *Journal of Accounting & Economics* 50, (2010): 179-234.

May, 2022

"Is There a Case for Regulating Executive Pay in the Financial Services Industry?," with John Core, in *After the Crash: The Future of Finance: Chapter 5*, published by Brookings Institution Press (2010): 115-140.

"Is CEO Pay Too High and Are Incentives Too Low: A Wealth-Based Contracting Framework," with John Core, *Academy of Management Perspectives* 24 (Feb. 2010): 5-19.

"Discussion of Ramanna and Roychodhury (2010): Elections and Discretionary Accruals: Evidence from 2004," *Journal of Accounting Research* 48, (2010): 477-487.

"Conservative Financial Reporting, Debt Covenants, and the Agency Costs of Debt," *Journal of Accounting & Economics* 45 (2008): 175-180.

"Discussion of Accounting Discretion, Corporate Governance, and Firm Performance," *Contemporary Accounting Research* 25 (Summer 2008): 407-413.

"Discussion of an Economic Framework for Conservative Accounting and Bushman and Piotroski," with Ro Verrecchia, *Journal of Accounting & Economics* 42, (2006): 149-165.

"Discussion of Ball and Shivakumar: The Role of Accruals in Asymmetrically Timely Gain and Loss Recognition," *Journal of Accounting Research* 44, (2006): 243-255.

"Is U.S. CEO Compensation Broken," with John Core and Randall Thomas, *Journal of Applied Corporate Finance* 17 No. 4, (2005): 97-104.

"Accounting for Employee Stock Options," with S.P. Kothari and Richard Sloan, *American Economic Review* 93 No. 2, (2003): 405-409.

"Executive Equity Compensation and Incentives: A Survey", with John Core and David Larcker. *Economic Policy Review* 9, (2003): 27-50.

"Discussion of: Real Investment Implications of Employee Stock Option Exercises," *Journal of Accounting Research* 40, (2002): 395-406.

"Discussion of Value Investing:  The Use of Historical Financial Statement Information to Separate Winners from Losers," *Journal of Accounting Research* 38, Supplement (2000): 43-51.

Other articles

"Is U.S. CEO Compensation Inefficient Pay without Performance? A review of *Pay without Performance: The Unfulfilled Promise of Executive Compensation*, by Lucian Bebchuk and Jesse Fried," with John Core and Randall Thomas, *Michigan Law Review* 103, No. 6 (2005): 1142-1185.

May, 2022

"Equity Incentives," with John Core and David Larcker, in *Top Pay and Performance: International and Strategic Approach: Chapter 8*, published by Elsevier Butterworth-Heinemann (2005): 157-172.

**WORKING PAPERS**

"Determinants of Insider Trading Windows" with Shawn Kim and David Tsui

"Relative Performance Evaluation and the Peer Group Opportunity Set" with Matthew Bloomfield and Oscar Timmermans

"Contextual Corporate Governance" with Kevin Chen and John Core

"Multidimensional Corporate Governance" with Kevin Chen and Richard Lambert

"Why Do CEOs Hold Equity?," with Chris Armstrong and John Core.

"When are Executive Compensation and Incentives Appropriately Measured by Their Market Values?," with John Core.

"The Other Side of the Trade-Off: The Impact of Risk on Executive Compensation: A Revised Comment," with John Core.

**INVITED UNIVERSITY PRESENTATIONS**

Boston College, 2013, 2021
Chinese University of Hong Kong, 2021
University of Utah, 2005, 2021
University of California at Berkeley, 2021
University of Texas at Dallas, 2008, 2021
Stanford University, 2005, 2006, 2014, & 2020
Rice University, 2020
University of Miami, 2020
University of Frankfurt, 2019, 2018 (Metzler Bank Visiting Professor)
Tulane University, 2018
University of Melbourne, 2018
University of Sydney, 2018
Michigan State University, 2017
Southern Methodist University, 2008 & 2016
University of Chicago, 2000, 2006, 2016
Cornell University, 2002, 2016
University of Southern California, 2002 & 2015
University of Zurich, 2015
Bocconi University, 2014
Columbia University, 1999, 2014
Singapore Management University, 2014

May, 2022

University of Washington, 2000 & 2013
Ohio State University, 2004 & 2013
University of Missouri, 2013
Massachusetts Institute of Technology, 1999, 2001, & 2012
Northwestern University, 2000 & 2012
Tilburg University, 2011
University of Auckland, 2010
University of Melbourne, 2010
Australian National University, 2010
University of New South Wales, 2010
University of Queensland, 2010
University of Western Australia, 2010
Vanderbilt University, 2009
Dartmouth College, 2009
University of Toronto, 2008
Erasmus School of Economics, Rotterdam, 2008
University of Amsterdam, 2008
Drexel University, 2007
Penn State University, 2006
Washington University, 2006
Baruch College, 1997 & 2005
Rutgers University, 2005
George Washington University, 2005
Arizona State University, 2004
University of Maryland, 2004
University of Technology, Sydney, 2004
University of Delaware, 2004
University of Oregon, 1999 & 2003
University of Rochester, 1999 & 2003
Cranfield School of Management, 2002
Syracuse University, 2002
University of Illinois, 2002
Rutgers University, 2001
University of Arizona, 2000
Northeastern University, 1999
University of British Columbia, 1999
University of Chicago, Economics and Law Workshop, 1997

## INVITED ADDRESSES, LECTURES, PAPER DISCUSSIONS AND PANEL SESSIONS

2022 Drexel Annual Corporate Governance Conference (Best Discussant Award)
2021 Society for Financial Studies Cavalcade
2020 Financial, Organizations and Markets Conference
2019 American University in Cairo, Distinguished Visiting Researcher Address
2019 Emerging Technologies Conference at USC - Keynote Address
2018 HKUST Accounting Research Symposium - Keynote Address

May, 2022

2018 Metzler Bank Visiting Professor Lecture
2017 FARS Doctoral Consortium (Talk on "How to Become an Accounting Scholar")
2016 Journal of Accounting and Economics Conference
2015 Directors Roundtable – Morgan, Lewis & Bockius, LLP
2015 Drexel Conference on Corporate Governance
2015 FARS Midyear Meeting, Panel Discussion on Executive Compensation
2014 Bar Ilan University, Ackerman Conference on Corporate Governance
2014 Singapore Management University, Public Lecture
2014 Utah Winter Financial Accounting Conference
2014 Arizona State University Sonoran Winter Finance Conference
2013 European Accounting Association Annual Congress: Symposium on the Regulation and
       Disclosure of Executive Compensation
2012 Financial Economics & Accounting Conference at USC – Keynote Address
2012 Colorado Summer Accounting Research Conference
2011 Vanderbilt Law and Business Annual Conference
2011 Conference on Governance and Risk Management, Federal Reserve Bank of New York
2010 Conference on Governance, Executive Compensation and Excessive Risk in the
       Financial Services Industry, Columbia Business School
2009 LeBow College of Business, Annual Corporate Governance Conference
2008 IIEF, Global Shareholder Activism Conference
2008 Institute of Corporate Directors: Governance and Financial Markets Conference
2007 Journal of Accounting and Economics Conference
2007 Wharton Economic Summit: "Current Controversies in Executive Compensation"
2007 Wharton Joint Finance/Law Seminar Series
2006 Journal of Accounting and Economics Conference
2006 Financial Research Association Conference
2006 Contemporary Accounting Research Conference
2006 Washington University Corporate Finance Conference
2005 Utah Winter Financial Accounting Conference
2004 Journal of Accounting and Economics Conference
2004 Financial Management Association Annual Meeting
2004 National Bureau of Economic Research, Corporate Finance Conference
2004 Western Finance Association Annual Meeting
2004 University of Delaware, Corporate Governance Center, Executive Compensation Panel
2004 Vanderbilt Law and Business Conference
2003 American Accounting Association Annual Meeting
2003 Western Finance Association Annual Meeting
2003 Conference on Financial Economics and Accounting, Indiana University
2003 Featured presenter at "Accounting for Stock Options" Conference, Temple University
2001 European Finance Association Annual Meeting
2001 American Accounting Association Annual Meeting
2000 European Finance Association Annual Meeting

**INVITED CONFERENCE PAPER PRESENTATIONS**

2020 Drexel Conference on Corporate Governance

May, 2022

2016 Yale Fall Research Conference
2016 University of Minnesota Empirical Research Conference
2015 Journal of Accounting & Economics Conference
2015 Colorado Summer Accounting Research Conference
2014 Bar Ilan University, Ackerman Conference on Corporate Governance
2013 London Business School Accounting Symposium
2010 Federal Reserve Bank Conference on Bank Structure and Competition
2009 *Journal of Accounting & Economics* Conference
2009 Brookings - Tokyo Club - Wharton, Future of Financial Services Industry Conference
2008 Financial Research Association Conference
2006 University of Minnesota Empirical Research Conference
2006, 2005, 2004, 2003, 2001, 2000, 1999, 1996 American Accounting Association meetings
2006 Utah Winter Financial Accounting Conference
2005 NYU Summer Camp
2004 Governance in Not-For-Profit Organizations Conference, Federal Reserve Bank of NY
2004 National Bureau of Economic Research Corporate Governance Conference
2004 Financial Management Association Annual Meeting
2004 European Accounting Association Annual Congress
2003 American Economic Association Annual Meeting.
2002, 2000 American Finance Association Annual Meeting.
2002 Business Management and Assurance Services Conference.
2001 European Finance Association meetings.
2001 *Journal of Accounting & Economics* Conference.
2001, 2000 European Finance Association Annual Meeting.
2000 Harvard University Financial Decisions and Control Workshop.
2000 AAA-BAA Globalization conference.
2000 UNC/Duke Fall Camp.
1998 *Journal of Accounting & Economics* Conference.
1998 Western Finance Association Annual Meeting.
1998 Australian Graduate School of Management Summer Conference.

**DOCTORAL PROGRAM RESEARCH COURSES AND LECTURES**

American University in Cairo, Masters Class, 2019
University of Melbourne, Masters Class, 2018
University of Frankfurt (Germany), 2018, Metzler Bank Visiting Professor
     Outstanding Teaching Award – Graduate School of Economics, Finance and Management
University of Zurich (Switzerland), 2015
London Business School (UK), 2011
Tilburg University (Netherlands), 2011
University of Utah, 2011
Australian National University (Australia), 2010
University of New South Wales (Australia), 2010
University of Technology Sydney (Australia), 2004
Cranfield School of Management (UK), 2002
Massachusetts Institute of Technology, 2001

May, 2022

University of Pennsylvania, 1999-2022

## HONORS AND AWARDS

Best Discussant Award – Drexel Annual Corporate Governance Conference, 2022
Wharton Teaching Excellence Award, 2018, 2019, 2020, 2021
Wharton MBA Core Curriculum Teaching Award, 2015, 2016, 2017.
Best Paper Award – *Australian Journal of Management*, 2011.
Best Paper Award – *The Accounting Review* Article of the Year 2002.
Wharton Undergraduate Excellence in Teaching Award, 2002.
Best Paper Award – second prize, *Journal of Accounting & Economics Conference*, 2001.
*American Compensation Association* Research Grant, 1997-98.
Deloitte & Touche Doctoral Fellow, 1997.

## PROFESSIONAL SERVICE

Academic Journal Service:
    *Journal of Accounting & Economics*, Editor, 2012-2022, Associate Editor, 2003-2011
    *Australian Journal of Management*, Editorial Board, 2011-2022
    *Journal of Accounting Research*, Editorial Board, 2001-2011
    *Accounting Review*, Editorial and Advisory Board, 1999-2007
    *Journal of Derivatives Accounting*, Associate Editor, 2004-2005

Service:
    University of Colorado Summer Accounting Conference, Program Committee, 2013-2022
    University of Utah Winter Accounting Conference, Program Committee, 2012-2022
    Financial Research Association Conference, Program Committee, 2005-2021
    AAA New Faculty Consortium, Group Leader, 2005 & 2006
    Financial Management Association Annual Meeting, Program Committee, 2004
    Financial Executives Research Foundation, Academic Advisory Council, 2003
    Western Finance Association Annual Meeting, Program Committee, 2003
    AAA/FASB Financial Reporting Issues Conference, Program Committee, 2002.

Ad hoc reviewer for:
    *Accounting Horizons; American Accounting Association Annual and Mid-year Meetings; Financial Management; Journal of Accounting, Auditing and Finance; Journal of Accounting and Public Policy; Journal of Business; Journal of Business Finance and Accounting; Journal of Contemporary Accounting Research; Journal of Corporate Finance; Journal of Economics and Business; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis; Journal of Futures Markets; Journal of International Financial Management & Accounting; Journal of Law and Economics; Journal of Management Accounting Research; Journal of Political Economy; Management Science; MIT Sloan Management Review; Review of Accounting Studies; Review of Corporate Finance Studies; Review of Financial Studies; The Financial Review; The International Journal of Accounting*

May, 2022

**UNIVERSITY SERVICE**

Accounting PhD Coordinator: 2011-2022.

Dissertation committee: Kevin Chen (chair), 2022; Tanya Paul, 2021; Chongho Kim, 2020; Stephen Glaeser, 2018; Jessica Kim-Gina, 2018; Delphine Samuels, 2017 (co-chair); Jason Xiao, 2016 (chair); Jacky Chau, 2016; David Tsui, 2015 (chair); Terrence Blackburne, 2014 (co-chair); Sophia Hamm, 2010 (chair); Tjomme Rusticus, 2006; Andrew Van Buskirk, 2005; Ying Li (MIT), 2002.

Summer paper advisor: Shawn Kim, 2019-2020; Kevin Chen, 2019; Stephen Glaeser, 2015; Delphine Samuels, 2015; Michael Carniol, 2014; Jessica Kim, 2013, 2014; Jason Xiao, 2012, 2013; Jacky Chau, 2012, 2013; David Tsui, 2012; Terrence Blackburne, 2010, 2011; Michael Willis, 2009; Jeffrey Ng, 2005; Zili Zhuang, 2004; Rodrigo Verdi, 2003; Gus De Franco, 2000.

Wharton Doctoral Executive Committee, 2011-2022.

Wharton Personnel Committee, 2015-2017 (Chair, 2016-2017).

Wharton Undergraduate Curriculum Committee, 1997-1998, 2000-2003, 2005-2008.

Beta Alpha Psi Accounting Awards Committee, 1998-2001.

Wharton Technology Committee, 1998-2000.

Penn Reading Project, Summer 2000, 2002.

Wharton Undergraduate Executive Committee, 2001-2002.

Contributor: Knowledge@Wharton, Knowledge@Wharton High School, *Wharton Magazine.*

Wharton Graduate Division Core Faculty Advisory Committee, 2003-2006.

Wharton Executive Education: Pension Accounting (2004-2005), Deferred Compensation & Benefits (2005)

WRDS Advisory Committee, 2005-2019.

Quinquennial Review Committees: Risk Management and Decision Processes Center, 2005; Human Resources Center, 2009; Operations and Information Mgmt. Department, 2010; Zell-Lurie Real Estate Center, 2012; Leadership Center, 2020.

*Wharton Connect: On Campus* Program: Alumni presentation, Fall 2007.

*Wharton Women in Business* Conference, Panel Moderator, Fall 2008.

Wharton New Faculty Orientation: Research Panel, Fall 2008 and Fall 2011.

Wharton MBA and Undergraduate Curriculum Committee, 2008-2010.

Dean's Advisory Council, 2009-2010.

**OTHER PROFESSIONAL EXPERIENCE**

**Consulting Practice, 2001-Present**
Expert testimony on executive compensation and incentives, stock options, insider trading, corporate governance, valuation, and general analysis of finance and accounting issues.

**Northeastern University, 1992-1993**
Program Manager, High Technology MBA.

**Raytheon Company, 1989-1991**
Procurement Management Program, Electronics Group.

# <u>Appendix B</u>

**May 2022**

## Robert M. Daines

Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305

Phone: (650) 736-2684
Daines@Stanford.edu

---

| | | |
|---|---|---|
| **Employment** | **Stanford Law School** | *2004-* |
| | • Associate Dean for Global and Graduate Programs | |
| | • Pritzker Professor of Law and Business | |
| | • Professor of Finance, Stanford Graduate School of Business (by courtesy) | |
| | • Senior Faculty, Rock Center for Corporate Governance at Stanford | |
| | **NYU School of Law**  Professor of Law | *1997-04* |
| | **Yale Law School** Visiting Professor | *2001* |
| | **Columbia Law School** Visiting Olin Fellow | *1999* |
| | **Goldman Sachs & Company** Investment Banking, Leveraged Finance | *1993-97* |
| | **Hon. Ralph K. Winter, United States Court of Appeals for the Second Circuit** Law Clerk | *1992-93* |

---

| | |
|---|---|
| **Teaching** | Corporate Law, Corporate Finance, Mergers and Acquisitions, Corporate Governance, Deals: The Law and Economics of Complex Transactions, International Business Transactions, Regulation and Litigation |
| | Awarded Stanford Law School's JBH Award for Excellence in Teaching |
| | University Committee on Review of Undergraduate Majors |
| | University Committee on Graduate Studies |
| | Stanford Long Range Planning, Global Strategic Plan |
| | Chair, Stanford University Advisory Panel on Investment Responsibility and Licensing |
| | Chair, Law School Admissions and Faculty Appointments |

---

| | | |
|---|---|---|
| **Education** | **Yale Law School** | *1993* |
| | • Postgraduate research on property and tort reform | |
| | **Yale Law School** (J.D.) | *1989-92* |
| | • John M. Olin prize for best paper on law, economics and public policy | |
| | • Lead and Executive Editor, Yale Journal on Regulation | |
| | **Brigham Young University** | *1985-89,* |
| | • BS Economics, BA American Studies – University Honors, Highest Distinction | *1982-83* |
| | • Student Body President | |

**Professional**       Current or former:

- Member, NASDAQ Stock Market Review Council
- Chair of the Corporate and Securities Law section of the American Law and Economics Association
- Chair of the Law and Economics Section of the Association of American Law Schools
- Program Committee for Conference on Empirical Legal Scholarship

Referee for:

- Journal of Finance
- Journal of Financial Economics
- Journal of Law and Economics
- Journal of Law, Economics and Organization
- Financial Management
- Journal of Legal Studies
- American Law and Economics Review

## Research and Publications

1. Sanjai Bhagat and Robert Daines, Recent Developments in Executive Compensation Research, Oxford Research Encyclopedia of Economics and Finance, (draft).

2. Robert Daines, Shelley Xin Li, and Charles C.Y. Wang, Can Staggered Boards Improve Value? Evidence from the Massachusetts Natural Experiment, Contemporary Accounting Research, (forthcoming 2021).

3. Robert Daines, Grant Richard McQueen and Robert J. Schonlau, Right on Schedule: CEO Option Grants and Opportunism, 53 Journal of Financial and Quantitative Analysis, (2018).

4. Robert Daines, Shelley Xin Li, and Charles C.Y. Wang, Can Staggered Boards Improve Value? Evidence from the Massachusetts Natural Experiment, (working paper) (September 2015).

5. Robert M. Daines and Olga Koumrian, Merger Lawsuits Yield High Costs and Questionable Benefits, New York Times Dealbook, (June 8, 2012).

6. Robert M. Daines and Tyler Shumway, Pornography and Divorce, (7th Annual Conference on Empirical Legal Studies Paper) (June 4, 2012).

7. Robert M. Daines and Charles M. Jones, Truth or Consequences: Mandatory Disclosure and the Impact of the 1934 Act, (draft working paper) (May 2012).

8. Robert M. Daines and Olga Koumrian, Recent Developments in Shareholder Litigation Involving Mergers and Acquisitions. March 2012 Update, Cornerstone Research, (2012).

9. Robert M. Daines, Ian D. Gow and David F. Larcker, Rating the Ratings: How Good Are Commercial Governance Ratings?, 98 Journal of Financial Economics 439, (2010).

10. Robert M. Daines and Charles Jones, <u>Mandatory Disclosure, Information Asymmetry and Liquidity: The Effect of the 1934</u>, (working paper) (2010).

11. Robert M. Daines and Michael Klausner, <u>Economic Analysis of Corporate Law</u>, in The New Palgrave Dictionary of Economics, Lawrence E. Blume & Stephen Durlauf, eds., New York: Macmillan, 2nd ed., (2008).

12. Robert M. Daines and Davina Drabkin, <u>PeopleSoft Finally Accepts Oracle's Offer (B)</u>, Stanford: Stanford Graduate School of Business, (2006).

13. Robert M. Daines and Davina Drabkin, <u>Oracle's Hostile Takeover of PeopleSoft (A)</u>, Stanford: Stanford Graduate School of Business, (2006).

14. Robert M. Daines, <u>The Good, the Bad, and the Lucky: CEO Pay and Skill</u>, Stanford Lawyer, (Spring 2005), p. 41.

15. Robert M. Daines, Vinay B. Nair and Lewis A. Kornhauser, <u>The Good, The Bad, And The Lucky: CEO Pay and Skill</u>, University of Pennsylvania Institute for Law and Economics, Research Paper Series, (2005).

16. Robert M. Daines & Michael Klausner, <u>Agents Protecting Agents: An Empirical Study of Takeover Defenses in Spinoffs</u>, Stanford University Law School, (working paper) (December 16, 2004).

17. Robert M. Daines, <u>Do classified boards affect firm value? Takeover defenses after the pill</u>, (revise and resubmit, Journal of Financial and Quantitative Analysis).

18. Robert M. Daines, <u>The Incorporation Choices of IPO Firms (Initial Public Offerings)</u>, 77 New York University Law Review 1559-1611, (2002).

19. Robert M. Daines, <u>Does Delaware Law Improve Firm Value?</u>, 62 Journal of Financial Economics 525-558, (2001) (*All Star Paper).*

20. Robert M. Daines & Michael Klausner, <u>Do IPO Charters Maximize Firm Value</u>? Antitakeover <u>Protection in IPOs</u>, 17 Journal of Law, Economics, & Organization 83, (2001).

21. Robert M. Daines, <u>Is There a Delaware Premium?</u>, 21 Corporate Board 22-26, (May/June 2000).

22. Robert M. Daines & Scott Naatjes, <u>Measuring Legal Change</u>, (working paper) (1997).

23. Robert M. Daines & Jon Hanson, <u>The Corporate Law Paradox: The Case for Restructuring Corporate Law (Book Review of The Economic Structure of Corporate Law, by Frank H. Easterbrook and Daniel R. Fischel</u>, 102 Yale Law Journal 577-637, (1992).

## Expert Testimony

Deposition in re The State of Washington v. StarKist Company; Dongwon Industries Co., Ltd; and Christopher Lischewski, Superior Court of Washington for King County, Case No. 20-2-09491 SEA, (2021)

Remote Videoconference Deposition in re WeWork Litigation, In the Court of Chancery of the State of Delaware, C.A. No. 2020-0258-AGB, (2021)

Deposition in re Simon Property Group, Circuit Court for the Sixth Judicial Circuit for the State of Michigan, Oakland County, Case No. 2020-181675-CB, (2020)

Confidential Remote Videotaped Deposition in re Willis Towers Watson Plc Proxy Litigation, United States District Court, Eastern District of Virginia, Alexandria Division, Civil No. 1:17-cv-01388-AJT-JFA, (2020)

Expert Declaration in Support of the Special Committee's Opposition to The We Company's Motion for Leave to Dismiss the Complaint Pursuant to Court of Chancery Rule 41(a) in re The WE Company v. SoftBank Group Corp. and SoftBank Vision Fund (AIV M1)L.P., a Delaware limited partnership, In the Court of Chancery of the State of Delaware, Case No. 2020-0258-AGB (2020)

Deposition in re Packaged Seafood Products Antitrust Litigation, United States District Court for the Southern District of California, Case No. 15-MD-2670 JLS MDD, (2019)

Deposition in re Payment Card Interchange, United States District Court Eastern District of New York, Master File No. 1:05-MD-1720-JG-JO, (2019)

Deposition in re Newport Corporation Shareholder Litigation, Eighth Judicial District Court for the State of Nevada in and for the County of Clark, Lead Case No. A-16-733154-C, (2019)

Deposition in re Syngenta AG MIR162 Corn Litigation (Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, No. 2:16-cv-02788-JWL-JPO), United States District Court for the District of Kansas, Master File No. 2:14-MD-02591-JWL-JPO, MDL No. 2591, (2019)

Expert Declaration and Supplemental Declaration in re: Kalman Isaacs, et al. v. Elon Musk and Tesla, Inc., United States District Court for the Northern District of California, Case No. 3:18-cv-04865-EMC, (2018)

Deposition in re Syngenta AG MIR162 Corn Litigation, United States District Court for the District of Kansas, Master File No. 2:14-MD-02591-JWL-JPO, MDL No. 2591, (2017)

Deposition in re Allergan, Inc. Proxy Violation Securities Litigation, United States District Court, Central District of California, Southern District, Case No. 8:14-cv-2004-DOC (ANx), (2017)

Deposition in re Robert Englehart, et al., v. Charles M. Brown, et al., Superior Court for the State of Washington in and for King County, Case No. 13-2-33726-6 KNT, (2016)

Deposition in re Monster LLC v. Beats Electronics LLC, et al., Superior Court for the State of California, County of Los Angeles, Case No. BC595235, (2016)

Deposition in re Musashi, LLC, et al., v. Virgin Media Inc., Superior Court of the State of New

Jersey, County of Morris, Civil Action No. MRS-L-734-13, (2016)

Deposition in re Tibco Software, Inc. Stockholders Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 10319-CB, (2016)

Declaration in re Allergan, Inc. Proxy Violation Securities Litigation, United States District Court, Central District of California, Southern District, Case No. 8:14-cv-2004- DOC (ANx), (2016)

Direct Testimony in re Natural Blue Resources, Inc., James E. Cohen, and Joseph A. Corazzi, Respondents, SEC Administrative Proceeding, File No. 3-15974, (2015)

Deposition and Trial Testimony in re United States v. BP Exploration & Production, Inc., et al., Penalty Phase, United States District Court, Eastern District of Louisiana, Civil Action No. 10-MD-02179-CJB-SS, (2014), (2015)

Deposition and Trial Testimony in re Starr International Company, Inc., et al., v. The United States, U.S. Court of Federal Claims, Civil Action No. 11-CV-00779 (TCW), (2014), (2014)

Deposition in re Allergan, Inc., et al., v. Valeant Pharmaceuticals International, Inc. et al., United States District Court, Central District of California, Southern Division, Santa Ana, Case No.: 8:14-cv-01214-DOC-(ANX), (2014)

Expert Declaration in re Allergan, Inc., et al., v. Valeant Pharmaceuticals International, Inc. et al., United States District Court, Central District of California, Southern Division, Santa Ana, Case No.: 8:14-cv-01214-DOC-(ANx), (2014)

Deposition in re R. Mancuso v. The Clorox Company et al., Superior Court of California, County of Alameda, Civil Action No. RG12-651653, (2013)

Deposition in re Intermec, Inc. Shareholder Litigation, Superior Court of Washington in and for Snohomish County, Civil Action No. 12-2-01841-1, (2013)

Deposition and Trial Testimony in re The matter of the application of The Bank of New York Mellon et al., Supreme Court of The State of New York, County of New York, Civil Action No. 651786/2011, (2012), (2013)

Declaration in re Intermec, Inc. Shareholder Litigation, Superior Court of Washington in and for Snohomish County, Civil Action No. 12-2-01841-1 (2013)

Declaration in re Natalie Gordon, et al., v. Microsoft Corporation, et al., Superior Court of Washington, County of King, Case No. 12-2-33448-0 SEA, (2012)

Declaration in re Randall R. Mancuso, et al., v. The Clorox Company et al., Superior Court of California, County of Alameda, Civil Action No. RG12-651653, (2012)

Declaration in re Natalie Gordon, et al., v. Symantec Corporation, et al., Superior Court of the State of California, Country of Santa Clara, Case No. 1-12-CV-231541, (2012)

Deposition in re Securities and Exchange Commission v. Alfred S. Teo, Sr. et al., United States District Court District of New Jersey, 04 CIV 1815, (2011)