IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. WILLIAM WADE LOVETTE,

    Defendants.

## SECOND OMNIBUS AGREEMENT REGARDING FEDERAL RULE OF EVIDENCE 803(6) FOUNDATION, VENUE, AND DEFENDANT PHOTOGRAPHS

The United States of America and all five defendants (the "Parties"), by and through counsel, hereby enter into the below agreements (the "Second Omnibus Agreement") for this trial only. This Second Omnibus Agreement supplements and adds to the Omnibus Agreement Regarding Authenticity, Federal Rule of Evidence 803(6) Foundation, Venue, Phone Records, and Places of Employment (the "First Omnibus Agreement") (Docket Nos. 1338, 1338-1, 1338-2, 1338-3, 1338-4, 1338-5). The First Omnibus Agreement remains in full force and effect per the Court's Order. (Docket No. 1351.)

The Second Omnibus Agreement is reached with the understanding that the Court has ordered that all objections and rulings in either prior trial are preserved unless

otherwise ordered (*See* Docket No. 1263.) The Second Omnibus Agreement is predicated on those earlier objections being preserved. Notwithstanding the Second Omnibus Agreement, with respect to handwriting, all Parties reserve the right to make authentication arguments and objections, whether or not those handwritten documents are attached to emails that fall within the categories of exhibits contained in this list. The Parties hereby agree as follows:

**I.       Business Records Foundation of Certain Exhibits**

For this trial only, the Parties agree that no party will object on the grounds that the exhibits set forth in Attachment D[1] do not meet the business records foundation requirement of Rule 803(6), with the agreement (and the concurrence of the Court) that all prior objections to the exhibits in Attachment D on Rule 803(6) foundation grounds are preserved.  To the extent a prior agreement to the Rule 803(6) foundation of an exhibit listed on Attachment D was conditioned on any redactions or other limitations, the Parties agree that the same redaction or other limitation applies to this Agreement.

**II.      Venue**

For this trial only, the Parties agree that venue is proper in the District of Colorado.  Given this agreement, the Parties submit that no jury instruction as to venue need be given to the jury.

---

[1] For continuity and simplicity, the Second Omnibus Agreement's Attachment is labelled sequentially following the Attachments of the First Omnibus Agreement, which ended with Attachment C.

## III. Defendant Photographs

The Parties agree that the photographs depicted in Government's Exhibits 9265, 9267, 9268, 9271, and 9273 are accurate photographic depictions of Defendants Roger Austin, Scott Brady, Mikell Fries, Bill Lovette, and Jayson Penn, respectively.

**SO AGREEED** this 4th day of June, 2022.

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900

rick@rklawpc.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Kevin B. Hart*
Kevin B. Hart
Antitrust Division
U.S. DEPARTMENT OF JUSTICE
Attorney for the United States
450 Fifth Street NW, Suite 11048
Washington, DC 20530
(202) 598-8242
kevin.hart@usdoj.gov