IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

    Defendants.

---

**AMENDED NOTICE OF GOVERNMENT'S PLAN TO INTRODUCE EXHIBITS WITHOUT A SPONSORING OR AUTHENTICATING WITNESS**

---

The government respectfully provides the Court with its plan to introduce exhibits without a sponsoring or authenticating witness.  This notice replaces the government's previous notice, Docket No. 1972, which (1) errantly listed A-627 as requiring a limiting instruction that applied to E-570 and (2) did not give the full limiting instruction for 7046.

On June 4, 2022, the government explained the admissibility of the 363 unsponsored exhibits it planned on introducing. (Docket No. 1367.)  During the morning of the first day of trial, June 6, 2022, the Court requested that unsponsored exhibits subject to a limiting instruction be published at the time they are admitted.  The purpose of this notice is to meet the Court's request and clarify how the government will do so.  This notice supplements and clarifies Docket No. 1367, which explicitly set forth the

bases of admissibility for all unsponsored exhibits the government may seek to introduce at trial.

327 of the 363 unsponsored exhibits the government plans on introducing do not have limiting instructions. (*See* Docket No. 1363, Court's Order regarding government's notice of unsponsored exhibits and Defendants' objections.) The government will move for admission of these exhibits early in its case-in-chief (except for the summary charts, highlighted below, which will be admitted once the underlying exhibits are admitted). The government will then publish these exhibits throughout trial, as appropriate.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **50** | 356 | 495 | 748 | 1119 | 1240 | 1501 | 1722 |
| **51** | 404 | 496 | 749 | 1120 | 1241 | 1503 | 1728 |
| **52** | 410-1 | 497 | 750 | 1121 | 1247 | 1505 | 1729 |
| **53** | 410-2 | 498 | 764 | 1122 | 1248 | 1514 | 1733 |
| **56** | 413 | 499 | 765 | 1123 | 1249 | 1515 | 1734 |
| **57** | 424 | 518 | 766 | 1124 | 1403 | 1522 | 1736 |
| **58** | 433 | 546 | 803 | 1125 | 1404 | 1523 | 1825 |
| **59** | 434 | 563 | 900 | 1126 | 1406 | 1524 | 1826 |
| **60** | 435 | 564 | 920 | 1127 | 1407 | 1525 | 1846 |
| **61** | 436 | 584 | 940 | 1132 | 1409 | 1526 | 1847 |
| **62** | 437 | 585 | 959 | 1133 | 1410 | 1528 | 1848 |
| 119 | 438 | 586 | 980 | 1145 | 1426 | 1538 | 1849 |
| 143 | 439 | 587 | 981 | 1146 | 1427 | 1539 | 1850 |
| 219 | 440 | 588 | 982 | 1175 | 1428 | 1542 | 1851 |
| 230 | 441 | 589 | 1008 | 1190 | 1430 | 1544 | 1852 |
| 231 | 442 | 590 | 1025 | 1191 | 1432 | 1546 | 1853 |
| 231-1 | 443 | 617 | 1030 | 1231 | 1434 | 1552 | 1854 |
| 232 | 444 | 622 | 1035 | 1232 | 1435 | 1569 | 1856 |
| 245 | 445 | 623 | 1036 | 1233 | 1438 | 1583 | 1858 |
| 246 | 446 | 624 | 1036-1 | 1234 | 1438-1 | 1584 | 1862 |
| 330 | 447 | 625 | 1051 | 1235 | 1439 | 1614 | 1864 |
| 352 | 448 | 702 | 1058 | 1236 | 1442 | 1615 | 1894 |
| 353 | 449 | 703 | 1066 | 1237 | 1444 | 1700-1 | 1923 |
| 354 | 453 | 710 | 1069 | 1238 | 1500 | 1707 | 1959 |
| 355 | 494 | 733 | 1074 | 1239 | 1500-1 | 1713-1 | 1960 |

| | | | | | |
|---|---|---|---|---|---|
| 1961 | 8008 | 8049 | 8076 | 9708 | E-874 |
| 1962 | 8024 | 8050 | 8077 | 9710 | I-141 |
| 1963 | 8025 | 8051 | 8078 | 9716 | |
| 1964 | 8026 | 8052 | 8079 | 9720 | |
| 2000 | 8027 | 8053 | 8080 | 9721 | |
| 2005 | 8028 | 8054 | 8081 | 9722 | |
| 3025 | 8029 | 8055 | 8082 | 9744 | |
| 3074 | 8030 | 8057 | 8083 | 9745 | |
| 5016 | 8031 | 8058 | 8084 | 9748 | |
| 6046 | 8032 | 8059 | 8085 | 9871 | |
| 6047 | 8033 | 8060 | 9004 | 9876 | |
| 6088 | 8034 | 8061 | 9010 | 9885 | |
| 6089 | 8035 | 8062 | 9010-1 | 9980 | |
| 6134 | 8036 | 8063 | 9264 | 10024 | |
| 6235 | 8037 | 8064 | 9265 | 10026 | |
| 6282 | 8038 | 8065 | 9267 | 10055 | |
| 7040 | 8039 | 8066 | 9268 | 10056 | |
| 8000 | 8040 | 8067 | 9645 | 10666 | |
| 8001 | 8041 | 8068 | 9672 | A-612 (1747) | |
| 8002 | 8042 | 8069 | 9690 | A-626 | |
| 8003 | 8043 | 8071 | 9691 | A-627 | |
| 8004 | 8045 | 8072 | 9692 | D-330 | |
| 8005 | 8046 | 8073 | 9694 | D-788 | |
| 8006 | 8047 | 8074 | 9696 | D-839 | |
| 8007 | 8048 | 8075 | 9707 | E-873 | |

The remaining 36 unsponsored exhibits do have limiting instructions. Each of the following exhibits will be admitted and published at the same time, per the Court's instructions. The government reserves the right to choose whether to admit each of the following exhibits:

| Exhibit No. | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|
| 108 | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 109 | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 113 | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 114 | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 118 | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 120 | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 221 | the statements of Ms. Knust, Mr. Lubert, Mr. Ramsey, Mr. Bolin, Mr. Hannigan, and Mr. Scheiderer cannot be considered for their truth, but only for their effect on the listener. |
| 224 | the statements of Ms. Knust and Mr. Hannigan cannot be considered for their truth, but only for their effect on the listener. |
| 450 | this exhibit is admissible only for the effect on the listener. |
| 451 | Exhibits 449, 450, and 451 are required to be admitted at the same time under the rule of completeness. |
| 519-1 | the statements of Mr. Long can be considered for the effect on the listener, but not for the truth. |
| 542 | Mr. Lawson's statements can only be considered for their effect on the listener. |
| 559 | Mr. Boarman's statements can be considered only for their effect on the listener. |
| 618 | the statements of Mr. Kronauge and Mr. Cullen can only be considered for their effect on the listener. |
| 744 | Mr. Kronauge's statements can be considered only for their effect on the listener. |
| 746-1 | Mr. Kronauge's statements are can be considered only for their effect on the listener. |
| 933 | Ms. Garland's statements can be considered only for their effect on the listener. |
| 953 | Mr. Slider's statements can be considered only for their effect on the listener. |
| 955 | Mr. Justice's statements can only be considered for their effect on the listener. |
| 1056 | Exhibit E-874 must be introduced at the same time. |
| 1256 | this exhibit can be considered against Mr. Penn, Mr. Austin, and Mr. Lovette only. |
| 1258 | this exhibit can be considered against Mr. Lovette only. The statements of Mr. Blackmon and Mr. Baker can only be considered for their effect on the listener. |
| 1547 | the upper email may be considered against Mr. Penn only. |
| 1700 | the top portion is admissible only against Defendant Brady. |
| 1713 | Mr. Austin's statements can only be considered against him. |

4

| Exhibit No. | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|
| 1882 | the statements regarding what "Sarah wants" can only be considered for their effect on the listener. |
| 2001 | Mr. Baker's statement can only be considered for their effect on the listener. |
| 2002 | Mr. Baker's statement can only be considered for their effect on the listener. |
| 3037 | the jury can consider the exhibit to prove the existence of a conspiracy but not as to whether any defendant was a member of that conspiracy. |
| 6198 | the jury can consider the exhibit to prove the existence of a conspiracy but not as to whether any defendant was a member of that conspiracy |
| 7046 | this exhibit can be considered only against Mr. Austin |
| 9255-1 | Mr. Bruce's statements can be considered only for their effect on the listener. |
| 9709 | this exhibit can be considered only for the effect on the listener. |
| 9743 | Mr. Simco's statements can only be considered for their effect on the listener. |
| 10651 | Mr. Ledford's statements cannot be considered for their truth, but only for their effect on the listener. |
| E-570 | this exhibit can only be considered against Mr. Penn and Mr. Austin |

Dated: June 7, 2022

Respectfully submitted,

/s/ Aidan D. McCarthy
KEVIN B. HART
LESLIE A. WULFF
PAUL J. TORZILLI
DANIEL A. LOVELAND, JR.
MATTHEW CHOU
AIDAN D. MCCARTHY
KAITLYN E. BARRY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 549-6183
Email: aidan.mccarthy@usdoj.gov
*Attorneys for the United States*

5