IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Emily Buchanan  

Date: June 13, 2022  
Court Reporter: Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Leslie Wulff |
|  | Kevin Hart |
|  | Daniel Loveland |
|  | Paul Torzilli |
| Plaintiff, |  |
| v. |  |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
|  | Anna Pletcher |
|  | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
|  | David Beller |
|  | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
|  | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
|  | Laura Carwile |
|  | Julie Withers |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
|  | Dru Nielsen |
|  | Frank Schall |
| Defendants. |  |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 5**

**8:24 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury not present.

Court informs counsel that Juror 100434675 had a death in her family over the weekend but is willing to continue to serve.

Argument regarding Defendants' Joint Motion to Permit Additional Cross-Examination of Robert Bryant [1382].

**ORDERED: Defendants' Joint Motion to Permit Additional Cross-Examination of Robert Bryant [1382] is DENIED.**

8:43 a.m.     Jury present.

Government's witness, Robert Bryant, resumes.

8:44 a.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

**10:12 a.m.    Court in recess.**
**10:34 a.m.    Court in session.**

Jury present.

10:36 a.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

10:39 a.m. to 10:45 a.m.    Bench conference.

10:45 a.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

11:45 a.m. to 11:51 a.m.    Bench conference.

11:52 a.m.     Jury excused.

Court flags a potential issue if a reference is made to ten defendants named in the Superseding Indictment.

**11:54 a.m.    Court in recess.**
**1:27 p.m.     Court in session.**

Jury not present.

Mr. Hart updates the Court with respect to the Touhy situation.

Mr. Hart advises the Court that the Government's next witness, Ted Sangalis, will authenticate documents and the Government will seek to introduce evidence.  Court grants Mr. Hart's request to handle certain exhibits outside the presence of the jury.

The Government intends to introduce a significant volume of evidence after Mr. Bryant's testimony.

1:29 p.m.    Jury present.

1:31 p.m.    Cross examination of Mr. Bryant by Mr. Fagg.

1:51 p.m.    Cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibits J-081, 90-10, 1237 are admitted.**

2:24 p.m.    Cross examination of Mr. Bryant by Mr. Tubach.

2:51 p.m.    Redirect examination of Mr. Bryant by Mr. Torzilli.

2:54 p.m. to 3:01 p.m.    Bench conference.

3:01 p.m.    Continued redirect examination of Mr. Bryant by Mr. Torzilli.

3:07 p.m. to 3:08 p.m.    Bench conference.

3:08 p.m.    Continued redirect examination of Mr. Bryant by Mr. Torzilli.

3:14 p.m.    Jury excused.

Court provides the basis for sustaining Mr. Feldberg and Mr. Beller's objection.

**3:16 p.m.    Court in recess.**
**3:35 p.m.    Court in session.**

Jury not present.

Court grants Mr. Loveland's request to instruct witness Ms. Becker outside the presence of the jury to not mention prior proceedings.

3:37 p.m.    Jury present.

3:38 p.m.    Continued redirect examination of Mr. Bryant by Mr. Torzilli.

4:02 p.m. to 4:04 p.m.    Bench conference.

4:04 p.m.    Continued redirect examination of Mr. Bryant by Mr. Torzilli.

**Exhibit 1729 is admitted.**

4:12 p.m. to 4:23 p.m.    Bench conference.

4:23 p.m().     Continued redirect examination of Mr. Bryant by Mr. Torzilli.

4:26 p.m. to 4:29 p.m.     Bench conference.

4:29 p.m.     Continued redirect examination of Mr. Bryant by Mr. Torzilli.

4:36 p.m. to 4:40 p.m.     Bench conference.

4:40 p.m.     Continued redirect examination of Mr. Bryant by Mr. Torzilli.

**Exhibit 10120 is admitted, as displayed with the first four columns.**

4:47 p.m.     Recross examination of Mr. Bryant by Mr. Beller.

4:56 p.m.     Jury excused until June 14, 2022 at 8:30 a.m.

Mr. Torzilli advises the Court that the Government may call Mr. Bryant in its rebuttal case.

**4:59 p.m.     Court in recess.**
**5:12 p.m.     Court in session.**

Jury not present.

Mr. Loveland proposes to move into evidence everything that is contained in Docket No. 1378, except for the summary exhibits and those exhibits that have been listed separately as requiring a limiting instruction.

Court requires that all exhibits be moved into evidence in front of the jury.

Mr. Quinn asks to confer with his colleagues about the attachments to Docket No. 1378 and proposes to email Mr. Loveland tonight.  If counsel need to be heard on the issue tomorrow at 8:15 a.m., they shall email chambers tonight.

Mr. Lavine advises the Court that Defendants will reevaluate their witnesses after the Government rests and may file a new witness list.  Mr. Lavine requests that the testimony of Mr. Eddington be completed on Wednesday.  Mr. Lavine advises the Court regarding Thursday's schedule.

**ORDERED:  Bond is continued as to all defendants.**

**5:22 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:31