# Exhibit C

Case No. 1:20-cr-00152-PAB Document 1404-2 filed 06/28/22 USDC Colorado pg 2 of 11

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 481 | 11/8/2021 | 2 page version |
| 494 | 11/3/2021 | |
| 495 | 10/28/2021 | |
| 496 | 10/28/2021 | |
| 497 | 10/28/2021 | |
| 498 | 11/9/2021 | |
| 499 | 10/28/2021 | |
| 500 | 11/17/2021 | |
| 518 | 11/23/2021 | |
| 528 | 11/23/2021 | LI - pg 100 line 12 |
| 542 | 11/17/2021 | LI - pg 143 line 22 |
| 546 | 11/17/2021 | |
| 548 | 11/16/2021 | |
| 558 | 11/17/2021 | |
| 559 | 11/17/2021 | LI - pg 142 line 9 |
| 561 | 11/17/2021 | LI - pg 28 line 23 |
| 563 | 11/17/2021 | |
| 564 | 11/17/2021 | |
| 566 | 11/16/2021 | |
| 567 | 11/17/2021 | |
| 572 | 10/28/2021 | |
| 584 | 11/3/2021 | |
| 585 | 11/3/2021 | |
| 586 | 11/3/2021 | |
| 587 | 11/3/2021 | |
| 588 | 11/3/2021 | |
| 589 | 11/3/2021 | |
| 590 | 10/28/2021 | |
| 592 | 11/17/2021 | |
| 617 | 11/22/2021 | |
| 622 | 11/3/2021 | |
| 623 | 11/3/2021 | |
| 624 | 11/3/2021 | |
| 625 | 10/28/2021 | |
| 702 | 11/16/2021 | |
| 703 | 11/16/2021 | |
| 710 | 11/16/2021 | |
| 711 | 11/16/2021 | |
| 731 | 11/16/2021 | |
| 732 | 11/16/2021 | |
| 733 | 11/16/2021 | |
| 739 | 11/16/2021 | LI - pg 41 line 17 |
| 744 | 11/16/2021 | LI - pg 42 line 7 |
| 748 | 11/16/2021 | |
| 749 | 11/16/2021 | |
| 751 | 11/16/2021 | |
| 752 | 11/16/2021 | LI - pg 43 line 24 |
| 753 | 11/16/2021 | |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 754 | 11/16/2021 | LI - pg 44 line 11 |
| 755 | 11/16/2021 | |
| 756 | 11/16/2021 | |
| 757 | 11/16/2021 | |
| 758 | 11/16/2021 | |
| 764 | 10/28/2021 | |
| 765 | 11/3/2021 | |
| 766 | 11/3/2021 | |
| 803 | 11/22/2021 | |
| 843 | 11/17/2021 | |
| 844 | 11/17/2021 | |
| 854 | 11/17/2021 | |
| 855 | 11/17/2021 | |
| 900 | 10/28/2021 | |
| 901 | 11/22/2021 | LI - pg 136 line 5 |
| 920 | 11/16/2021 | |
| 933 | 11/22/2021 | LI - pg 138 line 9 |
| 940 | 11/8/2021 | |
| 948 | 11/22/2021 | LI - pg 134 line 20 |
| 953 | 11/8/2021 | LI - pg 12 line 19 |
| 955 | 11/8/2021 | LI - pg 13 line 5 |
| 959 | 11/23/2021 | |
| 980 | 10/28/2021 | |
| 981 | 10/28/2021 | |
| 982 | 11/16/2021 | |
| 1007 | 11/4/2021 | |
| 1008 | 11/4/2021 | |
| 1025 | 11/4/2021 | |
| 1026 | 11/4/2021 | |
| 1028 | 11/3/2021 | |
| 1029 | 11/3/2021 | |
| 1035 | 11/23/2021 | |
| 1036 | 11/24/2021 | |
| 1051 | 11/8/2021 | |
| 1055 | 11/1/2021 | |
| 1056 | 11/22/2021 | |
| 1058 | 11/8/2021 | |
| 1066 | 11/1/2021 | |
| 1074 | 11/8/2021 | |
| 1075 | 11/8/2021 | |
| 1085 | 11/2/2021 | |
| 1086 | 11/2/2021 | |
| 1104 | 10/28/2021 | |
| 1105 | 10/28/2021 | |
| 1119 | 11/3/2021 | pg 1 redacted |
| 1120 | 11/3/2021 | pg 1 redacted |
| 1121 | 11/3/2021 | pg 1 redacted |
| 1122 | 11/3/2021 | pg 1 redacted |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 1123 | 11/3/2021 | pg 1 redacted |
| 1124 | 11/3/2021 | pg 1 redacted |
| 1125 | 11/3/2021 | pg 1 redacted |
| 1126 | 11/3/2021 | pg 1 redacted |
| 1127 | 11/3/2021 | pg 1 redacted |
| 1129 | 11/3/2021 | bates 4337 redacted/excluded |
| 1132 | 11/3/2021 | |
| 1133 | 11/3/2021 | |
| 1134 | 11/3/2021 | |
| 1135 | 11/3/2021 | |
| 1136 | 11/3/2021 | |
| 1137 | 11/3/2021 | |
| 1138 | 11/3/2021 | |
| 1139 | 11/3/2021 | |
| 1160 | 11/3/2021 | LI - 11/3 pg 131 line 21 & 11/8 pg 12 line 2 |
| 1175 | 11/8/2021 | |
| 1177 | 11/23/2021 | LI - pg 98 line 16 |
| 1190 | 11/8/2021 | |
| 1191 | 11/8/2021 | |
| 1226 | 10/28/2021 | |
| 1231 | 11/3/2021 | |
| 1232 | 10/28/2021 | |
| 1233 | 11/3/2021 | |
| 1234 | 11/3/2021 | |
| 1235 | 11/3/2021 | |
| 1236 | 10/28/2021 | |
| 1237 | 10/28/2021 | |
| 1238 | 11/8/2021 | |
| 1239 | 11/3/2021 | |
| 1240 | 10/28/2021 | |
| 1241 | 10/28/2021 | |
| 1243 | 11/3/2021 | pg 2 handwriting redacted |
| 1247 | 11/8/2021 | |
| 1248 | 11/3/2021 | |
| 1249 | 10/28/2021 | |
| 1405 | 11/10/2021 | LI - pg 130 line 5 |
| 1406 | 11/8/2021 | |
| 1409 | 11/22/2021 | |
| 1410 | 11/8/2021 | |
| 1425 | 11/3/2021 | |
| 1426 | 10/28/2021 | |
| 1427 | 11/10/2021 | |
| 1428 | 10/28/2021 | |
| 1429 | 11/3/2021 | |
| 1430 | 11/3/2021 | |
| 1431 | 11/3/2021 | |
| 1432 | 11/3/2021 | |
| 1433 | 11/3/2021 | |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 1434 | 11/3/2021 | |
| 1435 | 11/9/2021 | |
| 1438 | 11/8/2021 | |
| 1439 | 11/9/2021 | |
| 1440 | 11/3/2021 | |
| 1441 | 11/3/2021 | |
| 1442 | 11/3/2021 | |
| 1443 | 10/28/2021 | |
| 1444 | 10/28/2021 | |
| 1500 | 11/9/2021 | |
| 1501 | 11/9/2021 | |
| 1503 | 11/9/2021 | |
| 1505 | 11/8/2021 | |
| 1508 | 10/28/2021 | |
| 1514 | 11/10/2021 | |
| 1515 | 11/9/2021 | |
| 1519 | 11/22/2021 | |
| 1520 | 11/22/2021 | |
| 1521 | 11/22/2021 | |
| 1522 | 11/22/2021 | |
| 1523 | 11/22/2021 | |
| 1524 | 10/28/2021 | |
| 1525 | 10/28/2021 | |
| 1526 | 11/22/2021 | |
| 1527 | 11/22/2021 | |
| 1528 | 11/22/2021 | |
| 1529 | 10/28/2021 | |
| 1530 | 10/28/2021 | |
| 1531 | 10/28/2021 | |
| 1532 | 10/28/2021 | |
| 1538 | 11/22/2021 | |
| 1539 | 11/22/2021 | |
| 1542 | 11/9/2021 | |
| 1544 | 11/22/2021 | |
| 1546 | 11/22/2021 | |
| 1547 | 11/23/2021 | LI - pg 101 line 9 |
| 1552 | 11/9/2021 | |
| 1569 | 11/8/2021 | |
| 1583 | 10/28/2021 | |
| 1584 | 10/28/2021 | |
| 1601 | 11/9/2021 | |
| 1607 | 11/9/2021 | |
| 1614 | 10/28/2021 | |
| 1615 | 11/16/2021 | |
| 1700 | 11/16/2021 | LI - pg 13 line 3 |
| 1713 | 11/16/2021 | LI - pg 13 line 11 |
| 1722 | 11/22/2021 | |
| 1728 | 11/3/2021 | pg 1 redacted |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 1729 | 11/3/2021 | pg 1 redacted |
| 1733 | 10/28/2021 | |
| 1734 | 11/16/2021 | |
| 1822 | 11/16/2021 | |
| 1825 | 10/28/2021 | |
| 1826 | 10/28/2021 | |
| 1846 | 11/16/2021 | |
| 1847 | 11/16/2021 | |
| 1848 | 11/16/2021 | |
| 1849 | 11/16/2021 | |
| 1850 | 11/16/2021 | |
| 1851 | 11/16/2021 | |
| 1852 | 11/16/2021 | |
| 1853 | 11/16/2021 | |
| 1854 | 11/16/2021 | |
| 1855 | 11/16/2021 | |
| 1856 | 11/16/2021 | |
| 1858 | 11/16/2021 | |
| 1862 | 11/16/2021 | |
| 1864 | 11/16/2021 | |
| 1882 | 11/1/2021 | LI - pg 171 line 15 |
| 1894 | 11/16/2021 | |
| 1919 | 11/1/2021 | pgs. 11 and 12 |
| 1921 | 11/4/2021 | |
| 1922 | 11/4/2021 | |
| 1923 | 11/4/2021 | |
| 1924 | 11/4/2021 | |
| 1926 | 11/4/2021 | |
| 1927 | 11/4/2021 | |
| 1928 | 11/4/2021 | |
| 1929 | 11/4/2021 | |
| 1942 | 11/4/2021 | |
| 1943 | 11/4/2021 | |
| 1944 | 11/4/2021 | |
| 1946 | 11/4/2021 | |
| 1947 | 11/4/2021 | |
| 1957 | 11/4/2021 | |
| 1958 | 11/4/2021 | |
| 1959 | 10/28/2021 | |
| 1960 | 10/28/2021 | |
| 1961 | 10/28/2021 | |
| 1962 | 11/3/2021 | |
| 1963 | 10/28/2021 | |
| 1964 | 11/3/2021 | |
| 2000 | 11/22/2021 | |
| 2001 | 11/22/2021 | LI - pg 132 line 7 |
| 2002 | 11/22/2021 | LI - pg 134 line 1 |
| 2005 | 11/22/2021 | |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 3025 | 11/22/2021 | |
| 3028 | 10/28/2021 | |
| 3037 | 11/8/2021 | LI - pg 7 line 21 |
| 3039 | 11/1/2021 | |
| 3052 | 12/6/2021 | |
| 3053 | 12/6/2021 | |
| 3074 | 11/22/2021 | |
| 5016 | 11/22/2021 | |
| 6047 | 11/22/2021 | |
| 6088 | 11/23/2021 | |
| 6089 | 11/23/2021 | |
| 6134 | 11/17/2021 | |
| 6198 | 11/8/2021 | LI - pg 6 line 8 |
| 6235 | 11/16/2021 | |
| 6282 | 11/22/2021 | |
| 7040 | 11/22/2021 | |
| 7046 | 11/23/2021 | LI - pg 102 line 22 |
| 8000 | 11/3/2021 | |
| 8001 | 11/3/2021 | |
| 8002 | 11/3/2021 | |
| 8003 | 11/3/2021 | |
| 8004 | 11/3/2021 | |
| 8005 | 11/3/2021 | |
| 8006 | 11/3/2021 | |
| 8007 | 11/3/2021 | |
| 8008 | 11/3/2021 | |
| 8024 | 10/28/2021 | |
| 8025 | 10/28/2021 | |
| 8026 | 10/28/2021 | |
| 8027 | 10/28/2021 | |
| 8028 | 10/28/2021 | |
| 8029 | 10/28/2021 | |
| 8030 | 10/28/2021 | |
| 8031 | 10/28/2021 | |
| 8032 | 10/28/2021 | |
| 8033 | 10/28/2021 | |
| 8034 | 10/28/2021 | |
| 8035 | 10/28/2021 | |
| 8036 | 10/28/2021 | |
| 8037 | 10/28/2021 | |
| 8038 | 10/28/2021 | |
| 8039 | 10/28/2021 | |
| 8040 | 10/28/2021 | |
| 8041 | 11/3/2021 | |
| 8042 | 11/3/2021 | |
| 8043 | 11/3/2021 | |
| 8044 | 11/3/2021 | |
| 8045 | 11/3/2021 | |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 8046 | 10/28/2021 | |
| 8047 | 10/28/2021 | |
| 8048 | 10/28/2021 | |
| 8049 | 10/28/2021 | |
| 8050 | 10/28/2021 | |
| 8051 | 10/28/2021 | |
| 8052 | 11/3/2021 | |
| 8053 | 11/3/2021 | |
| 8054 | 11/3/2021 | |
| 8055 | 11/3/2021 | |
| 8056 | 11/3/2021 | |
| 8057 | 11/3/2021 | |
| 8058 | 11/3/2021 | |
| 8059 | 11/3/2021 | |
| 8060 | 11/3/2021 | |
| 8061 | 11/3/2021 | |
| 8062 | 11/3/2021 | |
| 8063 | 11/3/2021 | |
| 8064 | 11/3/2021 | |
| 8065 | 11/3/2021 | |
| 8066 | 11/3/2021 | |
| 8067 | 11/3/2021 | |
| 8068 | 11/3/2021 | |
| 8069 | 11/3/2021 | |
| 8071 | 10/28/2021 | |
| 8072 | 10/28/2021 | |
| 8073 | 10/28/2021 | |
| 8074 | 10/28/2021 | |
| 8075 | 10/28/2021 | |
| 8076 | 10/28/2021 | |
| 8077 | 10/28/2021 | |
| 8078 | 10/28/2021 | |
| 8079 | 10/28/2021 | |
| 8080 | 10/28/2021 | |
| 8081 | 10/28/2021 | |
| 8082 | 10/28/2021 | |
| 8083 | 10/28/2021 | |
| 8084 | 10/28/2021 | |
| 8085 | 10/28/2021 | |
| 8086 | 11/3/2021 | |
| 9004 | 11/9/2021 | |
| 9010 | 11/22/2021 | |
| 9026 | 11/22/2021 | LI - pg 140 line 19 |
| 9139 | 11/1/2021 | |
| 9140 | 11/1/2021 | |
| 9166 | 10/28/2021 | |
| 9168 | 10/28/2021 | WITHDRAWN 11/4 |
| 9235 | 11/1/2021 | |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 9236 | 10/27/2021 | |
| 9237 | 11/1/2021 | |
| 9240 | 11/3/2021 | |
| 9242 | 11/1/2021 | |
| 9244 | 11/1/2021 | |
| 9245 | 11/1/2021 | |
| 9247 | 11/3/2021 | |
| 9248 | 11/1/2021 | |
| 9251 | 10/27/2021 | |
| 9262 | 11/2/2021 | |
| 9264 | 11/22/2021 | |
| 9504 | 10/28/2021 | |
| 9505 | 10/28/2021 | |
| 9556 | 11/3/2021 | |
| 9645 | 11/3/2021 | |
| 9656 | 11/3/2021 | |
| 9671 | 11/3/2021 | |
| 9672 | 11/8/2021 | |
| 9690 | 11/8/2021 | printed and native |
| 9691 | 11/8/2021 | printed and native |
| 9692 | 11/8/2021 | printed and native |
| 9693 | 11/8/2021 | printed and native |
| 9694 | 11/9/2021 | printed and native |
| 9696 | 11/8/2021 | printed and native |
| 9700 | 11/17/2021 | |
| 9701 | 11/17/2021 | |
| 9703 | 11/22/2021 | LI - pg 136 line 20 |
| 9704 | 11/22/2021 | LI - pg 137 line 9 |
| 9707 | 11/9/2021 | |
| 9708 | 11/9/2021 | |
| 9709 | 11/9/2021 | LI - pg 134 line 25 |
| 9710 | 11/9/2021 | |
| 9711 | 11/9/2021 | |
| 9712 | 11/9/2021 | |
| 9713 | 11/9/2021 | |
| 9714 | 11/16/2021 | LI - pg 11 line 13 |
| 9715 | 11/16/2021 | |
| 9716 | 11/23/2021 | |
| 9718 | 11/22/2021 | LI - pg 140 line 19 |
| 9720 | 11/23/2021 | |
| 9721 | 11/23/2021 | |
| 9722 | 11/23/2021 | |
| 9723 | 11/16/2021 | |
| 9724 | 11/16/2021 | |
| 9726 | 11/17/2021 | |
| 9740 | 11/16/2021 | |
| 9744 | 11/23/2021 | |
| 9745 | 11/23/2021 | |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 9746 | 11/23/2021 | |
| 9747 | 11/23/2021 | |
| 9748 | 11/23/2021 | |
| 9759 | 11/22/2021 | |
| 10-1 | 11/23/2021 | demonstrative |
| 10-1 | 11/24/2021 | |
| 10-2 | 11/23/2021 | demonstrative |
| 10-2 | 11/24/2021 | |
| 10-3 | 11/24/2021 | |
| 1036-1 | 11/23/2021 | |
| 10-4 | 11/3/2021 | |
| 1-1 | 11/23/2021 | demonstrative |
| 1-1 | 11/24/2021 | |
| 1105-1 | 11/3/2021 | |
| 1232-1 | 10/28/2021 | |
| 1236-1 | 10/28/2021 | |
| 1237-1 | 10/28/2021 | |
| 1240-1 | 10/28/2021 | |
| 1241-1 | 10/28/2021 | |
| 1249-1 | 10/28/2021 | |
| 14-1 | 11/23/2021 | demonstrative |
| 14-1 | 11/24/2021 | |
| 14-2 | 11/23/2021 | demonstrative |
| 14-2 | 11/24/2021 | |
| 1426-1 | 10/28/2021 | |
| 1428-1 | 10/28/2021 | |
| 14-3 | 11/23/2021 | demonstrative |
| 14-3 | 11/24/2021 | |
| 1438-1 | 11/8/2021 | |
| 1443-1 | 10/28/2021 | |
| 1444-1 | 10/28/2021 | |
| 1521-1 | 11/22/2021 | |
| 16-1 | 11/24/2021 | |
| 1614-1 | 10/28/2021 | |
| 1700-1 | 11/10/2021 | |
| 17-1 | 11/24/2021 | |
| 1733-1 | 10/28/2021 | |
| 18-1 | 11/24/2021 | |
| 18-2 | 11/4/2021 | |
| 18-3 | 11/24/2021 | |
| 1959-1 | 10/28/2021 | |
| 1960-1 | 10/28/2021 | |
| 1961-1 | 10/28/2021 | |
| 1963-1 | 10/28/2021 | |
| 20-1 | 11/24/2021 | |
| 2-1 | 11/23/2021 | demonstrative |
| 2-1 | 11/24/2021 | |
| 3-1 | 11/23/2021 | demonstrative |

| Exhibits Admitted | Date Admitted | Other/Comments |
|---|---|---|
| 3-1 | 11/24/2021 | |
| 352-1 | 10/28/2021 | |
| 4-1 | 11/23/2021 | demonstrative |
| 4-1 | 11/24/2021 | |
| 410-1 | 11/23/2021 | |
| 495-1 | 10/28/2021 | |
| 497-1 | 10/28/2021 | |
| 499-1 | 10/28/2021 | |
| 499-2 | 10/28/2021 | |
| 499-3 | 10/28/2021 | |
| 5-1 | 11/24/2021 | |
| 519-1 | 11/17/2021 | LI - pg 146 line 20 |
| 590-1 | 10/28/2021 | |
| 625-1 | 10/28/2021 | |
| 7046-1 | 11/23/2021 | LI - pg 102 line 22 |
| 7-1 | 11/23/2021 | demonstrative |
| 7-1 | 11/24/2021 | |
| 746-1 | 11/23/2021 | LI - pg 100 line 1 |
| 764-1 | 10/28/2021 | |
| 90-10 | 11/23/2021 | demonstrative |
| 90-10 | 11/24/2021 | |
| 9010-1 | 11/22/2021 | |
| 9-1 | 11/24/2021 | |
| 980-1 | 10/28/2021 | |
| 981-1 | 10/28/2021 | |