```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
 2
    Criminal Action No. 20-CR-00152-PAB
 3  In Re: Penn III

 4  UNITED STATES OF AMERICA,

 5       Plaintiff,

 6  vs.

 7  JAYSON JEFFREY PENN,
    MIKELL REEVE FRIES,
 8  SCOTT JAMES BRADY,
    ROGER BORN AUSTIN,
 9  WILLIAM WADE LOVETTE,

10       Defendants
    _____
11
                          REPORTER'S TRANSCRIPT
12                       Trial to Jury, Vol. 15
    _____
13

14         Proceedings before the HONORABLE PHILIP A. BRIMMER,

15  Chief Judge, United States District Court for the District of

16  Colorado, commencing at 8:30 a.m., on the 7th day of July,

17  2022, in Courtroom A201, United States Courthouse, Denver,

18  Colorado.

19

20

21

22

23

24   Proceeding Recorded by Mechanical Stenography, Transcription
      Produced via Computer by Janet M. Coppock, 901 19th Street,
25         Room A257, Denver, Colorado, 80294, (303) 335-2106
```

```
 1                            APPEARANCES
 2              Kevin Hart, Leslie Wulff, Paul Torzilli and Daniel
 3   Loveland, U.S. Department of Justice, 450 Fifth Street N.W.,
 4   Washington, DC 20530, appearing for Plaintiff.
 5              Anna Tryon Pletcher and Michael Tubach of
 6   O'Melveny & Myers, LLP, Two Embarcadero Center, 28th Floor,
 7   San Francisco, CA 94111-3823;
 8              Brian Quinn of O'Melveny & Myers, LLP, 1625 I Street
 9   N.W., Washington, DC 20006, appearing for Defendant Penn.
10              David Beller, Richard Kornfeld and Kelly Page of
11   Recht & Kornfeld, P.C., 1600 Stout Street, Suite 1400, Denver,
12   CO 80202, appearing for Defendant Fries.
13              Bryan B. Lavine and Laura Anne Kuykendall of Troutman
14   Pepper Hamilton Sanders, LLP, 600 Peachtree Street NE,  Suite
15   3000, Atlanta, GA 30308;
16              Megan Rahman of Troutman Pepper Hamilton Sanders, LLP,
17   1001 Haxall Point, Richmond VA 23219, appearing for Defendant
18   Brady.
19              Michael Felberg of Reichman, Jorgensen, Lehman,
20   Feldberg, LLP, 750 Third Avenue, 24th Floor, New York, NY
21   10017;
22              Laura F. Carwile of Reichman, Jorgensen, Lehman,
23   Feldberg, LLP, 100 Marine Parkway, Suite 300, Redwood Shores,
24   CA 94065; appearing for Defendant Austin.
25
```

```
 1                    APPEARANCES (Continued)
 2         Dru Nielsen of Eytan Nielsen, 3200 Cherry Creek Drive
 3    South, Suite 720, Denver, CO 80209;
 4         John Anderson Fagg, Jr. and Frank Schall of
 5    Moore & Van Allen, PLLC, 100 North Tryon Street, Suite 4700,
 6    Charlotte, NC 28202-4003, appearing for Defendant Lovette.
 7                       *   *   *   *   *
 8                           PROCEEDINGS
 9         THE COURT:  The jury has sent out a note that they
10    have reached a verdict.  Is the United States ready to receive
11    the verdict?
12         MR. HART:  Yes, Your Honor.
13         THE COURT:  Are defendants ready to receive the
14    verdict?
15         MR. TUBACH:  Yes, Your Honor.
16         MR. FELDBERG:  Yes, Your Honor.
17         MR. LAVINE:  Yes, Your Honor.
18         MR. KORNFELD:  Yes, Your Honor.
19         MR. FAGG:  Yes, Your Honor.
20         THE COURT:  Let's go ahead and bring the jury in.  I
21    will say this to the audience and that is when the verdict is
22    rendered, please no audible or other demonstrative reactions to
23    the verdict.
24         Let's bring the jury in.
25         (Jury present.)
```

1        *THE COURT:*  So Mr. Wilborn, are you the foreperson?
2   And I -- we got the note.  It appears as if the jury has
3   reached a verdict; is that correct?
4        *THE FOREPERSON:*  Correct.
5        *THE COURT:*  I will have the court security officer
6   hand me the verdict form at this time.
7        All right.  At this time I will read the verdict:
8        We, the jury, upon our oath, unanimously find the
9   defendant, Jayson Jeffrey Penn, in the count charged:  Not
10  guilty.
11       We, the jury, upon our oath, unanimously find the
12  defendant, Mikell Reeve Fries, in the count charged:  Not
13  guilty.
14       We, the jury, upon our oath, unanimously find the
15  defendant, Scott James Brady, in the count charged:  Not
16  guilty.
17       We, the jury, upon our oath, unanimously find the
18  defendant, Roger Born Austin, in the count charged:  Not
19  guilty.
20       We, the jury, upon our oath, unanimously find the
21  defendant, William Wade Lovette, in the count charged:  Not
22  guilty.
23       The verdict form is dated today.  It's signed by
24  Mr. Wilborn and then each of the other signature lines bears
25  the signature of one of the jurors.

| | |
|---|---|
| 1 | Any request by the United States to poll the jury? |
| 2 | *MR. HART:*  Yes, Your Honor. |
| 3 | *THE COURT:*  All right.  Ladies and gentlemen, so what |
| 4 | polling means is I will just ask each of you if this is your |
| 5 | verdict, okay? |
| 6 | Mr. Lee, is this your verdict? |
| 7 | *JUROR:*  Yes. |
| 8 | *THE COURT:*  Mr. Scranton, is this your verdict? |
| 9 | *JUROR:*  Yes, it is. |
| 10 | *THE COURT:*  And Ms. Petrone, is this your verdict? |
| 11 | *JUROR:*  Yes, Your Honor. |
| 12 | *THE COURT:*  Mr. Mariscal, is this your verdict? |
| 13 | *JUROR:*  Yes, sir. |
| 14 | *THE COURT:*  Ms. Mayfield, is this your verdict? |
| 15 | *JUROR:*  Yes, sir. |
| 16 | *THE COURT:*  Ms. Fitzgerald, is this your verdict? |
| 17 | *JUROR:*  Yes. |
| 18 | *THE COURT:*  Mr. Rolle, is this your verdict? |
| 19 | *JUROR:*  Yes, Your Honor. |
| 20 | *THE COURT:*  Mr. Fawcett, is this your verdict? |
| 21 | *JUROR:*  Yes, Your Honor. |
| 22 | *THE COURT:*  Ms. Ortega, is this your verdict? |
| 23 | *JUROR:*  Yes, Your Honor. |
| 24 | *THE COURT:*  Ms. Clyde, is this your verdict? |
| 25 | *JUROR:*  Yes. |

1           *THE COURT:*  Mr. Brown, is this your verdict?

2           *JUROR:*  Yes, Your Honor.

3           *THE COURT:*  Mr. Wilborn, is this your verdict?

4           *JUROR:*  Yes.

5           *THE COURT:*  The jury has been polled.

6           Ladies and gentlemen, at this time let me give you
7    some information.  That is I do not allow any of the parties or
8    the attorneys to contact the jurors after a verdict to discuss
9    their deliberations with them or anything about the case.  And
10   as a result, you are not going to be contacted by any of them.
11   If for of some reason you happen to be, you can notify my
12   chambers and I will take the appropriate action.

13          However, that doesn't mean that other people, for
14   instance, attorneys from other cases or the press or I am not
15   sure who else may not contact you and wish to talk to you about
16   this particular case.  The decision about whether you talk to
17   them is entirely up to you.  You can talk to them.  You cannot
18   talk to them.  And similarly, I am going to release you from
19   that admonition that you not talk about the case.  So you can
20   talk to your family, friends as much or as little as you
21   choose.  That is entirely up to you.

22          Let me at this time, ladies and gentlemen, thank you
23   for your service in this case.  You know, this was a long
24   trial.  The evidence was complicated.  There was a lot of it.
25   And throughout you were just extraordinarily attentive and

1    diligent and I can't thank you enough.

2           Jury service is such a tremendous responsibility and
3    such an important duty of citizens of the United States, and I
4    really commend you for being jurors on this particular case.  I
5    know that you are all busy people, but if some or all of you
6    wish to wait around the jury room for just a little bit, I
7    would like to come by the jury room and thank you each
8    personally.  If, on the other hand, you have something pressing
9    or you want to get on with your lives, you are also free to
10   just take off, but once again, thanks on behalf of the Court.

11          Anything else on behalf of the United States or any of
12   the defendants before I dismiss the jury?

13          *MR. HART:*  Nothing from the government, Your Honor.

14          *MR. TUBACH:*  Nothing from Mr. Penn.  Thank you, Your
15   Honor.

16          *THE COURT:*  Ladies and gentlemen, at this time the
17   jury is dismissed.  Thank you.

18          (Jury dismissed.)

19          So copies of the verdict form will be available from
20   Ms. Grimm if any of you wish to receive a verdict form.

21          Anything else on behalf of the United States?

22          *MR. TORZILLI:*  Your Honor, is it appropriate for us to
23   wait to receive the exhibits that went back to the jury and
24   then bring back the government exhibits and I assume the same
25   for the defense exhibits?

1           THE COURT: Yes, you can do that. Why don't you talk
2   to Ms. Grimm about that.
3           The defendants' bonds will each be exonerated at this
4   time.
5           Anything on behalf of defendants?
6           MR. FELDBERG: Your Honor, there is a protective order
7   I believe in place which bars the defendants from talking to
8   certain people, many of whom are their friends.
9           THE COURT: Yeah, that's obviously lifted at this
10  time.
11          MR. LAVINE: Your Honor, I want to be able to return
12  my client's passport.
13          THE COURT: Yes. If you will file a motion, I will
14  then sign an order and that will enable you to get that from
15  the Clerk's Office because it's typically -- that's where the
16  passports are typically held.
17          MR. LAVINE: I have it, Your Honor. At the
18  arraignment it was agreed the lawyer would --
19          THE COURT: Oh, in that case -- and that was an order
20  that the magistrate judge signed?
21          MR. LAVINE: Yes, Your Honor.
22          MR. TUBACH: The conditions of release.
23          THE COURT: Then commensurate with the exoneration of
24  each defendant's bond, I will also vacate that order and allow
25  the attorneys to return those documents to their clients.

```
 1            MR. LAVINE:  Thank you, Your Honor.
 2            THE COURT:  Anything else?
 3            All right.  Then the Court will be in recess.  Thank
 4  you.
 5        (Recess at 4:29 p.m.)
 6                      REPORTER'S CERTIFICATE
 7     I certify that the foregoing is a correct transcript from
 8  the record of proceedings in the above-entitled matter.  Dated
 9  at Denver, Colorado, this 7th day of July, 2022.
10
11                              S/Janet M. Coppock
```